FILED
2023 Aug-11 PM 07:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARA MCCLURE, et al., <br>     *Plaintiffs*, <br> v. <br> JEFFERSON COUNTY COMMISSION, et al., <br>     *Defendants*. <br><br> ALEXIA ADDOH-KONDI, et al., <br>     *Plaintiffs,* <br> v. <br> JEFFERSON COUNTY COMMISSION, et al., <br>     *Defendants,* | No. 2:23-cv-00443-MHH <br><br><br><br><br><br> No. 2:23-cv-00503-MHH |

**DECLARATION OF BARRY STEPHENSON**

1. I am Barry Stephenson, Chairman of the Jefferson County Board of Registrars.

2. I am over the age of eighteen and under no mental disability or impairment. I have personal knowledge of the following facts and, if called as a witness, I would competently testify to them.

3. The Board of Registrars shares responsibility for the administration of elections. The Board of Registrars maintains voter lists and voter registration. The

Board of Registrars is involved in the creation and printing of ballots for all Jefferson County elections. The Board of Registrars has two Geographic Information System (GIS) employees and keeps the GIS files for Jefferson County jurisdictional boundaries, including the Jefferson County Commission's five electoral districts.

4. The Board of Registrars maintains copies of past maps, including past Commission maps. A high-resolution map comparing the 2011 plan against the Enacted Plan is attached as Exhibit A.

5. As the Chairman of the Board of Registrars, it is my responsibility to oversee all that the Board of Registrars does in conjunction with elections. It was also my responsibility to help facilitate the redistricting process using the Board of Registrar's GIS software for the Jefferson County Commissioners and some of their chiefs of staff.

6. I have been with the Board of Registrars for 15 years.

**Redistricting Process**

7. In August 2021, the Board of Registrars received the 2020 Census data.

8. As Chairman of the Board of Registrars, I worked with two other Board of Registrars GIS employees to load the 2020 Census data into our GIS mapping software.

9. The 2020 Census data showed that the County's overall population grew slightly, adding 16,255 residents or 2.2%.

10. The 2020 Census data showed that some districts lost population while others gained population. Since the last census, existing District 1's population declined by roughly 9,000 residents (population of 122,689 as of the 2020 Census); existing District 2's population declined by roughly 10,300 residents (population of 121,372 as of the 2020 Census); existing District 3's population grew by roughly 11,000 residents (population of 142,776 as of the 2020 Census); existing District 4's population grew by roughly 10,400 residents (population of 142,111 as of the 2020 Census); and existing District 5's population grew by 14,000 residents (population of 145,773 as of the 2020 Census). These population figures are in Exhibit B, which is a presentation I created for the County Commission for its October 2021 working meeting and November 2021 public hearing for the redistricting resolution.

11. Based on the population changes, the Commission was required to redistrict to bring each district back to population equality. Based on the 2020 Census data, the ideal population for each Commission district was 134,944.

12. I facilitated the redistricting process for the Commissioners using our GIS software and with the assistance of the two GIS employees of the Board of Registrars. Between August and October 2021, Commissioners and some chiefs of staff came to our office to propose changes that could be made to the redistricting plan to equalize population.

13. The Commission ultimately proposed three different plans to be made available for public viewing at the Board of Registrars office during October 2021. The Commission voted on those proposals during the County Commission's public hearing in November 2021.

14. As shown in my presentation for the Commission, attached as Exhibit B, all three proposals generally followed the existing district lines, while adjusting them to equalize population. I would describe all three plans as least-changes plans from the prior redistricting plan.

15. The main difference between the three proposals was whether Midfield would remain in District 1 or move to District 2, and whether Ensley would remain in District 2 or move to District 1.

16. I testified at the Commission's public meeting in October 2021 and the Commission's public hearing in November 2021. My testimony walked through my attached presentation and discussed the population changes and the three proposals. I was present for the full duration of both meetings.

17. Various other residents from Districts 1 and 2 also testified at the November 2021 public hearing. At no point during the hearing did anyone testify that they believed the existing district lines were a racial gerrymander or that the existing district lines needed to be kept in place on the basis of race.

18. In November 2021, the Commission approved the redistricting proposal that Commissioner Sheila Tyson (District 2) stated was her proposal after the vote.

19. It took approximately 90 days from the receipt of new Census data for the Commission to adopt the Enacted Plan. That 90 days included the two weeks required to leave the proposed plans posted in the Board of Registrars for public viewing before the Commission voted to approve the Enacted Plan.

## 2021 Enacted Plan

20. As shown in my presentation for the Commission, attached as Exhibit B, the Commission's goal was to redistrict each Commission district to be within +/-1% of ideal population while generally following existing lines.

21. In the Enacted Plan, every district is within +/-1% of the ideal population of 134,944. District 1 is within +0.43% (population of 135,524); District 2 is within -0.15% (population of 134,737); District 3 is within -0.88% (population of 133,762); District 4 is within +0.84% (population of 136,078); District 5 is within -0.24% (population of 134,620).

22. In the Enacted Plan, approximately 22,000 voters were moved from their existing district to a new district. Approximately 465,000 voters stayed in their existing district.

23. In my role as the facilitator for the redistricting process, race was never discussed as a basis for moving a district line.

24. A summary of the demographics in each district in the Enacted Plan, as compared to the 2011 plan, is attached as Exhibit C. I created this summary on June 13, 2023, using the reporting feature in the County's GIS software.

25. In the Enacted Plan, District 1 gained population by adding residents from Dolomite, Center Point, and McDonald's Chapel. Midfield remains in District 1, and District 2 is otherwise the same as it was in 2011.



26. Center Point's population is too large to put all of Center Point into one district without making significant other changes to the Enacted Plan.

27. In the Enacted Plan, District 2 gained population by adding residents from Bessemer, Oxmoor Valley, Homewood, and Unincorporated Jefferson County. Portions of Homewood are in District 2 and portions are in District 5, similar to previous plans. The Enacted Plan adds additional Homewood residents to District 2

6

using Oxmoor Road as the district line. Ensley remains in District 2, and District 2 is otherwise the same as it was in 2011.



28. Homewood's population is too large to put all of Homewood into one district without making significant other changes to the Enacted Plan.

29. In the Enacted Plan, Irondale is districted exactly as it was in 2011. Irondale's population is too large to put all of Irondale into one district without making significant other changes to the Enacted Plan.

30. In the Enacted Plan, the line separating Districts 3 and 4 changed. It previously followed Cane Creek. The Enacted Plan's line now follows Interstate 65.



7

31. In the Enacted Plan, a small area of Brookside and an area of Unincorporated Jefferson County was moved from District 1 to District 3, which allows voters residing there to vote in only one location for all elections. In addition, these residents are now only three miles from their voting precinct as opposed to eight miles from their previously assigned precinct.



32. In the Enacted Plan, a portion of District 5 around McElwain/Montevallo Road area was moved to District 4 to reduce the population in District 5 and return it to population equality with other districts.



33. I have reviewed Mr. Bill Cooper's report for the McClure Plaintiffs. With respect to his observations about how the Enacted Plan splits municipalities, as a general matter, because of the shape of municipal boundaries and the large size of some municipalities in the County, it would be very difficult to redistrict along municipal boundary lines or without splitting municipalities. Because of annexations of new territory by municipalities over time, municipal boundaries tend to look like "bug splats." For example, the Summit is part of Birmingham, and is connected by only a thin line that is miles long and running through Vestavia.

34. With respect to Mr. Cooper's observation that the Enacted Plan contains 25 "VTD Splits," the County does not redistrict by VTD and instead generally follows precinct lines. To the extent Mr. Cooper intends to use VTD splits as a proxy for counting precinct splits, his report is incorrect. In the Enacted Plan, the following four precincts are split between Commission districts along natural or municipal boundaries to equalize population:

>Center Point Community Center (Precinct 1065/4060) (Districts 1/4)
>Bessemer Civic Center (Precinct 2245/3060) (Districts 2/3)
>Ross Bridge (Precinct 2365/3160) (Districts 2/3)
>Warrior Storm Shelter (Precinct 3285/4130) (Districts 3/4)

The following VTD splits listed in Mr. Cooper's report (p. 104) are not split if looking at precinct lines, meaning the below precincts are contained all within one district with no population split between two districts:

>Adamsville Baptist Church (entirely within District 3)

9

      Avondale Public Library (entirely within District 2)
      Birmingham Botanical Gardens (entirely within District 5)
      Bluff Park Methodist Church (entirely within District 5)
      Brighton Senior Center (entirely within District 2)
      Brookside Community Center (entirely within District 3)
      Center Point First Baptist Church (entirely within District 4)
      Dolomite W Field City Community Center (entirely within District 1)
      Edgewood Elementary (entirely within District 5)
      Hillview Fire Department (no longer a County precinct)
      Inglenook Elementary (entirely within District 1)
      Jefferson County Courthouse (entirely within District 2)
      Maurice West Community Center (entirely within District 3)
      Midfield Community Center (entirely within District 1)
      Oxmoor Valley Community Center (entirely within District 2)
      Pleasant Ridge Family Life Center (entirely within District 3)
      Shades Mtn Community Church (entirely within District 5)
      Tarrant City Hall (entirely within District 4)

Mr. Cooper's report also lists East Pinson Valley Center as being split between Districts 1 and 4, despite it being a Birmingham precinct that is not used by Jefferson County.

### Elections Responsibilities and Timing

35. The next regularly scheduled elections in Jefferson County are the March 5, 2024, primary elections; the April 16, 2024, primary runoff elections; and the November 5, 2024, general elections. The offices up for election are: President; U.S. House of Representatives; State School Board; County School Board; Alabama Supreme Court; Alabama Court of Criminal Appeals; Alabama Court of Civil Appeals; Public Service Commission; County Treasurer - Birmingham; County Treasurer - Bessemer; Birmingham Division Circuit Clerk; Bessemer Division

Circuit Clerk; Probate Court; as well as numerous circuit court judges, district judges, and constables. In the November 2024 general election, there could also be constitutional amendments on the ballot.

36. Candidates for the Jefferson County Commission are not up for elections in 2024. County Commissioners were elected in 2022 after the redistricting. The next election for all Jefferson County Commissioners is scheduled to take place in 2026.

37. In the meantime, the County is required to hold special elections for seats vacated by the County Commissioner for District 5 and two state legislative districts located in Jefferson County. Special elections are not County-wide elections. Given their more limited scope and the need to fill the vacant seat, special elections are conducted on a faster-than-usual schedule. For example, the special election for County Commissioner for District 5, which occurred in July, required tremendous effort by the Board of Registrars and other elections officials to prepare for the election within the time required by state law.

38. It takes significantly more time to prepare for a County-wide election with more than a dozen races on the ballot than it takes to prepare for a special election in one district.

39. With respect to the 2024 elections, there is less time to prepare for the primary elections because the primary will be held in March 2024, instead of May, when the primaries occurred in the 2022 elections.

40. No district lines can be changed or elections added to the ballot after candidate qualifying ends on November 10, 2023, and the parties certify their candidates on December 14, 2023. After candidates are certified, ballots are immediately created, reviewed, and sent to printing so that they arrive in time for the primary elections. The Board of Registrars creates the ballot styles based on the district lines in the County's GIS software and the candidates certified by each party.

41. Once all candidates are certified, the County programs the certified list of candidates into the County's balloting software (or "ES&S software"). This takes roughly one week of time.

42. There will be numerous different "ballot styles," because different voters will require different ballots depending on where they live. In the 2022 primary election, we had approximately 140 ballot styles. For the 2024 primary elections, we expect to have approximately 150 ballot styles.

43. Once the ballot styles are created, no changes can be made to ballots without restarting the process again for all ballot styles, affecting all races.

44. After the ballot styles are finalized, the County conducts a ballot audit of all ballot styles. The audit is conducted by myself on behalf of the Board of

Registrars, the Jefferson County General Services Department, and the probate judge. We review and approve all ballot styles before they are sent for printing. This takes roughly four to five business days in late December.

45.    Ballots are then sent to printing, which takes approximately a week.

46.    Ballots must be printed by January 10, 2024—within 55 days before the March 5, 2024, primary election—to comply with state and federal election law, including UOCAVA.

**Possibility of Special Elections**

47.    It would take much longer than 38 days to administer "special elections" for all five County Commissioners pursuant to new district lines.

48.    Additional time would be required for the actual redrawing of district lines. If there were an order enjoining the Enacted Plan, the Commission would need time to consider and adopt new lines. I would estimate that the Commission would require at least eight weeks or more to redraw the Districts, which includes the two weeks required for the Districts to be available for public viewing. The Enacted Plan, while even making minimal changes, took roughly 90 days to approve.

49.    Any such changes would have to be finalized well before candidate qualifying ends on November 10, 2023, to notify voters and candidates and to allow new candidates enough time to qualify in the new districts. After approval of the Enacted Plan, the County sent a notice to all residents about their districts by mail.

50. Even the most conservative estimate is that the County would need to know by this month whether lines must be redrawn. That would give the County only a month to redraw the districts, notify voters and candidates, and allow candidates sufficient time to qualify before the November 10, 2023, deadline. Based on our elections preparation process, candidates cannot qualify on a different timeline and appear on the same ballot as all other candidates up for election in the 2024 primaries. Ballot preparation begins as soon as the parties certify their candidates on December 14, 2023.

51. Based on my years of experience in the Board of Registrars, there is insufficient time remaining before the 2024 elections for the County to redraw District lines and then administer a reliable "special election" for all five County Commissioners pursuant to new lines alongside the many other regularly scheduled elections in 2024.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 7 day of August, 2023

Barry Stephens