# Exhibit A

# Jefferson County Commission Districts 1-5


