FILED
2023 Aug-11  PM 07:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit B

 **County Commission Redistricting Based on 2020 Census** 

# Redistricting is based on "One Person One Vote"

In Reynolds vs. Sims, the U.S. Supreme Court ruled that districts have to be reapportioned so each district has approximately equal population.

Jefferson County Commission Districts - 2020

JCC0000002

# Code of Alabama

- **Section 11-3-1.1**

(a) Following the release of any federal decennial census, ***any county commission of this state*** which is at that time electing its members from single-member districts, pursuant to either state or local law or a court order, ***may, by resolution, alter the boundaries of the districts.***

Jefferson County Commission Districts - 2020

# 2020 Census Population

Total population of Jefferson County based on the 2020 Census is :

## 674,721

Population target per district is :

## 134,944

Jefferson County Commission Districts - 2020

JCC0000004

# 2010 Census Population

Total population of Jefferson County based on the 2010 Census was :

## 658,466

There was a 2.2% growth in population in Jefferson County for the 2020 Census.

Jefferson County Commission Districts - 2020

# Current population per Commission District based on 2020 Census

- Commission District #1 – 122,689
- Commission District #2 – 121,372
- Commission District #3 – 142,776
- Commission District #4 – 142,111
- Commission District #5 – 145,773

Jefferson County Commission Districts - 2020

# Current population variance

- Commission District #1  **9.1**% under populated

- Commission District #2  **10.1**% under populated

- Commission District #3  **5.8**% over populated

- Commission District #4  **5.3**% over populated

- Commission District #5  **8.0**% over populated

Jefferson County Commission Districts - 2020

# Population adjustments to achieve target population

- Commission District #1 **plus 12,255**

- Commission District #2 **plus 13,572**

- Commission District #3 **minus 7,832**

- Commission District #4 **minus 7,167**

- Commission District #5 **minus 10,829**

Jefferson County Commission Districts - 2020

JCC0000008

# Code of Alabama

- Section 17-6-2
- (a) The governing body of each county shall establish precincts, define the territorial limits for which each precinct is established, prescribe their boundaries using the most recent federal decennial census tract and block map, and designate the precincts. The governing body of each county shall, by resolution, adopt the establishment and boundaries of each precinct in accordance with the timetable as set forth herein.
- (b) Each precinct shall be a contiguous, compact area having clearly defined and clearly observable boundaries coinciding with visible features readily distinguishable on the ground such as designated highways, roads, streets, or rivers or be coterminous with a county boundary.

Jefferson County Commission Districts - 2020

JCC0000009

# State Reapportionment Plans

- U.S. Congressional Districts
- State School Board Districts
- State Senate Districts
- State House Districts

All these plans created by the State Legislature utilized the plus or minus 1% population variance.

Jefferson County Commission Districts - 2020

JCC0000010

# Proposed Jefferson County Commission Population Variance

- The proposed Jefferson County Commission plans falls within the plus or minus 1% population variance.

Jefferson County Commission Districts - 2020

JCC0000011

# New Population Numbers for Proposed Commission Districts Plan 1

- Commission District #1  **135,524**

- Commission District #2  **134,737**

- Commission District #3  **133,762**

- Commission District #4  **136,078**

- Commission District #5  **134,620**

Jefferson County Commission Districts - 2020

JCC0000012

# New Population Numbers for Proposed Commission Districts Plan 2

- Commission District #1  **134,982**

- Commission District #2  **135,279**

- Commission District #3  **133,762**

- Commission District #4  **136,078**

- Commission District #5  **134,620**

Jefferson County Commission Districts - 2020

# New Population Numbers for Proposed Commission Districts Plan 3

- Commission District #1 134,982

- Commission District #2  135,699

- Commission District #3  133,762

- Commission District #4  136,078

- Commission District #5  134,620

Jefferson County Commission Districts - 2020







## Where can the proposed maps of the new Commission Districts be viewed?

- Office of the Jefferson County Board of Registrars:
- 716 Richard Arrington Jr. Blvd N

  Room A-410

  Birmingham, Al 35203

 **County Commission Redistricting Based on 2020 Census** 

JCC0000018