# Exhibit C

Jeffco Commission District Breakdown
Based on 2010 & 2020 Census

## 2010 Census

| District | Population | White | % | Black | % | Other | % |
|---|---|---|---|---|---|---|---|
| 1 | 131,143 | 25,480 | 19.43 | 99,848 | 76.14 | 5,815 | 4.43 |
| 2 | 132,563 | 25,816 | 19.47 | 97,288 | 73.39 | 9,459 | 7.14 |
| 3 | 131,498 | 95,414 | 72.56 | 30,107 | 22.90 | 5,977 | 4.54 |
| 4 | 131,445 | 90,501 | 68.85 | 32,961 | 25.08 | 7,983 | 6.07 |
| 5 | 131,817 | 103,002 | 78.14 | 15,307 | 11.61 | 13,508 | 10.25 |
| Total | 658,466 | 340,213 | 51.70 | 275,511 | 41.80 | 42,742 | 6.50 |

## 2020 Census

| District | Population | White | % | Black | % | Other | % |
|---|---|---|---|---|---|---|---|
| 1 | 135,524 | 21,226 | 15.7 | 103,662 | 76.5 | 10,636 | 7.85 |
| 2 | 134,737 | 33,190 | 24.6 | 86,861 | 64.50 | 14,686 | 10.9 |
| 3 | 133,762 | 85,891 | 64.2 | 35,099 | 26.2 | 12,772 | 9.5 |
| 4 | 136,078 | 83,081 | 61.1 | 36,840 | 27.1 | 16,157 | 11.9 |
| 5 | 134,620 | 100,864 | 74.9 | 17,650 | 13.1 | 16,106 | 12.0 |
| Total | 674,721 | 324,252 | 48.05 | 280,112 | 41.51 | 70,357 | 10.44 |