**Figure 5: 2021 State Senate – Majority-Black Districts in Jefferson County**

| District | 2020 Pop. | % Deviation | 18+ Pop | % 18+ AP Black | % 18+ Latino | % 18+ NH white |
|---|---|---|---|---|---|---|
| 18 | 138146 | -3.77% | 112636 | 54.99% | 4.40% | 36.31% |
| 19 | 136601 | -4.84% | 106840 | 57.72% | 4.04% | 36.14% |
| 20 | 138987 | -3.18% | 105239 | 64.92% | 6.16% | 27.08% |

23-cv-00443
1/13/2025 Trial
Consolidated Plaintiffs' Exhibit No. 36