

**U.S. Department of Justice**

Civil Rights Division

---

TCH:RSB:JR:JDH:par
DJ 166-012-3
2013-0648

*Voting Section - NWB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

April 26, 2013

Mr. Tony Petelos
Chief Executive Officer
716 Richard Arrington, Jr., Boulevard North, Suite 251
Birmingham, Alabama 35203

Dear Mr. Petelos:

    This refers to the 2013 redistricting plan and realignment of voting precincts for Jefferson County, Alabama, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act of 1965, 42 U.S.C. 1973c. We received your submission on March 4, 2013; additional information was received through April 5, 2013.

    The Attorney General does not interpose any objection to the specified changes. However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the changes. Procedures for the Administration of Section 5 of the Voting Rights Act of 1965, 28 C.F.R. 51.41.

Sincerely,

*[signature]*

T. Christian Herren, Jr.
Chief, Voting Section

JCC0000032