FILED
2024 Jun-05  PM 03:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **ALEXIA ADDOH-KONDI, CYNTHIA BONNER, JA'NELLE BROWN, ERIC HALL, MICHAEL HANSEN, JULIA JUAREZ, CHARLES LONG, WILLIAM MUHAMMAD, FRED LEE RANDAL, TAMMIE SMITH, and ROBERT WALKER,** | ) ) ) ) ) ) ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | ) **Case No: 2:23-cv-00503-MHH** |
| | ) |
| **JEFFERSON COUNTY COMMISSION,** | ) |
| | ) |
| **Defendant.** | ) |

**ADDOH-KONDI PLAINTIFFS' NOTICE OF FILING
EVIDENTIARY MATERIALS IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT AND SUPPORTING BRIEF**

Plaintiffs Alexia Addoh-Kondi et alia, through undersigned counsel, give notice that they may rely on exhibits submitted by the McClure Plaintiffs, attached to Addoh-Kondi Doc. 89, to support the Addoh-Kondi Plaintiffs' motion for summary judgment and supporting brief to be filed hereafter. The Addoh-Kondi Plaintiffs will rely on the following additional exhibits attached to this notice:

Exhibit A.    Emails dated September 8, 2023, responding to FOIA request

Exhibit B    Jefferson County Commission Section 5 submission dated

November 18, 1985, including 1985 Consent Decree in *Taylor v. Jefferson County Comm'n*, No. CV 84-C-1730-S (N.D. Ala.)

Exhibit C    Expert report of Anthony Fairfax dated March 15, 2024

Exhibit D    Appendices to March 15, 2024, Fairfax expert report

Exhibit E    Rebuttal expert report of Anthony Fairfax dated April 26, 2024

Exhibit F    Appendix to April 26, 2024, Fairfax rebuttal expert report

Respectfully submitted this 5th day of June, 2024.

<div style="margin-left: 50%;">

/s/ *Richard P. Rouco*
Richard Rouco
Quinn Connor Weaver
Davies & Rouco, LLP
2 - 20th Street North Ste. 930
Birmingham, AL 35203
Tel. (205) 870-9989
Fax. (205) 803-4143
rrouco@qcwdr.com

/s/ *U. W. Clemon*
U. W. Clemon
2001 Park Place
10th Floor
Birmingham, AL 35203
Tel. (205) 506-4524
uwclemon1@gmail.com

/s/ *James Uriah Blacksher*
James U. Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel. (205) 612-3752

</div>

2

Fax. (205) 845-4395
jublacksher@gmail.com

/s/ *Richard Rice*
Richard Rice
The Rice Firm, LLC
115 Richard Arrington Jr. Blvd. N.
Birmingham AL 35203
Mailing - Post Office Box 453
Birmingham, AL 35201
Tel. (205) 618-8733 ext. 101
rrice@rice-lawfirm.com

Counsel for the Addoh-Kondi
Plaintiffs