FILED
2024 Jun-05 PM 03:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

**Subject:** FOIA Request 23-00082-F 1 of 2
**From:** "FOIArequests, CRT (CRT)" <CRT.FOIArequests@usdoj.gov>
**Date:** 9/8/2023, 3:05 PM
**To:** "jublacksher@gmail.com" <jublacksher@gmail.com>

Dear Mr. Blacksher,

Attached is a letter with information about your recent FOIA request to the Civil Rights Division of the US Department of Justice. The file for the responsive records was large so I split it and the other will arrive in a separate email.

Regards,

*Civil Rights Division/FOI*
*(202) 514-4210 - Main FOI*

Attachments:

| | |
|---|---|
| 23-00082-F.pdf | 112 KB |
| Jefferson County Redistricting commission from 1985-2010 1.pdf | 8.8 MB |

**Subject:** FOIA Request 23-00082-F 2 of 2
**From:** "FOIArequests, CRT (CRT)" <CRT.FOIArequests@usdoj.gov>
**Date:** 9/8/2023, 3:06 PM
**To:** "jublacksher@gmail.com" <jublacksher@gmail.com>

Dear Mr. Blacksher,

Here is the second email with your records.

Regards,

*Civil Rights Division/FOI*
*(202) 514-4210 - Main FOI*

Attachments:

Jefferson County Redistricting commission from 1985-2010 2.pdf                    5.6 MB