FILED
2024 Jun-05 PM 03:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT F

# Appendix A

District 1 and 2 Zoom Maps

w/2020 VTD and 2023 Precinct Names







