Case 2:23-cv-00443-MHH   Document 169-15   Filed 01/17/25   Page 1 of 1

FILED
2025 Jan-17 AM 10:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

6/29/23, 2:55 PM    Case 2:23-cv-00443-MHH Document 26-6 Filed 07/21/22 Page 2 of 2
2021-862 Resolution authorizing the advertising of a Public Hearing to be held on November 4, 2021, for the purpose of Redistricti...



# Jefferson County AL

## Resolution 2021-862

**Approved** Oct 7, 2021 9:00 AM

Resolution authorizing the advertising of a Public Hearing to be held on November 4, 2021, for the purpose of Redistricting.

### Information

| | | |
|---|---|---|
| **Department:** | Board of Registrars | **Sponsors:** |
| **Category:** | General Resolution | |

### Attachments

Printout

### Body

**RESOLUTION**

**WHEREAS,** in accordance with Section 11-3-1.1, Code of Alabama (1975), the Jefferson County Commission will conduct a public hearing to consider a resolution altering the boundaries of its single member districts during the regular meeting of said Commission at 9:00 AM, On November 4, 2021.

**NOW THEREFORE BE IT RESOLVED BY THE JEFFERSON COUNTY COMMISSION as follows:**

1. The County Manager shall publish a notice of date, time, and place of said Public Hearing in a newspaper of general circulation in Jefferson County for at least two weeks prior to November 4, 2021.
2. Said notice shall state that a map indicating the proposed new district boundaries will be available for public inspection for at least two weeks prior to November 4, 2021, at the Office of Board of Registrars at Room A-410, Jefferson County Courthouse, 716 Richard Arrington Jr. Blvd. North, Birmingham, Al. 35203.

### Meeting History

**Oct 7, 2021 9:00 AM**   County Commission   Commission Meeting

| | |
|---|---|
| **RESULT:** | APPROVED [UNANIMOUS] |
| **MOVER:** | T. Joe Knight, Commissioner |
| **SECONDER:** | Lashunda Scales, Commissioner |
| **AYES:** | T. Joe Knight, James A. Stephens, Lashunda Scales |
| **ABSENT:** | Sheila Tyson |
| **EXCUSED:** | Steve Ammons |

### Discussion

Add Comment

Powered by Granicus

23-cv-00443
1/13/2025 Trial
Consolidated Plaintiffs' Exhibit No. 16