23-cv-00443
1/13/2025 Trial
Consolidated Plaintiffs' Exhibit No. 44

**Figure 13: Compactness Scores**

|  | Reock higher is better | Polsby-Popper higher is better |
|---|---|---|
| Enacted Plan | .33 | .19 |
| Illustrative Plan A | .47 | .23 |
| Illustrative Plan B | .38 | .19 |
| Illustrative Plan C | .38 | .18 |