Figure 14: Political Subdivision Splits (excluding unpopulated areas)

| | Municipal Splits | Total Place Splits | 2020 VTD Splits |
|---|---|---|---|
| Enacted Plan | 45 | 49 | 25 |
| Illustrative Plan A | 37 | 39 | 0 |
| Illustrative Plan B | 37 | 46 | 0 |
| Illustrative Plan C | 22 | 22 | 25 |

23-cv-00443
1/13/2025 Trial
Consolidated Plaintiffs' Exhibit No. 45