| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | BENCH TRIAL – 1/13/2024 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | *McClure et al v. Jefferson County Commission et al* 2:23-cv-00443-MHH  *Addoh-Kondi et al v. Jefferson County Commission et al* 2:23-cv-00503-MHH  PLAINTIFF – **Cara McClure et al**  DEFENDANT – **Jefferson County Commission et al**  COURT – **Honorable Madeline Hughes Haikala**  **EXHIBIT LIST OF PLAINTIFFS** |
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 1 | 1/13 | | | | | | | 1/13 | Doc. 26-2 *Taylor* Consent Decree |
| | 2 | 1/13 | | | | | | | 1/13 | Doc. 86-2 *Taylor* Amended Consent Decree (Nov. 1, 1985) |
| | 3 | 1/13 | | | | | | | 1/13 | Doc. 85-4 /MCC01022-1156 1993 Jefferson County Section 5 Preclearance Correspondence |
| | 4 | 1/13 | | | | | | | 1/13 | Doc. 85-5/MCC01260-1477 2004 Jefferson County Section 5 Preclearance Correspondence |
| | 5 | 1/13 | | | | | | | 1/13 | Doc. 85-6/MCC01478-2584 2013 Jefferson County, Section 5 Preclearance Correspondence |
| | 6 | 1/13 | | | | | | | 1/13 | Doc. 85-1/MCC01157-1259 2001 Jefferson County (Section 5 Submission - 2021-3831) |
| | 7 | 1/13 | | | | | | | 1/13 | Doc. 157-7 Letter from USDOJ to K. Sadasivan enclosing Jefferson Cnty. Comm'n Section 5 preclearance submissions (Sept. 27, 2023) |
| | 8 | 1/13 | | | | | | | 1/13 | Doc. 85-27 Defendant's March 5, 2024 Letter re: Plaintiffs' 30(b)(6) Deposition Notice |
| | 9 | 1/13 | | | | | | | 1/13 | Doc. 85-10 Defendant's March 8, 2024 Letter re: 30(b)(6) Deposition Designations |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | | REC'D. COND. OR LTD. | RECEIVED | BENCH TRIAL – 1/13/2024 *McClure et al v. Jefferson County Commission et al* 2:23-cv-00443-MHH *Addoh-Kondi et al v. Jefferson County Commission et al* 2:23-cv-00503-MHH PLAINTIFF – Cara McClure et al DEFENDANT – Jefferson County Commission et al COURT – Honorable Madeline Hughes Haikala **EXHIBIT LIST OF PLAINTIFFS** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | | DESCRIPTION |
| | 10 | 1/13 | | | | | | | | 1/13 | Doc. 27-2 JCCAL-2021-10-05 Commission Meeting (June 15, 2023) |
| | 11 | 1/13 | | | | | | | | 1/13 | Doc. 27-1 Commission Meeting (June 15, 2023) |
| | 12 | 1/13 | | | | | | | | 1/13 | Doc. 26-4 Redistricting is based on "One Person One Vote" Presentation |
| | 13 | 1/13 | | | | | | | | 1/13 | Doc. 43-1 Election Cycle Cale - Alabama Election Cycle Calendar |
| | 14 | | | | | | | | | | Doc. 26-12 JeffCo Commissioner - News article - JeffCo Commissioners Begin Redrawing District Lines (Oct. 5, 2021) |
| | 15 | 1/13 | | | | | | | | 1/13 | Doc. 85-13 Compilation of Public Notices and News Articles (Sept. 2021 – Nov. 2021) |
| | 16 | 1/13 | | | | | | | | 1/13 | Doc. 26-6/MCC00188 Jefferson County Commission Resolution No. 2021-862 (Oct. 7, 2021) |
| | 17 | 1/13 | | | | | | | | 1/13 | Doc. 26-7 Jefferson County Commission Resolution No. 2021-929 (Nov. 4, 2021) |
| | 18 | | | | | | | | | | Doc. 93-2 REDACTED McClure Plaintiffs' Responses & Objections to Defendant's First Request for Interrogatories (Feb. 26, 2024) |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | | RECD. COND. OR LTD. | RECEIVED | BENCH TRIAL – 1/13/2024 *McClure et al v. Jefferson County Commission et al* 2:23-cv-00443-MHH *Addoh-Kondi et al v. Jefferson County Commission et al* 2:23-cv-00503-MHH PLAINTIFF – Cara McClure et al DEFENDANT – Jefferson County Commission et al COURT – Honorable Madeline Hughes Haikala **EXHIBIT LIST OF PLAINTIFFS** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | | DESCRIPTION |
| | 19 | 1/13 | | | | | | | | 1/13 | Doc. 157-19 Jefferson County Commission Minute Book:164 - Page(s): 358–372 Official Minutes and Records (Feb. 14, 2013) |
| | 20 | 1/13 | | | | | | | | 1/13 | Doc. 26-13 Jefferson County Commission Chambers Meeting Summary of Minutes (Sept. 23, 2021 - Oct. 7, 2021) |
| | 21 | | | | | | | | | | Doc. 26-3 General Election Summaries (2010-2022) (Nov. 2, 2010 - Nov. 8, 2022) |
| | 22 | | | | | | | | | | Doc. 157-22 Email from Barry Stephenson with voter precinct map changes 2021 |
| | 23 | 1/13 | | | | | | | | 1/13 | Doc. 85-21 at 13-30 Curriculum Vitae of Dr. Baodong Liu |
| | 24 | 1/13 | | | | | | | | 1/13 | Doc. 26-8 Liu Expert Report (July 21, 2023) |
| | 25 | 1/13 | | | | | | | | 1/13 | Doc. 85-21 [Corrected] Liu Expert Report II (March 15, 2024) (Supplement dated May 14, 2024) |
| | 26 | 1/13 | | | | | | | | 1/13 | Doc. 85-20 Liu Rebuttal Report (Apr. 26, 2024) |
| | 27 | 1/13 | | | | | | | | 1/13 | Doc. 157-27 Precinct level demographic data provided with expert report of Dr. Michael Barber (Apr. 11, 2024) |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | BENCH TRIAL – 1/13/2024 *McClure et al v. Jefferson County Commission et al* 2:23-cv-00443-MHH *Addoh-Kondi et al v. Jefferson County Commission et al* 2:23-cv-00503-MHH<br><br>PLAINTIFF – **Cara McClure et al**<br><br>DEFENDANT – **Jefferson County Commission et al**<br><br>COURT – **Honorable Madeline Hughes Haikala**<br><br>**EXHIBIT LIST OF PLAINTIFFS** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 28 | 1/13 | | | | | | | 1/13 | Doc. 85-24 at 28-32 Curriculum Vitae of Cory McCartan |
| | 29 | 1/15 | | | | | | | | Doc. 133-2 Duchin, et al., *Recombination: A Family of Markov Chains for Redistricting*, Harvard Data Science Rev. Issue 3.1 (Mar. 31, 2021) |
| | 30 | 1/13 | | | | | | | 1/13 | Doc. 85-24 McCartan Rebuttal Report (Apr. 25, 2024) |
| | 31 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 23-33 Curriculum Vitae of Expert Bill Cooper |
| | 32 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 7 Figure 1 – Jefferson County – 2010 to 2020 Census Population by Race and Ethnicity |
| | 33 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 9 Figure 2 – Jefferson County – Voting Age and Citizen Voting Age by Race and Ethnicity |
| | 34 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 10 Figure 3 – Enacted Commission Plan with 2014 Benchmark (Red Lines) |
| | 35 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 11 Figure 4: Enacted Commission Plan – 2020 Census |
| | 36 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 12 Figure 5: 2021 State Senate – Majority Black Districts in Jefferson County |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | BENCH TRIAL – 1/13/2024 *McClure et al v. Jefferson County Commission et al* 2:23-cv-00443-MHH *Addoh-Kondi et al v. Jefferson County Commission et al* 2:23-cv-00503-MHH PLAINTIFF – Cara McClure et al DEFENDANT – Jefferson County Commission et al COURT – Honorable Madeline Hughes Haikala **EXHIBIT LIST OF PLAINTIFFS** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 37 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 12 Figure 6: Enacted Commission Plan with 2021 SD 18, 19, and 20 |
| | 38 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 14 Figure 7: Illustrative Plan A with Enacted Commission Plan (in red) |
| | 39 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 14 Figure 8: Illustrative Plan A – 2020 Census |
| | 40 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 16 Figure 9: Illustrative Plan B with Enacted Commission Plan (in red) |
| | 41 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 16 Figure 10: Illustrative Plan B – 2020 Census |
| | 42 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 18 Figure 11: Illustrative Plan C with Enacted Commission Plan (in red) |
| | 43 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 18 Figure 12: Illustrative Plan C – 2020 Census |
| | 44 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 19 Figure 13: Compactness Scores |
| | 45 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 20 Figure 14: Political Subdivision Splits (excluding incorporated areas) |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | BENCH TRIAL – 1/13/2024 *McClure et al v. Jefferson County Commission et al* 2:23-cv-00443-MHH *Addoh-Kondi et al v. Jefferson County Commission et al* 2:23-cv-00503-MHH PLAINTIFF – Cara McClure et al DEFENDANT – Jefferson County Commission et al COURT – Honorable Madeline Hughes Haikala **EXHIBIT LIST OF PLAINTIFFS** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 46 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 75 Exhibit C1 – Enacted Plan |
| | 47 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 76 Exhibit C2 – Enacted Plan Population Summary Report |
| | 48 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 77-78 Exhibit C3 – Enacted Plan Municipal and Unincorporated Place Splits (Condensed) |
| | 49 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 79-80 Exhibit C4 – Enacted Plan Compactness Scores |
| | 50 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 81-83 Exhibit C5 – Enacted Plan VTD splits |
| | 51 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 84-113 Exhibit C6 – District Assignments by Race and Ethnicity |
| | 52 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 114 Exhibit D1- 2011 Benchmark Plan |
| | 53 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 115 Exhibit D2 – 2014 Benchmark Plan Population Summary Report |
| | 54 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 116- 117 Exhibit D3 – 2011 Benchmark Municipal and Unincorporated Place Splits (Condensed) |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | BENCH TRIAL – 1/13/2024 *McClure et al v. Jefferson County Commission et al* 2:23-cv-00443-MHH *Addoh-Kondi et al v. Jefferson County Commission et al* 2:23-cv-00503-MHH PLAINTIFF – **Cara McClure et al** DEFENDANT – **Jefferson County Commission et al** COURT – **Honorable Madeline Hughes Haikala** **EXHIBIT LIST OF PLAINTIFFS** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 55 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 118 -119 Exhibit D-4 – 2011 Benchmark Compactness Scores |
| | 56 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 120 Exhibit D-5 2011 Benchmark VTD Splits |
| | 57 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 134 Exhibit F1 – Illustrative Plan A |
| | 58 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 135 Exhibit F2 – Illustrative Plan A Population Summary Report |
| | 59 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 136 – 137 Exhibit F3 – Illustrative Plan A Municipal and Unincorporated Place Splits (Condensed) |
| | 60 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 138 – 139 Exhibit F-4 Illustrative Plan A Compactness Report |
| | 61 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 140 Exhibit F5 Illustrative Plan A VTD Splits |
| | 62 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 141 - 150 Exhibit F6 – Illustrative Plan A District Assignments by Race and Ethnicity |
| | 63 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 151 Exhibit G1 – Illustrative Plan B |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | BENCH TRIAL – 1/13/2024<br><br>*McClure et al v. Jefferson County Commission et al*<br>2:23-cv-00443-MHH<br>*Addoh-Kondi et al v. Jefferson County Commission et al*<br>2:23-cv-00503-MHH<br><br>PLAINTIFF – Cara McClure et al<br><br>DEFENDANT – Jefferson County Commission et al<br><br>COURT – Honorable Madeline Hughes Haikala<br><br>**EXHIBIT LIST OF PLAINTIFFS** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 64 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 152 Exhibit G2 – Illustrative Plan B Population Summary Report |
| | 65 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 153 - 154 Exhibit G3 – Illustrative Plan B Municipal and Unincorporated Place Splits (Condensed) |
| | 66 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 155 - 156 Exhibit G4 Illustrative Plan B Compactness Report |
| | 67 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 157 Exhibit G5 Illustrative Plan B VTD Splits |
| | 68 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 158 -168 Exhibit G6 Illustrative Plan B District Assignments by Race and Ethnicity |
| | 69 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 169 Exhibit H1 – Illustrative Plan C |
| | 70 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 170 Exhibit H2 – Illustrative Plan C Population Summary Report |
| | 71 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 171-172 Exhibit H3 – Illustrative Plan C Municipal and Unincorporated Place Splits (Condensed) |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | BENCH TRIAL – 1/13/2024 *McClure et al v. Jefferson County Commission et al* 2:23-cv-00443-MHH *Addoh-Kondi et al v. Jefferson County Commission et al* 2:23-cv-00503-MHH PLAINTIFF – Cara McClure et al DEFENDANT – Jefferson County Commission et al COURT – Honorable Madeline Hughes Haikala **EXHIBIT LIST OF PLAINTIFFS** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 72 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 173 - 174 Exhibit H4 – Illustrative Plan C Compactness Report |
| | 73 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 175 - 176 Exhibit H5 – Illustrative Plan C VTD Splits |
| | 74 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 177 - 185 Exhibit H6 – Illustrative Plan C District Assignments by Race and Ethnicity |
| | 75 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 186-187 Exhibit I-1 – Core Constituency Report |
| | 76 | 1/13 | | | | | | | 1/13 | Doc. 85-8 at 188-189 Exhibit I-2 Net Population Shifted |
| | 77 | 1/13 | | | | | | | 1/13 | Doc. 85-3 at 7 Figure 1: Jefferson County – 1990 Percent Black by 2020 Census Tract |
| | 78 | 1/13 | | | | | | | 1/13 | Doc. 85-3 at 8 Figure 2: Jefferson County – 2020 Percent Black by 2020 Census Tract |
| | 79 | 1/13 | | | | | | | 1/13 | Doc. 85-3 at 9 Figure 3: 2021 Commission Plan Boundaries (1990 Census v. 2020 Census) |
| | 80 | 1/13 | | | | | | | 1/13 | Doc. 85-3 at 12 Figure 4: Illustrative Plan D with 2021 Commission Plan (in Red) |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | BENCH TRIAL – 1/13/2024<br><br>*McClure et al v. Jefferson County Commission et al*<br>2:23-cv-00443-MHH<br>*Addoh-Kondi et al v. Jefferson County Commission et al*<br>2:23-cv-00503-MHH<br><br>PLAINTIFF – Cara McClure et al<br><br>DEFENDANT – **Jefferson County Commission et al**<br><br>COURT – Honorable Madeline Hughes Haikala<br><br>**EXHIBIT LIST OF PLAINTIFFS** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 81 | 1/13 | | | | | | | 1/13 | Doc. 85-3 at 13 Figure 5: Illustrative Plan D – 2020 Census |
| | 82 | 1/13 | | | | | | | 1/13 | Doc. 85-3 at 15 Figure 6: Illustrative Plan E with 2021 Commission Plan (in red) |
| | 83 | 1/13 | | | | | | | 1/13 | Doc. 85-3 at 15 Figure 7: Illustrative Plan E – 2020 Census |
| | 84 | 1/13 | | | | | | | 1/13 | Doc. 85-3 at 17 Figure 8: Compactness Scores |
| | 85 | 1/13 | | | | | | | 1/13 | Doc. 85-3 at 17 Figure 9: Political Subdivision Splits |
| | 86 | 1/13 | | | | | | | 1/13 | Doc. 85-3 at 19 Exhibit A – 2001 Plan |
| | 87 | 1/13 | | | | | | | 1/13 | Doc. 85-3 at 20 Exhibit B-1 – Illustrative Plan D |
| | 88 | 1/13 | | | | | | | 1/13 | Doc. 85-3 at 20 Exhibit B-2 – Illustrative Plan D Population Summary Report |
| | 89 | 1/13 | | | | | | | 1/13 | Doc. 85-3 at 22 - 23 Exhibit B-3 – Illustrative Plan D Municipal and Unincorporated Place Splits (Condensed) |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | BENCH TRIAL – 1/13/2024 *McClure et al v. Jefferson County Commission et al* 2:23-cv-00443-MHH *Addoh-Kondi et al v. Jefferson County Commission et al* 2:23-cv-00503-MHH PLAINTIFF – Cara McClure et al DEFENDANT – Jefferson County Commission et al COURT – Honorable Madeline Hughes Haikala **EXHIBIT LIST OF PLAINTIFFS** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 90 | 1/13 | | | | | | | 1/13 | Doc. 85-3 at 24-25 Exhibit B-4 – Illustrative Plan D Compactness Report |
| | 91 | 1/13 | | | | | | | 1/13 | Doc. 85-3 at 26 Exhibit B-5 – Illustrative Plan D VTD Splits |
| | 92 | 1/13 | | | | | | | 1/13 | Doc. 85-3 at 27-36 Exhibit B-6 – Illustrative Plan D District Assignments by Race and Ethnicity |
| | 93 | 1/13 | | | | | | | 1/13 | Doc. 85-3 at 37 Exhibit C-1 – Illustrative Plan E |
| | 94 | 1/13 | | | | | | | 1/13 | Doc. 85-3 at 38 Exhibit C-2 – Illustrative Plan E Population Summary Report |
| | 95 | 1/13 | | | | | | | 1/13 | Doc. 85-3 at 39-40 Exhibit C-3 – Illustrative Plan E Municipal and Unincorporated Place Splits (Condensed) |
| | 96 | 1/13 | | | | | | | 1/13 | Doc. 85-3 at 41-42 Exhibit C-4 – Illustrative Plan E Compactness Report |
| | 97 | 1/13 | | | | | | | 1/13 | Doc. 85-3 at 43 Exhibit C-5 Illustrative Plan E VTD Splits |
| | 98 | 1/13 | | | | | | | 1/13 | Doc. 85-3 at 44-53 Exhibit C-6 Illustrative Plan E District Assignments by Race and Ethnicity |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | BENCH TRIAL – 1/13/2024 *McClure et al v. Jefferson County Commission et al* 2:23-cv-00443-MHH *Addoh-Kondi et al v. Jefferson County Commission et al* 2:23-cv-00503-MHH PLAINTIFF – Cara McClure et al DEFENDANT – Jefferson County Commission et al COURT – Honorable Madeline Hughes Haikala **EXHIBIT LIST OF PLAINTIFFS** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 99 | 1/1 | | | | | | | 1/1 | Doc. 159-49 Defendant's Response to McClure Plaintiffs' First Request for Production (Feb. 9, 2024) |
| | 100 | 1/1 | | | | | | | 1/1 | Doc. 159-50 Defendant's 1st Suppl. Response to McClure Plaintiffs' First Request for Production (Feb. 16, 2024) |
| | 101 | | | | | | | | | Doc.20-1 1985 Consent Decree and DOJ Submission |
| | 102 | | | | | | | | | Doc.20-2 Jefferson County Commission in Bhamwiki |
| | 103 | 1/13 | | | | | | | 1/13 | Doc.20-3 Jefferson County maps in 1986 voter guide |
| | 104 | 1/4 | | | | | | | 1/4 | Doc.20-4 Jefferson County districts as of Nov. 8, 2010 |
| | 105 | | | | | | | | | Doc.20-5 al.com article Jan. 23, 2013, "View the Jefferson County voting maps that have raised concerns" |
| | 106 | 1/4 | | | | | | | 1/4 | Doc.20-6 Redistricting presentation by Jefferson County Commission 2021 |
| | 107 | | | | | | | | | Doc.20-7 Pre-Commission Work Session, Oct. 5, 2021 |

| N O T O F F E R E D | N U M B E R | I D E N T I F I E D | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | R E C D. C O N D. OR L T D. | R E C E I V E D | BENCH TRIAL – 1/13/2024<br><br>*McClure et al v. Jefferson County Commission et al*<br>**2:23-cv-00443-MHH**<br>*Addoh-Kondi et al v. Jefferson County Commission et al*<br>**2:23-cv-00503-MHH**<br><br>PLAINTIFF – **Cara McClure et al**<br><br>DEFENDANT – **Jefferson County Commission et al**<br><br>COURT – **Honorable Madeline Hughes Haikala**<br><br>**EXHIBIT LIST OF PLAINTIFFS** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 108 | 1/14 | | | | | | | 1/14 | Doc.20-8 Jefferson County Resolution 2021-929 adopting redistricting plan |
| | 109 | | | | | | | | | Doc.20-9 Magnitude report, Jefferson County Commission district pre-2020 with 2020 census data |
| | 110 | 1/13 | | | | | | | 1/13 | Doc.20-10 Maptitude report, Jefferson County Commission districts adopted 2021 with 2020 census data |
| | 111 | 1/13 | | | | | | | 1/13 | Doc.20-11 List of Jefferson County municipalities as of Jan. 23, 2023 |
| | 112 | | | | | | | | | Doc. 20-12 Addoh-Kondi Plaintiffs' pages on Alabama Secretary of State voter registration web site |
| | 113 | | | | | | | | | Doc. 20-13 Birmingham Public Library, Jefferson County population 1830-2000 |
| | 114 | 1/15 | | | | | | | 1/15 | Doc. 20-14 Maptitude report, Split Census Places in Pre-2020 Plan with 2020 census data |
| | 115 | 1/15 | | | | | | | 1/15 | Doc. 20-15 Maptitude report, Split Census Places in 2021 Plan with 2020 census data |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | BENCH TRIAL – 1/13/2024 *McClure et al v. Jefferson County Commission et al* 2:23-cv-00443-MHH *Addoh-Kondi et al v. Jefferson County Commission et al* 2:23-cv-00503-MHH PLAINTIFF – Cara McClure et al DEFENDANT – Jefferson County Commission et al COURT – Honorable Madeline Hughes Haikala **EXHIBIT LIST OF PLAINTIFFS** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 116 | | | | | | | | | Doc. 20-16 Maptitude report, showing changes in district boundaries pre-2020 census and 2021 adopted plan |
| | 117 | 1/13 | | | | | | | 1/13 | Doc. 20-17 Maptitude report, split voter tabulation districts (precincts) in 2021 adopted plan |
| | 118 | | | | | | | | | Doc. 20-18 Jefferson County Commission Illustrative Plan 1a |
| | 119 | | | | | | | | | Doc. 20-19 Jefferson County Commission Illustrative Plan 1b |
| | 120 | | | | | | | | | Doc. 20-21 Jefferson County Election Comm'n Resolution Calling Special Election for District 5 Vacancy, Jun. 8. 2023 |
| | 121 | 1/13 | | | | | | | 1/13 | Doc. 20-22 Illustrative Plan 1a statistics in Dave's App |
| | 122 | | | | | | | | | Doc. 20-23 Illustrative Plan 1b statistics in Dave's App |
| | 123 | | | | | | | | | Doc. 36-1 2011-2021 District Comparison Map |
| | 124 | | | | | | | | | Doc. 36-2 Presentation "One Person One Vote" |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | BENCH TRIAL – 1/13/2024 *McClure et al v. Jefferson County Commission et al* 2:23-cv-00443-MHH *Addoh-Kondi et al v. Jefferson County Commission et al* 2:23-cv-00503-MHH PLAINTIFF – Cara McClure et al DEFENDANT – Jefferson County Commission et al COURT – Honorable Madeline Hughes Haikala **EXHIBIT LIST OF PLAINTIFFS** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 125 | | | | | | | | | Doc. 36-3 Demographic Changes 2010 & 2020 Census |
| | 126 | | | | | | | | | Doc. 37 Declaration of James P. Naftel, II |
| | 127 | | | | | | | | | Doc. 38 Declaration of Keith Harris |
| | 128 | | | | | | | | | Doc. 39 2021 Enacted Plan |
| | 129 | | | | | | | | | Doc. 91-1 Emails dated Sept. 8, 2023, responding to FOIA request |
| | 130 | | | | | | | | | Doc. 91-2 Jefferson County Commission Section 5 submission dated Nov. 18, 1985, including 1985 Consent Decree in *Taylor v. Jefferson County Comm'n*, No. CV 84-C-1730-S (N.D. Ala.) |
| | 131 | 1/13 | | | | | | | 1/13 | Doc. 91-3 Expert report of Anthony Fiarfax dated Mar. 15, 2024 |
| | 132 | 1/13 | | | | | | | 1/13 | Doc. 91-4 Appendices to Mar. 15, 2024, Fairfax expert report |
| | 133 | 1/13 | | | | | | | 1/13 | Doc. 91-5 Rebuttal expert report of Anthony Fairfax dated Apr. 26, 2024 |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | | RECD. COND. OR LTD. | RECEIVED | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | | |
| | | | | | | | | | | | **BENCH TRIAL – 1/13/2024**<br><br>*McClure et al v. Jefferson County Commission et al*<br>2:23-cv-00443-MHH<br>*Addoh-Kondi et al v. Jefferson County Commission et al*<br>2:23-cv-00503-MHH<br><br>PLAINTIFF – Cara McClure et al<br><br>DEFENDANT – Jefferson County Commission et al<br><br>COURT – Honorable Madeline Hughes Haikala<br><br>**EXHIBIT LIST OF PLAINTIFFS** |
| | 134 | 1/13 | | | | | | | | 1/13 | Doc. 91-6 Appendix to Apr. 26, 2024, Fairfax rebuttal expert report |
| | 135 | | | | | | | | | | 1985 Section 5 Submission letter and preclearance letter |
| | 136 | 1/15 | | | | | | | | 1/15 | 1985 Submission letter |
| | 137 | | | | | | | | | | 1993 Section 5 Submission letter with exhibits and preclearance letter |
| | 138 | 1/15 | | | | | | | | 1/15 | 1993 Submission letter |
| | 139 | | | | | | | | | | 2001 Section 5 Submission letter with exhibits and preclearance letter |
| | 140 | | | | | | | | | | 2001 Submission letter |
| | 141 | | | | | | | | | | 2004 Section 5 Submission letter with exhibits and preclearance letter |
| | 142 | | | | | | | | | | 2004 Section 5 Submission letter |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | BENCH TRIAL – 1/13/2024 *McClure et al v. Jefferson County Commission et al* 2:23-cv-00443-MHH *Addoh-Kondi et al v. Jefferson County Commission et al* 2:23-cv-00503-MHH PLAINTIFF – Cara McClure et al DEFENDANT – Jefferson County Commission et al COURT – Honorable Madeline Hughes Haikala **EXHIBIT LIST OF PLAINTIFFS** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 143 | 1/15 | | | | | | | 1/15 | 2004 Submission letter |
| | 144 | | | | | | | | | 2013 Section 5 Submission letter with exhibits and preclearance letter |
| | 145 | 1/15 | | | | | | | 1/15 | 2013 Submission letter |
| | 146 | 1/14 | | | | | | | 1/14 | Jefferson County Commission District Map (Jan. 25, 2022) |
| | 147 | 1/14 | | | | | | | 1/14 | The 2021 Enacted Plan in 1990 (SR Black by 2020 Tract) |
| | 148 | 1/14 | | | | | | | 1/14 | The 2021 Enacted Plan (SR Black by 2020 Tract) |
| | 149 | 1/14 | | | | | | | 1/14 | Comparing 1990 to 2020 Census (SR Black by 2020 Tract) |
| | 150 | 1/15 | | | | | | | 1/15 | Corrected PX78 – Figure 2: Jefferson County 2000 Percent Black by 2020 Census Tract |
| | 151 | 1/15 | | | | | | | 1/15 | McCartan BVAP Share in Highest BVAP District |
| | 152 | 1/15 | | | | | | | 1/15 | McCartan BVAP Share in 2nd Highest BVAP District |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | BENCH TRIAL – 1/13/2024 *McClure et al v. Jefferson County Commission et al* 2:23-cv-00443-MHH *Addoh-Kondi et al v. Jefferson County Commission et al* 2:23-cv-00503-MHH  PLAINTIFF – **Cara McClure et al**  DEFENDANT – **Jefferson County Commission et al**  COURT – **Honorable Madeline Hughes Haikala**  **EXHIBIT LIST OF PLAINTIFFS** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 153 | 1/15 | | | | | | | 1/15 | McCartan BVAP Share in 3rd Highest BVAP District |
| | 154 | 1/15 | | | | | | | 1/15 | McCartan Methodology PX30, p. 11, Figure 2 |
| | 155 | 1/15 | | | | | | | 1/15 | Side-By-Side PX114 and PX115 |
| | 156 | | | | | | | | | |
| | 157 | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |