FILED
2025 Jan-22 AM 09:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Appendix A

District 1 and 2 Zoom Maps

w/2020 VTD and 2023 Precinct Names

21

23-cv-00443
1/13/2025 Trial
Consolidated Plaintiffs' Exhibit No. 134







