FILED
2025 Jan-22 AM 09:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

**JEFFERSON COUNTY COMMISSION**



CHRISS N. DOSS - PRESIDENT
RAY MOORE - ASSOCIATE
DAVID ORANGE - ASSOCIATE

EDWIN A. STRICKLAND
County Attorney
313 Courthouse
Birmingham, Alabama 35263-0008
Telephone (205) 325-5888

November 18, 1985

Assistant Attorney General
Civil Rights Division
Department of Justice
Washington, DC 20530

    RE: Submission Under Section 5 - Voting Rights Act
         Jefferson County, Alabama

Dear Sir:

    This shall constitute a Submission Under Section 5 of the Voting Rights Act regarding a change in the structure of the Jefferson County Commission of Jefferson County, Alabama.

1.   SOURCE OF INFORMATION

    Enclosed is a copy of the CONSENT DECREE executed August 17, 1985, and the final AMENDED CONSENT DECREE executed October 31, 1985, by United States District Judge U. W. Clemon in case CA-84-C-1730-S, Taylor, et al., v. Jefferson County, et al.

2.   STATISTICS

    The CONSENT DECREE establishes five (5) County Commission districts. Attached to said AMENDED CONSENT DECREE as Exhibit A-1, is a description by legislative precincts and box area of each of the County Commission districts. Attached to the AMENDED CONSENT DECREE as Exhibit B-1, is a description of each County Commission district by census tract and reflecting the population breakdown between white, black and other. Also reflected are the percentages of each with deviations shown. Said Exhibit B-1 was prepared by Mr. Rod Clark, Administrative Associate, Center for Urban Affairs, University of Alabama in Birmingham, Area Code (205) 934-3500.

    The AMENDED CONSENT DECREE also references a map as "Exhibit C". Said map remains in the District Court file as an original exhibit to the Decree. The map is approximately 5' x 6' and we do not have the facilities to copy and reduce it for attachment to the copies of the AMENDED CONSENT DECREE. However, Judge Clemon has caused to be attached to the copies of the AMENDED CONSENT DECREE dis-

23-cv-00443
1/13/2025 Trial
Consolidated Plaintiffs' Exhibit No. 186

tributed by the Court a substitute map which includes census tract numbers and has the new County Commission lines shown thereon.

3. STATEMENT OF THE CHANGE

Since 1931 the Jefferson County Commission has consisted of three (3) County Commissioners who were elected at-large from Jefferson County. The change embodied in the CONSENT DECREE and AMENDED CONSENT DECREE establishes a five (5) member County Commission elected from districts within Jefferson County.

4. PERSON MAKING SUBMISSION

Edwin A. Strickland, County Attorney
Jefferson County, Alabama
Room 213 Jefferson County Courthouse
Birmingham, Alabama 35263

5. NAME OF SUBMITTING AUTHORITY

The Jefferson County Commission of Jefferson County, Alabama.

6. DATE OF CHANGE

The change will commence with the party primary elections for Jefferson County Commission in June, 1986, and the general election in November, 1986. The elected commissioners will take office in January 1987.

7. REASONS FOR THE CHANGE

The population of Jefferson County, Alabama, contains approximately 33-1/3% blacks. The above referenced case is a minority vote dilution case. The CONSENT DECREE abolishes the at-large county commission positions and substitutes five (5) districts of which two (2) are drawn in order to provide blacks with a greater opportunity to elect black commissioners.

8. ANTICIPATED EFFECT OF THE CHANGE

The CONSENT DECREE and AMENDED CONSENT DECREE establishes five (5) County Commission positions elected from five (5) districts within Jefferson County. As reflected in Exhibit B-1 of the AMENDED CONSENT DECREE, Commission District One (1) will contain 65.6% blacks. District Two (2) will contain 66.8% blacks. Accordingly, blacks will have a greater opportunity to elect 2/5 or 40% of the County Commission positions.

23-cv-00443
1/13/2025 Trial
Consolidated Plaintiffs' Exhibit No. 136

9. PAST OR PENDING LEGISLATION

The foregoing case is the only pending litigation concerning the subject voting practices.

10. PRIOR PRACTICE

The current commission form consisting of three (3) at-large positions was established in 1931. There has been no change to the number or at-large election method since then.

11. REGISTERED VOTERS

Attached as an exhibit to this submittal is a breakdown of the number of registered voters within each of the five (5) County Commission districts.

12. OTHER ATTORNEYS

The Plaintiffs in the above referenced Taylor case are represented by:

Mr. Ronald L. Spratt (205) 328-2927
2205 Morris Avenue
Birmingham, Alabama 35203

Mr. Edward Still (205) 322-6631
714 South 39th Street
Birmingham, Alabama 35233

The Defendants in the Taylor case are represented by:

Mr. David P. Whiteside, Jr. (205) 322-0616
Johnston, Barton, Proctor, Swedlaw & Naff
1100 Park Place Tower
Birmingham, AL 35203

Mr. Edwin A. Strickland, (205) 325-5688
County Attorney
Jefferson County Commission
Room 213 Jefferson County Courthouse
Birmingham, Alabama 35263

Sincerely,

Edwin A. Strickland
County Attorney

EAS/jr

Enclosures

23-cv-00443
1/13/2025 Trial
Consolidated Plaintiffs' Exhibit No. 136