Perry C. McCorkle



**JEFFERSON COUNTY COMMISSION**

**OFFICE OF COUNTY ATTORNEY**

EDWIN A. STRICKLAND
County Attorney
CHARLES S. WAGNER
JEFFREY M. SEWELL
Assistant County Attorneys
214 Courthouse
Birmingham, Alabama 35263-0008
Telephone (205) 325-5588
FAX (205) 325-5840

October 26, 1993

Section 5 Submission
No. 93-4174

U. S. Department of Justice
Civil Rights Division
Voting Section
P. O. Box 66128
Washington, D.C. 20035-6128

Re: Submission under Section 5 - Voting Rights Act
Jefferson County, Alabama

Greetings:

This will constitute a submission under Section 5 of the Voting Rights Act regarding the alteration of the Jefferson County Commission single-member district boundary lines, following the 1990 United States Census.

In accordance with PART 51 - PROCEDURES FOR THE ADMINISTRATION OF SECTION 5 OF THE VOTING RIGHTS ACT OF 1965 AS AMENDED - SUBPART C:

1. **SOURCE OF INFORMATION**

A. The Jefferson County Commission consists of five County Commissioners elected from single-member districts in the County. This structure results from a CONSENT DECREE of August 17, 1985, and AMENDED CONSENT DECREE of August 31, 1985, in the case of Taylor, et al. v. Jefferson County, et al., CA 84-C-1730-S. The County Commission structure established pursuant to Taylor, above, received preclearance on a Section 5 submission by letter of January 13, 1986 (copy attached).

B. A second submission was made under Section 5 resulting from the passage by the Legislature of Alabama, of Act No. 89-841, which established residency requirements for Jefferson County Commissioners. The Act required that such Commissioners shall have been citizens and residents of the County Commission District they represent one year next before their election and

93 OCT 29 PM 3:14

CIVIL RIGHTS DIVISION
VOTING SECTION

23-cv-00443
1/13/2025 Trial
Consolidated Plaintiffs' Exhibit No. 138

U. S. Department of Justice    Page two    October 26, 1993
Civil Rights Division

shall reside in their respective districts during their terms of office. This submission received preclearance by the Justice Department by letter of July 28, 1989 (copy attached).

2. **STATISTICS**

See attached Exhibits.

3. **STATEMENT OF THE CHANGE**

The present five-member single-district county commission was established by Consent Decree of August 17, 1985, based on the 1980 U. S. Census. The 1990 U. S. Census reflects that District No. 1 has lost 15.52% population; District No. 2 has lost 6.2% population; District No. 3 has gained 1.13% population; District No. 4 has gained 13.32% population and District No. 5 has gained 7.27% population. The ideal district population as per the 1990 census is 130,305. The change in district boundaries will bring each district close to the ideal district population, without significantly changing the ratio of black and white population within the districts.

4. **PERSON MAKING SUBMISSION**

    Edwin A. Strickland
    Jefferson County Attorney
    214 Jefferson County Courthouse
    716 North 21st Street
    Birmingham, AL 35263
    Phone: (205) 325-5688

5. **NAME OF SUBMITTING AUTHORITY AND LEGAL AUTHORITY FOR THE ACTION.**

Act No. 92-01, Legislature of Alabama (copy attached) authorizes the County Commission to alter Commission single-member district boundaries following the release of any federal decennial census. This Act received preclearance following a Section 5 submission by letter of March 6, 1992 (copy attached).

The Jefferson County Commission, made the subject changes in the Commission district boundaries by resolution adopted by the County Commission on October 19, 1993 (copy attached).

23-cv-00443
1/13/2025 Trial
Consolidated Plaintiffs' Exhibit No. 138

U. S. Department of Justice    Page three    October 26, 1993
Civil Rights Division

### 6. DATE OF CHANGE

The change in the Commission district boundaries will commence with the party primary elections for the Jefferson County Commission in 1994 and the general election of November, 1994.

### 7. REASONS FOR CHANGE

See item 3 above.

### 8. ANTICIPATED EFFECT OF THE CHANGE

The anticipated effect of the change is to nearly equalize the total population residing within the five Commission Districts without significantly altering the racial ratios.

### 9. PAST OR PENDING LITIGATION

There is no pending litigation concerning the structure of the County Commission or the boundary lines of the respective Commission districts.

### 10. ADDITIONAL EXHIBITS -- DISTRICT BOUNDARY DESCRIPTIONS

A.  District Boundary Description -- Written Census Features.

B.  District Boundary Description -- Map By Census Features.

C.  District Boundary Description -- Written Census Geography.

D.  District Boundary Description -- Map By Streets.

Sincerely,

Edwin A. Strickland
County Attorney

EAS/khc

Enclosures

23-cv-00443
1/13/2025 Trial
Consolidated Plaintiffs' Exhibit No. 138