FILED
2025 Jan-17 AM 11:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

**BENCH TRIAL – 1/13/2024**

*McClure et al v. Jefferson County Commission et al*
2:23-cv-00443-MHH
*Addoh-Kondi et al v. Jefferson County Commission et al*
2:23-cv-00503-MHH

PLAINTIFF – **Cara McClure et al**

DEFENDANT – **Jefferson County Commission et al**

COURT – **Honorable Madeline Hughes Haikala**

**EXHIBIT LIST OF DEFENDANTS**

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | | REC'D. COND. OR LTD. | RECEIVED | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | | |
| | 1 | 1/13 | | | | | | | | 1/13 | High-Resolution Map of Jefferson County Commission Districts 2021 (created Nov. 9, 2021) |
| | 2 | 1/13 | | | | | | | | 1/13 | High-Resolution Map of Jefferson County Commission Districts 2021 Against 2010 Districts (created Aug. 2023) |
| | 3 | | | | | | | | | | Jefferson County Commission Districts 2021 Enacted Plan – Shapefiles (Native) |
| | 4 | | | | | | | | | | Jefferson County Commission Districts 2021 Enacted Plan - Block Assignments (Native) |
| | 5 | 1/15 | | | | | | | | 1/15 | 2020 Jefferson County Redistricting Presentation by Barry Stephenson |
| | 6 | 1/15 | | | | | | | | 1/15 | Jefferson County Commission Meeting Agenda - October 5, 2021 |
| | 7 | 1/15 | | | | | | | | 1/15 | Transcript of October 5 Jefferson County Commission Work Session |
| | 8 | 1/15 | | | | | | | | 1/15 | Jefferson County Commission Meeting Agenda - November 4, 2021 |
| | 9 | 1/15 | | | | | | | | 1/15 | Jefferson County Commission Meeting Minutes - November 4, 2021 |
| | 10 | 1/14 | | | | | | | | 1/14 | Transcript of November 4 Jefferson County Commission Hearing |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | BENCH TRIAL – 1/13/2024 *McClure et al v. Jefferson County Commission et al* 2:23-cv-00443-MHH *Addoh-Kondi et al v. Jefferson County Commission et al* 2:23-cv-00503-MHH  PLAINTIFF – Cara McClure et al  DEFENDANT – Jefferson County Commission et al  COURT – Honorable Madeline Hughes Haikala  **EXHIBIT LIST OF DEFENDANTS** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 11 | 1/13 | | | | | | | 1/13 | Jefferson County Resolution 2021-929 |
| | 12 | 1/14 | | | | | | | 1/14 | Map of Jefferson County Commission Districts 2013 (created Dec. 5, 2013) |
| | 13 | | | | | | | | | Jefferson County Commission Districts 2013 – Shapefiles (Native) |
| | 14 | | | | | | | | | Jefferson County Commission Districts 2013 - Block Assignments (Native) |
| | 15 | 1/14 | | | | | | | 1/14 | Map of Jefferson County Commission Districts 2004 |
| | 16 | 1/13 | | | | | | | 1/13 | Map of Jefferson County Commission Districts 2001 (created Nov. 8, 2010) |
| | 17 | | | | | | | | | Jefferson County Commission Districts 2001- Shapefiles (Native) |
| | 18 | 1/13 | | | | | | | 1/13 | Map and Index of Jefferson County Precincts 2021 |
| | 19 | | | | | | | | | Jefferson County Precincts 2021 – Shapefiles (Native) |
| | 20 | 1/14 | | | | | | | 1/14 | Map of Jefferson County Precincts Prior to 2021 Redistricting |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | BENCH TRIAL – 1/13/2024 *McClure et al v. Jefferson County Commission et al* 2:23-cv-00443-MHH *Addoh-Kondi et al v. Jefferson County Commission et al* 2:23-cv-00503-MHH  PLAINTIFF – **Cara McClure et al**  DEFENDANT – **Jefferson County Commission et al**  COURT – **Honorable Madeline Hughes Haikala**  **EXHIBIT LIST OF DEFENDANTS** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 21 | 기 | | | | | | | 기 | Index of Jefferson County Precincts Prior to 2021 Redistricting |
| | 22 | | | | | | | | | Jefferson County Precincts 2013 – Shapefiles (Native) |
| | 23 | | | | | | | | | ArcGIS Online - Jefferson County Municipality Look-Up (Native) |
| | 24 | | | | | | | | | Barry Stephenson Emails from Nov. 18, 2021 |
| | 25 | | | | | | | | | Biography of Commissioner Lashunda Scales |
| | 26 | | | | | | | | | Biography of Commissioner Sheila Tyson |
| | 27 | | | | | | | | | Biography of Commissioner James A. Stephens |
| | 28 | | | | | | | | | Biography of Commissioner Joe Knight |
| | 29 | | | | | | | | | Biography of Commissioner Mike Bolin |
| | 30 | | | | | | | | | Alabama Election Cycle Calendar |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | BENCH TRIAL – 1/13/2024 *McClure et al v. Jefferson County Commission et al* 2:23-cv-00443-MHH *Addoh-Kondi et al v. Jefferson County Commission et al* 2:23-cv-00503-MHH PLAINTIFF – Cara McClure et al DEFENDANT – Jefferson County Commission et al COURT – Honorable Madeline Hughes Haikala **EXHIBIT LIST OF DEFENDANTS** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 31 | 1/13 | | | | | | | 1/13 | Expert Report of Michael Barber |
| | 32 | 1/13 | | | | | | | 1/13 | Surrebuttal Report of Michael Barber |
| | 33 | | | | | | | | | Second Surrebuttal Report of Michael Barber |
| | 34 | | | | | | | | | Deposition of William Cooper - Exhibit 6 - Rebuttal Report of William Cooper - Core Retention Report for Illustrative Plan D Compared to Enacted Plan - District 5 Missing |
| | 35 | | | | | | | | | Deposition of William Cooper - Exhibit 11- Rebuttal Report of William Cooper - Core Retention Report for Illustrative Plan D Compared to 2014 [sic] Plan - District 5 Missing |
| | 36 | | | | | | | | | Deposition of William Cooper - Exhibit 13 - Rebuttal Report of William Cooper - Core Population Kept Together in Illustrative Plan D from 2014 [sic] Benchmark |
| | 37 | | | | | | | | | Deposition of William Cooper - Exhibit 9 - Rebuttal Report of William Cooper - Core Population Kept Together in Illustrative Plan E from 2014 [sic] Benchmark |
| | 38 | | | | | | | | | Rebuttal Report of William Cooper - Core Retention Report for Illustrative Plan E from 2014 [sic] Benchmark |
| | 39 | | | | | | | | | Deposition of William Cooper - Exhibit 8: Plan E District-by-District Core Retention |
| | 40 | 1/14 | | | ✓ | | | | 1/14 | Deposition of William Cooper - Exhibit 12: Plan D District-by-District Core Retention |

| N O T   O F F E R E D | N U M B E R | I D E N T I F I E D | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | R E C D.   C O N D.   O R   L T D. | R E C E I V E D | BENCH TRIAL – 1/13/2024<br><br>*McClure et al v. Jefferson County Commission et al*<br>2:23-cv-00443-MHH<br>*Addoh-Kondi et al v. Jefferson County Commission et al*<br>2:23-cv-00503-MHH<br><br>PLAINTIFF – **Cara McClure et al**<br><br>DEFENDANT – **Jefferson County Commission et al**<br><br>COURT – **Honorable Madeline Hughes Haikala**<br><br>**EXHIBIT LIST OF DEFENDANTS** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 41 | | | | | | | | | Deposition of William Cooper - Exhibit 14: District 4 Commissioner Address |
| | 42 | 1/13 | ✓ | | | | ✓ | | 1/15 | Deposition of Anthony Fairfax - Exhibit 6: Supplemented Figure 2 |
| | 43 | 1/13 | ✓ | | | | ✓ | | 1/15 | Deposition of Anthony Fairfax - Exhibit 7: Supplemented Figure 3 |
| | 44 | | | | | | | | | Deposition of Anthony Fairfax - Exhibit 8: Supplemented Figure 3.5 |
| | 45 | 1/13 | ✓ | | | | | | 1/13 | Deposition of Anthony Fairfax - Exhibit 10: Birmingham City Council Districts |
| | 46 | | | | | | | | | Deposition of Anthony Fairfax - Exhibit 11: Adopted Plan Split VTDs |
| | 47 | | | | | | | | | Deposition of Anthony Fairfax - Exhibit 12: Illustrative Plan 1a |
| | 48 | | | | | | | | | Deposition of Anthony Fairfax - Exhibit 13: Illustrative Plan 1b |
| | 49 | | | | | | | | | Addoh-Kondi Preliminary Injunction Motion Exhibit N- Pre-2021 Plan Split Census Places |
| | 50 | | | | | | | | | Addoh-Kondi Preliminary Injunction Motion Exhibit O - Adopted Plan Split Census Places |

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | BENCH TRIAL – 1/13/2024<br><br>*McClure et al v. Jefferson County Commission et al*<br>2:23-cv-00443-MHH<br>*Addoh-Kondi et al v. Jefferson County Commission et al*<br>2:23-cv-00503-MHH<br><br>PLAINTIFF – Cara McClure et al<br><br>DEFENDANT – Jefferson County Commission et al<br><br>COURT – Honorable Madeline Hughes Haikala<br><br>**EXHIBIT LIST OF DEFENDANTS** |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 51 | | | | | | | | | Addoh-Kondi Preliminary Injunction Motion Exhibit V - Illustrative Plan 1a Data |
| | 52 | | | | | | | | | Addoh-Kondi Preliminary Injunction Motion Exhibit W - Illustrative Plan 1b Data |
| | 53 | | | | | | | | | Addoh-Kondi Plaintiffs' Objections and Responses to Defendant's First Set of Interrogatories |
| | 54 | | | | | | | | | McClure Plaintiffs' First Supplemental Responses and Objections to Defendant's First Set of Interrogatories |
| | 55 | | | | | | | | | Jefferson County Commission Presentation 7888 |
| | 56 | | | | | | | | | |
| | 57 | | | | | | | | | |
| | 58 | | | | | | | | | |
| | 59 | | | | | | | | | |
| | 60 | | | | | | | | | |