*Commission Districts 2021*

N
W · E
S

0    5    10
miles

**Disclaimer:** Any use of this data shall be at the sole risk of the person or entity using it. Jefferson County makes no warranty, expressed or implied, as to the accuracy of the information represented herein. This data shall be accepted, AS IS, WITH ALL FAULTS. Any person, entity, or company that makes use of this data shall hold harmless Jefferson County, its elected officials, employees, and agents from and against any claim, damage, loss, action, cause of action, or liability arising from the use of this GIS product."

**Commission Districts**
- Comm Dist 1
- Comm Dist 2
- Comm Dist 3
- Comm Dist 4
- Comm Dist 5

JEFFERSON COUNTY
BOARD OF REGISTRARS
BARRY STEPHENSON
CHAIRMAN

DEFENSE TRIAL
EXHIBIT

**DX01**

JCC0000001

Map Date 11/09/2021