# PRE-COMMISSION WORK SESSION
## October 5, 2021

**For Commission Approval**

*All Items appearing have been approved by the County Attorney and County Manager unless otherwise designated.*

**PUBLIC WORKS, COMMUNITY SERVICES & INTER - GOVERNMENTAL RELATIONS COMMITTEE**

**ENVIRONMENTAL SERVICES**

No items submitted.

**DISTRICT 1 REPORT/OTHER BUSINESS**



DEFENSE TRIAL EXHIBIT DX06

**COMMUNITY DEVELOPMENT & HUMAN RESOURCE SERVICES COMMITTEE**

**CORONER**
No items submitted.

**DEPARTMENT OF COMMUNITY SERVICES AND WORKFORCE DEVELOPMENT**

1. **Goudy Construction - Graysville East Park Improvements Project (CD19-03F-M03-GEPI)**
Resolution authorizing the Commission President to execute and award this contract between Jefferson County, Alabama and Goudy Construction, Inc associated with the Graysville East Park Improvements Project (CD19-03F-M03-GEPI). The amount of the contract will be One Hundred Forty-Nine Thousand Four Hundred and Fifty-Six and 24/100 Dollars ($149,456.24). This will be paid for with Federal Community Development Block Grant funds for PY2019.

   *Contract Term:*                              *9/23/2021-3/23/2022*
   *Original Budget:*                            *$182,128.37*
   *Current Remaining Budget:*                   *$160,628.37*
   *Requested Amount:*                           *$149,456.24*
   *Remaining Budget after Requested Amount:*    *$11,172.13*
   *30 Day Cancellation:*                        *Yes*

2. **Titusville Senior Center-Titusville Development Corp. FY22**
BE IT RESOLVED BY THE JEFFERSON COUNTY COMMISSION that the Commission President be hereby authorized to execute a Community Grant for operation of the Titusville Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000).

   *Contract Term:*                              *10/1/2021-9/30/2022*
   *Original Budget:*                            *$320, 000.00*
   *Current Remaining Budget:*                   *$320,000. 00*
   *Requested Amount:*                           *$10,000.00*
   *Remaining Budget after Requested Amount:*    *N/A*
   *30 Day Cancellation:*                        *Yes*

3. **City of Fultondale- Fultondale Senior Center FY 22**
BE IT RESOLVED BY THE JEFFERSON COUNTY COMMISSION that the Commission President be hereby authorized to execute a Community Grant for operation of the Fultondale Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000).

   *Contract Term:*                              *10/1/2021-9/30/2022*
   *Original Budget:*                            *$320, 000.00*
   *Current Remaining Budget:*                   *$320, 000. 00*
   *Requested Amount:*                           *$10, 000. 00*
   *Remaining Budget after Requested Amount:*    *N/A*
   *30 Day Cancellation:*                        *Yes*

4. **City of Homewood-Homewood Senior Center FY 22**
BE IT RESOLVED BY THE JEFFERSON COUNTY COMMISSION that the Commission President be hereby authorized to execute a Community Grant for operation of the Homewood Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000).

   *Contract Term:*                              *10/1/2021-9/30/2022*
   *Original Budget:*                            *$320,000.00*
   *Current Remaining Budget:*                   *$320,000.00*

*Requested Amount:*                               $10,000.00
*Remaining Budget after Requested Amount:*        N/A
*30 Day Cancellation:*                            Yes

5. **Jefferson County Housing Authority-Spring Gardens Senior Center FY 22**
   BE IT RESOLVED BY THE JEFFERSON COUNTY COMMISSION that the Commission President be hereby authorized to execute a Community Grant for operation of the Spring Gardens Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000).

   *Contract Term:*                               10/1/2021-09/30/2022
   *Original Budget:*                             $320, 000.00
   *Current Remaining Budget:*                    $320, 000.00
   *Requested Amount:*                            $10, 000.00
   *Remaining Budget after Requested Amount:*     N/A
   *30 Day Cancellation:*                         Yes

6. **Project Hopewell-Hopewell Senior Center FY 22**
   BE IT RESOLVED BY THE JEFFERSON COUNTY COMMISSION that the Commission President be hereby authorized to execute a Community Grant for operation of the Hopewell Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000).

   *Contract Term:*                               10/1/2021-09/30/2022
   *Original Budget:*                             $320, 000.00
   *Current Remaining Budget:*                    $320, 000.00
   *Requested Amount:*                            $10, 000.00
   *Remaining Budget after Requested Amount:*     N/A
   *30 Day Cancellation:*                         Yes

7. **St. John Baptist Church-St. John Dolomite Senior Center FY 22**
   BE IT RESOLVED BY THE JEFFERSON COUNTY COMMISSION that the Commission President be hereby authorized to execute a Community Grant for operation of the St. John Baptist Church Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000

   *Contract Term:*                               10/1/2021-09/30/2022
   *Original Budget:*                             $320, 000.00
   *Current Remaining Budget:*                    $320, 000.00
   *Requested Amount:*                            $10, 000.00
   *Remaining Budget after Requested Amount:*     N/A
   *30 Day Cancellation:*                         Yes

8. **GracePoint Mt.Olive-Mt. Olive Senior Center FY22**
   BE IT RESOLVED BY THE JEFFERSON COUNTY COMMISSION that the Commission President be hereby authorized to execute a Community Grant for operation of the Mt. Olive Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000).

   *Contract Term:*                               10/1/2021-09/30/2022
   *Original Budget:*                             $320, 000.00
   *Current Remaining Budget:*                    $320, 000.00
   *Requested Amount:*                            $10, 000.00
   *Remaining Budget after Requested Amount:*     N/A
   *30 Day Cancellation:*                         Yes

9. **Town of Sylvan Spring-Sylvan Springs Senior Center FY22**
   BE IT RESOLVED BY THE JEFFERSON COUNTY COMMISSION that the Commission President be hereby authorized to execute a Community Grant for operation of the Sylvan Springs Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000).

   *Contract Term:*                              *10/1/2021-09/30/2022*
   *Original Budget:*                            *$320, 000.00*
   *Current Remaining Budget:*                   *$320, 000.00*
   *Requested Amount:*                           *$10, 000.00*
   *Remaining Budget after Requested Amount:*    *N/A*
   *30 Day Cancellation:*                        *Yes*

10. **City of Brighton-Brighton Senior Center FY 22**
    BE IT RESOLVED BY THE JEFFERSON COUNTY COMMISSION that the Commission President be hereby authorized to execute a Community Grant for operation of the Brighton Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000).

    *Contract Term:*                              *10/1/2021-09/30/2022*
    *Original Budget:*                            *$320,000.00*
    *Current Remaining Budget:*                   *$320,000.00*
    *Requested Amount:*                           *$10,000.00*
    *Remaining Budget after Requested Amount:*    *N/A*
    *30 Day Cancellation:*                        *Yes*

11. **City of Gardendale - Gardendale Senior Center**
    Resolution authorizing the Commission President to execute a Community Grant for operation of the Gardendale Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000).

    *Contract Term:*                              *10/1/2021-9/30/2022*
    *Original Budget:*                            *$320,000.00*
    *Current Remaining Budget:*                   *$320,000.00*
    *Requested Amount:*                           *$10,000.00*
    *Remaining Budget after Requested Amount:*    *N/A*
    *30 Day Cancellation:*                        *Yes*

12. **Town of Kimberly - Kimberly Senior Center FY22**
    Resolution authorizing the Commission President to execute a Community Grant for operation of the Kimberly Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000).

    *Contract Term:*                              *10/1/2021-9/30/2022*
    *Original Budget:*                            *$320,000.00*
    *Current Remaining Budget:*                   *$320,000.00*
    *Requested Amount:*                           *$10,000.00*
    *Remaining Budget after Requested Amount:*    *N/A*
    *30 Day Cancellation:*                        *Yes*

13. **Town of Morris - Morris Senior Center FY22**
    Resolution authorizing the Commission President to execute a Community Grant for the operation of the Morris Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000).

    *Contract Term:*                              *10/1/2021-9/30/2022*
    *Original Budget:*                            *$320,000.00*
    *Current Remaining Budget:*                   *$320,000.00*
    *Requested Amount:*                           *$10,000.00*
    *Remaining Budget after Requested Amount:*    *N/A*

*30 Day Cancellation:*               Yes

14. **City of Graysville - Graysville Senior Center FY22**
    Resolution authorizing the Commission President to execute a Community Grant for operation of the Graysville Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000).

    *Contract Term:*                              *10/1/2021-9/30/2022*
    *Original Budget:*                            *$320,000.00*
    *Current Remaining Budget:*                   *$320,000.00*
    *Requested Amount:*                           *$10,000.00*
    *Remaining Budget after Requested Amount:*    *N/A*
    *30 Day Cancellation:*                        *Yes*

15. **Bessemer Housing Authority - Exeter Fairfax Senior Center FY22**
    Resolution authorizing the Commission President to execute a Community Grant for operation of the Exeter-Fairfax Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000).

    *Contract Term:*                              *10/1/2021-9/30/2022*
    *Original Budget:*                            *$320,000.00*
    *Current Remaining Budget:*                   *$320,000.00*
    *Requested Amount:*                           *$10,000.00*
    *Remaining Budget after Requested Amount:*    *N/A*
    *30 Day Cancellation:*                        *Yes*

16. **City of Clay - Clay Senior Center FY22**
    Resolution authorizing the Commission President to execute a Community Grant for the operation of the Clay Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000).

    *Contract Term:*                              *10/1/2021-9/30/2022*
    *Original Budget:*                            *$320,000.00*
    *Current Remaining Budget:*                   *$320,000.00*
    *Requested Amount:*                           *$10,000.00*
    *Remaining Budget after Requested Amount:*    *N/A*
    *30 Day Cancellation:*                        *Yes*

17. **City of Center Point - Center Point Senior Center**
    Resolution authorizing the Commission President to execute a Community Grant for operation of the Center Point Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000).

    *Contract Term:*                              *10/1/2021-9/30/2022*
    *Original Budget:*                            *$320,000.00*
    *Current Remaining Budget:*                   *$320,000.00*
    *Requested Amount:*                           *$10,000.00*
    *Remaining Budget after Requested Amount:*    *N/A*
    *30 Day Cancellation:*                        *Yes*

18. **First United Presbyterian Church - Forestdale Senior Center FY22**
    Resolution authorizing the Commission President to execute a Community Grant for operation of the Forestdale Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000).

    *Contract Term:*                              *10/1/2021-9/30/2022*
    *Original Budget:*                            *$320,000.00*
    *Current Remaining Budget:*                   *$320,000.00*
    *Requested Amount:*                           *$10,000.00*
    *Remaining Budget after Requested Amount:*    *N/A*

5

*30 Day Cancellation:*                                    Yes

19. **New Hope Baptist Church - New Hope Senior Center FY22**
    Resolution authorizing the Commission President to execute a Community Grant for operation of the New Hope Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000).

    *Contract Term:*                                     *10/1/2021-9/30/2022*
    *Original Budget:*                                   *$320,000.00*
    *Current Remaining Budget:*                          *$320,000.00*
    *Requested Amount:*                                  *$10,000.00*
    *Remaining Budget after Requested Amount:*           *N/A*
    *30 Day Cancellation:*                               *Yes*

20. **City of Leeds - Leeds Senior Center FY22**
    Resolution authorizing the Commission President to execute a Community Grant for operation of the Leeds Senior Center in the amount of Ten Thousand Dollars 00/100 ($10,000).

    *Contract Term:*                                     *10/1/2021-9/30/2022*
    *Original Budget:*                                   *$320,000.00*
    *Current Remaining Budget:*                          *$320,000.00*
    *Requested Amount:*                                  *$10,000.00*
    *Remaining Budget after Requested Amount:*           *N/A*
    *30 Day Cancellation:*                               *Yes*

21. **Faith Alliance for the Advancement of Health Equity-Midfield Senior Center FY 22**
    BE IT RESOLVED BY THE JEFFERSON COUNTY COMMISSION that the Commission President be hereby authorized to execute a Community Grant for operation of the Midfield Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000).

    *Contract Term:*                                     *10/1/2021-09/30/2022*
    *Original Budget:*                                   *$320, 000.00*
    *Current Remaining Budget:*                          *$320, 000.00*
    *Requested Amount:*                                  *$10, 000.00*
    *Remaining Budget after Requested Amount:*           *N/A*
    *30 Day Cancellation:*                               *Yes*

22. **City of Hoover-Hoover Senior Center FY22**
    BE IT RESOLVED BY THE JEFFERSON COUNTY COMMISSION that the Commission President be hereby authorized to execute a Community Grant for operation of the Hoover Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000).

    *Contract Term:*                                     *10/1/2021-09/30/2022*
    *Original Budget:*                                   *$320, 000.00*
    *Current Remaining Budget:*                          *$320, 000.00*
    *Requested Amount:*                                  *$10, 000.00*
    *Remaining Budget after Requested Amount:*           *N/A*
    *30 Day Cancellation:*                               *Yes*

**FAMILY COURT**

   No items submitted.

**YOUTH DETENTION**

   No items submitted.

## DISTRICT 2 REPORT/OTHER BUSINESS

1. **Community Grant - Bessemer Board of Education**
   Community Grant - Bessemer Board of Education to provide financial support for the purchase of supplies and materials to benefit the students.

   | | |
   |---|---|
   | *Contract Term:* | *10/07/21 - 07/27/22* |
   | *Original Budget:* | *$200,000.00* |
   | *Current Remaining Budget:* | *$200,000.00* |
   | *Requested Amount:* | *$ 12,500.00* |
   | *Remaining Budget after Requested Amount:* | *$187,500.00* |
   | *30 Day Cancellation:* | *No* |

2. **Community Grant - Exposure Community Development Corporation, Inc**
   Community Grant to support Exposure Community Development Corporation's Veterans Day Concert which will be a benefit the county and its citizens.

   | | |
   |---|---|
   | *Contract Term:* | *10/07/2021 - 10/05/2022* |
   | *Original Budget:* | *$200,000.00* |
   | *Current Remaining Budget:* | *$187,500.00* |
   | *Requested Amount:* | *$ 1,000.00* |
   | *Remaining Budget after Requested Amount:* | *$186,500.00* |
   | *30 Day Cancellation:* | *No* |

## ADMINISTRATIVE, & INFRASTRUCTURE COMMITTEE

### ROADS & TRANSPORTATION

No items submitted.

### COUNTY ATTORNEY

1. Minutes from the Commission Meeting September 23, 2021
2. Minutes from the Reconvened Commission Meeting September 30, 2021

### SHERIFF

No items submitted.

### COUNTY MANAGER

No items submitted.

### PUBLIC INFORMATION OFFICE

No items submitted.

### DISTRICT 3 REPORT/OTHER BUSINESS

1. **Meeting Date Resolution 2021-2022**
   Resolution for the meeting dates for the Jefferson County commission for the remainder of 2021 and the year 2022

# FINANCE, JUDICIAL, EMERGENCY MANAGEMENT & DEVELOPMENT AND GENERAL SERVICES COMMITTEE

## FINANCE

1. **Purchasing Agenda Report**
   Resolution authorizing the approval of the Purchasing Agenda Report for the week of 09/09/21 - 09/15/21 and 09/16/21 - 09/22/21.

2. **Purchasing Exceptions Report**
   Resolution authorizing the approval of the Purchasing Exceptions Report for the week of 09/09/21 - 09/15/21 and 09/16/21 - 09/22/21.

3. **Encumbrance Reports**
   Resolution authorizing the approval of the Encumbrance Report for the week of 09/09/21 - 09/15/21 and 09/16/21 - 09/22/21.

4. **PACA Partnership - Colbert County Schools**
   PACA Intergovernmental Agreement Establishing Partnership

   | | |
   |---|---|
   | *Contract Term:* | *One Year* |
   | *Revenue:* | *$258.91* |
   | *30 Day Cancellation:* | *Yes* |

## BUDGET MANAGEMENT OFFICE

1.
   ### INDIVIDUAL STAFF DEVELOPMENT

   **Development Services**
   Mike Thomas                                                                                  200.00
   QCI Stormwater Training and Certification
   Irondale, AL - November 11, 2021

   **Revenue**
   Eric Pruitt                                                                                       350.00
   GFOAA 38th Annual Conference
   Tuscaloosa, AL - February 2-4, 2021

## BOARD OF EQUALIZATION

No items submitted.

## BOARD OF REGISTRARS

1. **Presentation - Redistricting New Commission Precincts**

## CIRCUIT CLERK

No items submitted.

## DEVELOPMENT SERVICES

1. **Z-21-0016**

    Estate of William Lee Kyle, owner, Charmon Yates, agent requests a change of zoning from A-1 (Agriculture) & I-1 (Light Industrial) to I-1 ( Light Industrial) to consolidate zoning on a property for sales and repair of automobiles, off-road vehicles, boats, and equipment trailers. Parcel ID# 0700324000021001 in Section 32 Twp 15, Range 3W.  (Case Only, 3312 Mount Olive Road, Mount Olive, Aabama   35217)(MOUNT OLIVE)(2.36acres +/-)

    *P&Z Recommendation:  Approval with conditions as follows:*
1. A 6-foot wood privacy fence shall be installed in conjunction with the required 15-foot buffer along the south property line;
2. Any/all lighting on the property shall be shielded and directed downward; and,
3. The use of the property shall be restricted to sales, storage, and service of non-commercial vehicles; wholesaling, warehousing, lumber storage yards and businesses that are incidental thereto, including building material yards; and professional and office buildings.

2. **Z-21-0017**

    Virginia & Cindy Burchfield, owners; Cindy Burchfield, agent requests a change of zoning from I-3 (Industrial) to A-1 (Agriculture) for residential use to include mobile home(s).   Parcel ID# 4400100000007000 in Section 10 Twp 20, Range 6W.  (Case Only, 14086 Rock House Road, Brookwood, Alabama   35244)(BROOKWOOD)(2.04 acres +/-)

    *P&Z Recommendation:  Approval*

3. **Z-21-0018**

    Attic Plus A General Partnership, owner; David Rawson, agent requests a change of zoning from R-1 (Single Family) to C-1 (Commercial) for an addition to a mini-warehouse business.   Parcel ID# part 2900273000016001 in Section 27 Twp 18, Range 3W.  (Case Only, 360 Happy Lane, Birmingham, Alabama   35209)(OXMOOR VALLEY)(4.11 acres +/-)

    *P&Z Recommendation: Approval with conditions as follows:*
1. The subject property shall be limited to a personal storage or mini-warehouse facility;
2. Access to the property shall only be provided from the existing mini-warehouse development to the south.
3. The property shall be resurveyed so that the subject property consisting of 2.25 acres is included on the same lot of record as the adjacent property to the south for traffic circulation and ingress and egress purposes; and, the remainder of the parent tract of the subject property shall be a separate lot of record, or separate lot(s) of record if further subdivided
4. A minimum 20-foot buffer consisting of natural or planted vegetation shall be maintained along all property lines adjacent to residential zoning, except on the east side there should be a 100 ft buffer.
5. Any and all lighting on the property shall be shielded and directed downward.
6. Architectural design shall be approved by the Planning and Zoning Commission.
7. The construction entrance to the property shall be provided from the existing mini storage development on the adjacent property to the south.

4. **Z-21-0019**

    Charles Mc Pherson, owner; Derek S. Meadows, agent requests a change of zoning from A-1 (Single Family) to E-2 (Estate) for residential use. Parcel ID# 2800352001024001 in Section 35 Twp 18, Range 2W. (Case Only, 4731 Old Looney Mill Road, Birmingham, Alabama 35243)(ALTADENA)(2.16 acres +/-)

    *P&Z Recommendation: Approval*

5. **Z-21-0020**

    William W Crowder, owner; Christie Mitchell, agent requests a change of zoning from I-3 (Industrial) to A-1 (Agriculture) for residential use. Parcel ID# 3100162000096000 in Section 16 Twp 18, Range 5W. (Case Only, 1180 Patton Road, Bessemer, Alabama 35023)(ROCK CREEK)(1.93 acres +/-)

    *P&Z Recommendation: Approval*

6. **Z-21-0021**

    Harry Hays & Kimberly Justice Hays owners; Harry Hays, agent requests a change of zoning from E-2 (Estate) & R-1 (Single Family) to A-1 (Agriculture) for residential use. Parcel ID#s 0800180000002011, 0800180000002012, 0800180000002013, 0800180000002000 in Section 18 Twp 15, Range 2W. (Case Only, 1430, 1440 & 1450 Glennwood Road, 7872 Willow Drive, Morris, Alabama 35116)(MORRIS)(19.71 acres +/-)

    *P&Z Recommendation: Approval*

7. **B-21-0007**

    Victory Marketing, LLC, applicant; d/b/a Sprint Mart 2109, requests approval of a transfer of a (050) Retail Beer (Off Premises Only) and (070) Retail Table Wine (Off Premises Only) License in conjunction with an existing convenience store on Parcel ID# 3800314000018000 in Sec 31, Twp. 19, Range 4W. Zoned C-1 (Commercial)(Site Location: 2178 Eastern Valley Road, Suite 100, Bessemer, AL 35022)(MCCALLA)

## DISTRICT ATTORNEY

No items submitted.

## EMERGENCY MANAGEMENT AGENCY

No items submitted.

## GENERAL SERVICES

No items submitted.

## HUMAN RESOURCES

1. **Employment Agreement – Deputy Director of Roads and Transportation**
   This is an Employment Contract for the position of Deputy Director of Roads and Transportation.

2. **Siena Consulting - Amendment #2**
   The purpose of this contract amendment is to amend the scope of work only to include the option of design and execution of an organizational diagnosis focusing on assessing human capital with a focus on talent management in the post consent decree environment of Jefferson County. Funds under existing contract are adequate and no additional funds are required.

*Contract Term:*     *July 23, 2020 - July 22, 2023*
*Original Contract:*     *$175,000.00*
*Amendment #1:*     *$334,812.40 increase (5/6/21)*
*Amendment #2:*     *$0.00*
*Total Contract Amount:*     *$509,812.50*
*30 Day Cancellation:*     *No (5 Day cancellation)*

## COMPLIANCE OFFICE

No items submitted.

## LAW LIBRARY

No items submitted.

## GENERAL RETIREMENT SYSTEM OF JEFFERSON COUNTY

1. **Resolution Authorizing Military Service Contributions**
   Resolution authorizing payment of pension contribution and County match for employees due to granted military leave of absence.

## PERSONNEL BOARD OF JEFFERSON COUNTY

No items submitted.

## PROBATE COURT

No items submitted.

## REVENUE

No items submitted.

## TAX ASSESSOR

No items submitted.

## TAX COLLECTOR

No items submitted.

## TREASURER

No items submitted.

## DISTRICT 4 REPORT/OTHER BUSINESS

## INFORMATION TECHNOLOGY & ECONOMIC DEVELOPMENT COMMITTEE

## ECONOMIC DEVELOPMENT

No items submitted.

## INFORMATION TECHNOLOGY

No items submitted.

## DISTRICT 5 REPORT/OTHER BUSINESS

1. **Salary Adjustments for District 5**
   Adjustments in salary for District 5 staff members