FILED
2025 Jan-17  AM 11:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit F



DEFENSE TRIAL
EXHIBIT

**DX07**

**In the Matter Of:**

JEFFERSON COUNTY COMMISSION

**JCCAL-2021-10-05 PRE-COMMISSIONWORK**

*June 15, 2023*

1

2

3

4

5          JEFFERSON COUNTY COMMISSION

6          TRANSCRIPTION OF VIDEO FILE

7    FILE NAME:  Jccal-2021-10-05-Pre-Commission_Work_Session

8      RUNTIME:  00:49:40

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          * Start of Video Recording *

2      SPEAKER 1:  Title.  Pre-commission work session.

3  The (indecipherable).  But now it's turned into one

4  (indecipherable) work session, so I would like

5  everyone to please note that.  I would like you

6  (indecipherable), but we each have a separate

7  committee where each chair of that (indecipherable).

8      (Indiscernible cross-talk.)

9      SPEAKER 1:  (Indecipherable) will be in charge.

10  (Indecipherable).  (Indecipherable) work session.

11      (Indiscernible cross-talk.)

12      SPEAKER 1:  (Indecipherable) our meetings,

13  committee meetings, pre-commission work session.

14      SPEAKER 2:  Well, that's exactly where it is.

15      SPEAKER 1:  That's exactly where it is.

16      SPEAKER 3:  In fact, it's not even out meeting.

17      SPEAKER 1:  Well, it's -- it's -- if we

18  (indecipherable).

19      SPEAKER 3:  I know.

20      SPEAKER 1:  All right.  Then we're going to

21  change to what?  What?

22      SPEAKER 2:  Pre-committee meeting.

23      SPEAKER 1:  No.  Our committee meeting.  We have

24  five committees (indecipherable) as part of our

25  organizational structure.

1      SPEAKER 8:  Pre-commission committee meeting?

2      SPEAKER 1:  Committee meetings.  Whatever you

3   want to do, but if we -- we -- by the way,

4   (indecipherable) what we're here and internal

5   organization of (indecipherable) work, so.

6      (Indiscernible cross-talk.)

7      SPEAKER 3:  What's the purpose of changing it?

8      SPEAKER 2:  (Indecipherable).

9      SPEAKER 1:  Who changed it?  How about

10  (indecipherable).  Who changed it?

11      SPEAKER 3:  Well, that was -- that predated me.

12  But what I'm saying is that if this -- I always

13  thought that's what it was was a committee meeting.

14  But since we're clarifying it, I just wanted to know

15  the purpose for which we are making this

16  clarification.

17      SPEAKER 1:  Where we're actually bringing it back

18  to its original intent, which was committee meeting.

19      SPEAKER 3:  Pre-commission would probably give

20  the perspective that we are having a commission

21  meeting and this is just the meeting before the

22  commission meeting.

23      SPEAKER 1:  Yeah, yeah.  And this is where we get

24  together, and we work -- each committee, each chair

25  has an opportunity to present their items, and I think

1    if we come back to that, we'll be good.

2        SPEAKER 9:  I don't mind doing it, like, going

3    into another -- another commission changing the AO.

4        SPEAKER 1:  Yeah.

5        SPEAKER 9:  I think in the manager form of

6    government, it -- it means something different.  And

7    -- and it's really the manager that's responsible for

8    all of this.  And right now, we do have committees

9    that we are responsible for.  So I'll (indecipherable)

10    with it for now, but I think we need to look at it.

11    Depending on who's here, going into the -- into the

12    next -- if we're all here, then (indecipherable)

13    conversation.

14        SPEAKER 1:  All right.  (Indecipherable).  Let's

15    begin with -- I want to get this straight.  What are

16    we now calling this?  Well, I don't know that -- and

17    this was (indecipherable) a long -- (indecipherable)

18    committee.  This is our committee meeting.  It's

19    always been our committee meeting.

20        This is where -- this is where the county

21    managers put forth or Justin puts forth our -- our

22    agenda.  And we go over it and make changes and add

23    our items to it to make sure that everything's done to

24    be placed on the agenda for consideration at our

25    commission.

1    I guess we need that -- well, you know, believe

2   it or not, I always keep our organizational structure

3   here.  If -- if we have any problems or you think this

4   isn't right --

5    SPEAKER 2:  What is (indecipherable).

6    SPEAKER 1:  You want to go into that?

7    SPEAKER 2:  Well, I'm --

8    SPEAKER 1:  I -- I can tell you that.

9    SPEAKER 9:  It's nothing -- it's nothing

10   official, right, at this point?

11    SPEAKER 1:  It's just to (indecipherable).

12    SPEAKER 11:  We'll be able to (indecipherable).

13    SPEAKER 7:  I think the context and history of

14   this was is that prior to 10 or so, the various

15   committee meetings didn't necessarily meet at the same

16   time.

17    SPEAKER 1:  I have three.

18    SPEAKER 7:  Yeah.  So when there was -- so when

19   that was -- yeah, they were not -- everybody was not a

20   part of everybody's committee.  So what happened was

21   when it changed is because every committee met at the

22   same time, so although it's titled a work session, but

23   then you have itemized on the agenda the various

24   committees that convened.

25    So if you've notice at the top in 2010 when that

1    changed, so the title of the overall meeting -- the

2    overall gathering changed to work session, but each

3    committee is listed as you go down the agenda.

4         So that was the reason, I think, for the titling

5    back in 2010 because that changed from the

6    three-member committees that did things at various

7    times.

8         SPEAKER 1:  Let's begin with the Lord's prayer.

9    Oh, most gracious heavenly Father, we thank the for

10   these assembled here to (indecipherable) today of your

11   work.  Dear Lord, we pray for safe passage to and from

12   work and school for all of the people with the

13   inclement weather.  Dear Lord, we offer a prayer of

14   thanksgivings for those who have been healed, and they

15   are on the good side of the -- the (indecipherable)

16   side of the (indecipherable).

17        We pray for those that are still in -- in

18   jeopardy, Dear Lord, that you touch them with your

19   healing hands of it so we may finally put this dreaded

20   disease behind us.

21        Dear Lord, we pray for our continued cooperation

22   and working together for the good of the people of

23   Jefferson County.  And we offer thanks for our -- our

24   management team and our employees for -- for the work

25   that they do and sometimes in trying circumstances.

1   Dear Lord, we ask you in Jesus' name.  Amen.

2   District 1.

3   SPEAKER 3:  (Indecipherable).

4   SPEAKER 1:  Better be quick.

5   SPEAKER 3:  Yeah, but if you don't mind --

6   SPEAKER 1:  I move your agenda.

7   SPEAKER 3:  (Indecipherable) say what I was going

8   to say first.  You say (indecipherable), Mr.

9   President.  So if you could yield the floor because I

10  -- I have some items of new business that I need to

11  present that have already gone through the system but

12  it didn't make to the agenda.  So if you would kindly

13  come back to me, I'd appreciate it.

14  SPEAKER 1:  I'll pass back to you

15  (indecipherable).

16  SPEAKER 3:  Thank you.

17  SPEAKER 1:  (Indecipherable), District 2.

18  SPEAKER 10:  I have community development

19  (indecipherable) committee.  Community development, we

20  have 22 items (indecipherable).

21  SPEAKER 6:  Yes, ma'am.  Good morning.

22  SPEAKER 3:  Good morning.

23  SPEAKER 6:  The first item on the agenda is a

24  request to enter into an agreement with Goudy

25  Construction in the -- for the amount of $149,456.24

1   for improvements to Graysville East Park.  Items 2

2   through 22 are requests to execute community grants in

3   cooperation of senior -- senior centers throughout

4   Jefferson County in the amount of $10,000 each.  There

5   are 21 senior centers requesting executed -- executed

6   agreements for total amount $210,000.

7        SPEAKER 1:  I move to (indecipherable).

8        SPEAKER 10:  I have a first and a second of Items

9   1 through 22, and (indecipherable).  First and second.

10   All in favor?

11        SPEAKER 1:  Aye.

12        SPEAKER 10:  Okay.  I have two community grants,

13   one for Bessemer Board of Education, and the other one

14   for the Veteran Concert (indecipherable).

15        SPEAKER 1:  I'll move one and two.

16        SPEAKER 10:  First and second.  All in favor say

17   aye.

18        UNIDENTIFIED SPEAKER:  Aye.

19        SPEAKER 10:  That's the end of my report.

20        SPEAKER 1:  Administrative and Infrastructure

21   Committee, we're --

22        UNIDENTIFIED SPEAKER:  (Indecipherable).

23        SPEAKER 1:  We're not doing anything with roads

24   (indecipherable).  We're going to -- county attorney

25   has (indecipherable). (Indecipherable).

1    SPEAKER 9:  I'll move (indecipherable).

2    SPEAKER 10:  Second.

3    SPEAKER 1:  All -- all in favor say aye.

4    SPEAKER 10:  Aye.

5    UNIDENTIFIED SPEAKER:  Aye.

6    SPEAKER 1:  (Indecipherable).  I would like to

7    announce that the (indecipherable) center that we were

8    looking to (indecipherable) is now going to be a

9    reality.  And they're (indecipherable) over the

10   sheriff's office.  (Indecipherable) if, indeed, we can

11   get there.

12   County manager, I see (indecipherable).

13   SPEAKER 3:  (Indecipherable).

14   SPEAKER 1:  The conversion center, the mental

15   conversion center, it's been approved for Jefferson

16   County through the work of our legislator, the various

17   other stakeholders in it's going to (indecipherable).

18   SPEAKER 10:  (Indecipherable).

19   SPEAKER 2:  What's it going to be?

20   (Indecipherable).  Where's the center going?

21   SPEAKER 1:  I don't know.

22   SPEAKER 11:  JPS is going to run it, so I assume

23   JPS would be --

24   SPEAKER 1:  (Indecipherable).

25   SPEAKER 11:  No, sir.

1    SPEAKER 1:  (Indecipherable).

2    SPEAKER 11:  (Indecipherable).

3    SPEAKER 1:  Huh?  He's a (indecipherable).  So

4  good.

5    I have meeting date resolution for '21-'22.  I.

6    SPEAKER 9:  First.

7    SPEAKER 10:  Second.

8    SPEAKER 1:  Have a motion for second.  All in

9  favor?

10    SPEAKER 10:  Aye.

11    SPEAKER 2:  Is for (indecipherable)?

12    SPEAKER 1:  No.

13    SPEAKER 2:  (Indecipherable).  Okay.

14    SPEAKER 1:  You know, there may be a meeting

15  change that we have to do because of ACCA and various

16  other during the year.  So we'll try to get you enough

17  lead time to where we know what's going on, but this

18  is basically what we've been doing for a long time.

19    SPEAKER 2:  Is the (indecipherable) meeting by

20  statute?

21    SPEAKER 1:  Yes.

22    SPEAKER 2:  Okay.

23    SPEAKER 10:  We should try (indecipherable).

24    SPEAKER 2:  It was a simple question.

25    SPEAKER 10:  Watch out there, now.

1    SPEAKER 1:  I have a motion and a second.  All in

2  favor say aye.

3    MULTIPLE SPEAKERS:  Aye.

4    SPEAKER 1:  I have a -- the (indecipherable)

5  meeting is by statute.  It's always the second --

6    SPEAKER 2:  It's quarterly, isn't it?

7    SPEAKER 1:  At the end of the quarter.

8  (Indecipherable) we do.  When's the next?

9    UNIDENTIFIED SPEAKER:  October 21st.

10    SPEAKER 1:  October the 21st, which --

11    SPEAKER 8:  The next (indecipherable).

12    SPEAKER 1:  I won't be here and you won't be

13  here, so --

14    SPEAKER 3:  Which meeting?

15    SPEAKER 2:  October 21st.

16    SPEAKER 3:  Okay.  So we want to change it.

17  That's what we just modified?

18    SPEAKER 2:  No.

19    SPEAKER 1:  No.  We hadn't modified anything.  We

20  just adopted.

21    SPEAKER 9:  That's just the next best

22  (indecipherable) both of (indecipherable).

23    SPEAKER 1:  All right.

24    SPEAKER 9:  (Indecipherable) Honduras.

25    SPEAKER 3:  Commissioner (indecipherable)?

1        UNIDENTIFIED SPEAKER:  Yeah, do we need to

2    reconsider that meeting?

3        SPEAKER 3:  When you said the 21st, is that the

4    21st of October?

5        SPEAKER 1:  Uh-huh.

6        SPEAKER 9:  There will be three of you here, so.

7        SPEAKER 2:  Is that meeting in Honduras only by

8    (indecipherable).

9        SPEAKER 9:  By (indecipherable).

10       SPEAKER 2:  All right.

11       SPEAKER 9:  I'll deal with the Forgotten

12   Childrens Ministry.

13       UNIDENTIFIED SPEAKER:  So, Jim is it

14   (indecipherable).

15       (Indiscernible cross-talk.)

16       SPEAKER 3:  I mean, that's why I asked so

17   (indecipherable).

18       SPEAKER 1:  That (indecipherable).  Proposed

19   (indecipherable).  I think I'll leave it with him.

20       SPEAKER 3:  I don't know.

21       UNIDENTIFIED SPEAKER:  Commissioner

22   (indecipherable).

23       SPEAKER 1:  All right.  (Indecipherable).

24       SPEAKER 2:  There she is.

25       SPEAKER 5:  Good morning, Commissioners.  Item

1    Number 1 is our purchasing agenda report.  Item 2 is

2    our purchasing exception report.  Item 3 is an

3    encumbrance report.  And Item 4 is a PACA Partnership

4    with Colbert County Schools.

5        UNIDENTIFIED SPEAKER:  (Indecipherable).

6        SPEAKER 1:  Motion.

7        UNIDENTIFIED SPEAKER:  Second.

8        SPEAKER 1:  All in favor please say aye.

9        MULTIPLE SPEAKERS:  Aye.

10       SPEAKER 5:  Under budget management, we have our

11   individual staff development.

12       SPEAKER 1:  Move for motion.

13       UNIDENTIFIED SPEAKER:  Second.

14       SPEAKER 1:  Second.  All in favor please say aye.

15       UNIDENTIFIED SPEAKER:  Aye.

16       SPEAKER 1:  Developmental Services.

17   (Indecipherable).

18       UNIDENTIFIED SPEAKER:  I'd like to

19   (indecipherable).  He's going to be presenting the

20   cases for you this morning.

21       SPEAKER 1:  Good morning.  And where does

22   Mr. Brown hail from?

23       MR. BROWN:  I'm originally from Birmingham.  I

24   moved here from Florida, Tallahassee specifically.

25       SPEAKER 1:  Okay.

1    UNIDENTIFIED SPEAKER:  Welcome aboard.  Thank

2  you.  All right.  Mr. Brown?  That's not the -- that's

3  going to be the last of them.

4    MR. BROWN:  Yes, sir.  Okay.  This is Case

5  Z-21-16.  Maybe I should take this off.  The applicant

6  is Ms. Charmon Yates.  It's a map amendment request

7  from A-1 and I-1 to the I-1 light industrial district

8  for the sales and repair of automobiles, off-road

9  vehicles, boats, and equipment trailers.

10    This is in the Mount Olive area.  The address is

11  3312 Mount Olive Road.  The planning and zoning

12  recommended unanimously to approve this request, and

13  there was no opposition from neighbors at the planning

14  and zoning committee meeting.

15    SPEAKER 1:  How many acreage are we talking

16  about?

17    MR. BROWN:  2.36 acres.

18    SPEAKER 1:  Okay.  All right.  Z-21-0016, do I

19  have a motion.

20    UNIDENTIFIED SPEAKER:  (Indecipherable).

21    UNIDENTIFIED SPEAKER:  Second.

22    SPEAKER 1:  Motion is second.  All in favor

23  please say aye.

24    MULTIPLE SPEAKERS:  Aye.

25    SPEAKER 1:  Z-2021-001.

1    MR. BROWN:  Yes, sir.  This is the application of

2  Cindy Burchfield's map amendment request.  I-3

3  industrial to A-1 agricultural for the residential --

4  or a residential use to include a mobile home.

5    This is in the Brookwood area.  The address is

6  14086 Rock House Road.  The planning and zoning

7  committee is recommending approval, and there was no

8  opposition from residents in the area.

9    UNIDENTIFIED SPEAKER:  So moved.

10    SPEAKER 1:  I have a motion.

11    UNIDENTIFIED SPEAKER:  (Indecipherable).

12    SPEAKER 1:  (Indecipherable) say aye.

13    MULTIPLE SPEAKERS:  Aye.

14    SPEAKER 1:  Z-2021-0018.

15    MR. BROWN:  Yes, sir.  This is the application of

16  David Rawson.  This is a map amendment request from

17  R-1 to C-1 for an expansion of an existing

18  mini-warehouse business.  This is the Oxmoor Valley

19  area.  The address is 360 Happy -- Happy Lane.

20    The planning and zoning committee is recommending

21  approval with conditions.  There was opposition from

22  residents in the surrounding area.

23    SPEAKER 1:  What is the nature of the opposition?

24  Just in general or do they have something specific?

25    MR. BROWN:  They want Happy Lane essentially to

1   remain residential.  The applicant has, I guess, met

2   that request of the -- the ingress and egress for this

3   -- this development will -- will not be off of Happy

4   Lane, although it has a Happy Lane address.  Ingress

5   and egress will be off of the adjoining street.  I'm

6   sorry.

7       UNIDENTIFIED SPEAKER:  West Oxmoor.

8       MR. BROWN:  West -- yes, thank you.  West Oxmoor

9   road instead.

10      SPEAKER 1:  All right.  Do I have a motion to

11  pass (indecipherable).

12      UNIDENTIFIED SPEAKER:  I'll move it.

13      UNIDENTIFIED SPEAKER:  Second.

14      SPEAKER 1:  I have a motion to second.  All in

15  favor please say aye.

16      UNIDENTIFIED SPEAKER:  Aye.

17      SPEAKER 1:  Z-21-0017.

18      MR. BROWN:  Yes, sir.  This is the application of

19  Derek Meadows.  This is a map amendment request from

20  A-1 agricultural to E-2, estate, for residential use.

21      This is in the Altadena area.  The address is

22  4731 Old Looney Mill Road.  The planning and zoning

23  committee is recommending approval, and there was no

24  opposition from surrounding residents.

25      UNIDENTIFIED SPEAKER:  I'll move it.

1    SPEAKER 1:  Got a motion.

2    UNIDENTIFIED SPEAKER:  Second.

3    SPEAKER 1:  All in favor please say aye.

4    UNIDENTIFIED SPEAKER:  Aye.

5    SPEAKER 1:  Z-21-0020.

6    MR. BROWN:  Yes, sir.  This is the application of

7  Christie Mitchell.  It's a map amendment request from

8  I-3 industrial to A-1 agricultural for a residential

9  use.

10    This is in the Rock Creek area.  The address is

11  1180 Patton Road.  The planning and zoning -- zoning

12  committee recommended approval, and there was no

13  opposition.

14    SPEAKER 1:  Do I have a motion.

15    UNIDENTIFIED SPEAKER:  Second.

16    SPEAKER 1:  All in favor please say aye.

17    UNIDENTIFIED SPEAKER:  Aye.

18    SPEAKER 1:  Z-21-0021.

19    MR. BROWN:  Yes, sir.  This is our -- our last

20  case for the day.  The applicant is Harry Hays.  The

21  map amendment request is for E-2 and R-1 to A-1

22  agricultural for a residential use.

23    This is in the Morris area.  The address is

24  1430, 1440, and 1450 Glenwood Road, as well as 7872

25  Willow Drive.  I should say that this is a 19.71 acre

1    tract of land.  The planning and zoning committee

2    recommended approval, and there was no opposition from

3    surrounding neighbors.

4        SPEAKER 1:  Do I have a motion?

5        UNIDENTIFIED SPEAKER:  (Indecipherable).

6        UNIDENTIFIED SPEAKER:  Second.

7        SPEAKER 1:  All in favor please say aye.

8        MULTIPLE SPEAKERS:  Aye.

9        SPEAKER 1:  All right.  We had a beverage case,

10   B-21-0007.

11        UNIDENTIFIED SPEAKER:  This is (indecipherable).

12   I'm joining remotely this morning.  I'm recovering

13   from the flu.  This is just a transfer

14   (indecipherable) beer and wine in existing gas

15   station.  They've had a (indecipherable).

16   Construction at the gas station (indecipherable).  New

17   companies coming in and purchasing the gas station as

18   well as several others in the area.  The

19   (indecipherable).  Jurisdiction (indecipherable).

20   Everybody's (indecipherable) involved (indecipherable)

21   and there's not been any problem.  It's

22   (indecipherable).  So, again, this is a

23   (indecipherable) gas station is currently on Apollo

24   Road (indecipherable) Eastern Valley across the street

25   from the (indecipherable).

1    SPEAKER 1:  Mr. Morrison, are you in a tube?

2    UNIDENTIFIED SPEAKER:  No, sir.  He is home sick

3    with the flu.  He's trying to remote in.  This is a

4    transfer of a license, as he was explaining virtually.

5    SPEAKER 1:  Okay.  Transfer of licensed,

6    B-21-0007.  Do I have a motion?

7    UNIDENTIFIED SPEAKER:  I'll (indecipherable).

8    SPEAKER 1:  We have a motion.

9    UNIDENTIFIED SPEAKER:  Second.

10   SPEAKER 1:  And a second.  All in favor please

11   say aye.

12   UNIDENTIFIED SPEAKER:  Aye.

13   UNIDENTIFIED SPEAKER:  Thank you.

14   SPEAKER 1:  Thank you.  And human resources.  Can

15   I ask a question before we do that?  If this is across

16   the street from the Promenade, it is in unincorporated

17   Jefferson County.  (Indecipherable)?

18   UNIDENTIFIED SPEAKER:  (Indecipherable).

19   SPEAKER 1:  It is -- you know, it's got to be

20   right on the line.

21   UNIDENTIFIED SPEAKER:  (Indecipherable).

22   SPEAKER 1:  Yeah, see, you've got all the

23   Promenade there.

24   UNIDENTIFIED SPEAKER:  It is (indecipherable).

25   SPEAKER 1:  (Indecipherable).  The one

1   (indecipherable).

2        SPEAKER 11:  I'm not sure (indecipherable).

3        SPEAKER 1:  That's right when you come out of it,

4   come out of the shopping center there.

5        UNIDENTIFIED SPEAKER:  We have some

6   (indecipherable) throughout (indecipherable).

7        SPEAKER 9:  Before we move on?

8        SPEAKER 1:  Yes, sir.

9        SPEAKER 9:  Thank you very much.  I think the --

10  with a summary up front, I really appreciate being

11  able to look at everything and then going back to the

12  data in the back.  Thank you for the change, and the

13  green and red coding makes it easy.

14       SPEAKER 1:  Yeah.

15       (Indiscernible cross-talk.)

16       SPEAKER 1:  All right.  Human resources.

17  (Indecipherable).

18       SPEAKER 11:  Yeah.  This is a no-cost contract to

19  change the scope of Siena Consulting to help it

20  through -- with regard to the hiring practices and

21  documentation it needs.

22       SPEAKER 1:  A motion and a second.  All in favor,

23  please say aye.

24       MULTIPLE SPEAKERS:  Aye.

25       SPEAKER 1:  What about the employment agreement,

1    Deputy Director of R&T?

2        SPEAKER 11:  Yes, sir.  Went through the process

3    and they're recommending (indecipherable) and looking

4    forward to getting them on board quicker.

5        SPEAKER 1:  Motion.

6        UNIDENTIFIED SPEAKER:  (Indecipherable).

7        SPEAKER 1:  Got a motion to second.  All in favor

8    please say aye.

9        MULTIPLE SPEAKERS:  Aye.

10        SPEAKER 1:  General retirement system, we have

11    resolution authorizing military service contributions.

12        UNIDENTIFIED SPEAKER:  Motion --

13        SPEAKER 3:  Second.

14        SPEAKER 1:  Second.  All in favor just say aye.

15        MULTIPLE SPEAKERS:  Aye.

16        SPEAKER 1:  This concludes my report.

17        All right.  District 5.  Mr. Ramos.

18        SPEAKER 9:  The only item I have is salary

19    adjustments, which will include the addition of one

20    new employee.

21        SPEAKER 1:  So moved.

22        UNIDENTIFIED SPEAKER:  Second.

23        SPEAKER 9:  All in favor please say aye.

24        MULTIPLE SPEAKERS:  Aye.

25        SPEAKER 2:  We do need to backtrack a little bit

1  and do presentations of that (indecipherable).

2      SPEAKER 9:  Can I finish real quick?

3      SPEAKER 2:  Oh, I thought you were.

4      SPEAKER 9:  I'm -- I'm -- (indecipherable) and I

5  can (indecipherable).

6      SPEAKER 3:  What?

7      SPEAKER 9:  (Indecipherable) need help.

8      SPEAKER 3:  Oh, just stop it.

9      SPEAKER 9:  Just as kind of a reminder, the --

10  the project that we've been discussing for a period of

11  what seems months now, the rezoning needed to happen

12  so that it could proceed.  Thanks to Planning and

13  Zoning with Derek and Michael on having a special call

14  meeting so we can escalate it.  With all of the

15  advertising that needed to be done, we need to have a

16  special called meeting on October 14th, which your

17  offices have all been notified of.

18      And so we need a minimum of a quorum there to be

19  able to -- to finalize this zoning so the sale of the

20  property can go through and this project can move on.

21      SPEAKER 1:  And you have to have those that are

22  present all need to vote in the affirmative because it

23  requires three votes.  All right.  This is one of the

24  -- you know, some of them you can have three and have

25  a -- have a majority where you have two.  But any

1   zoning requires three affirmative votes.

2        SPEAKER 2:  And I won't be here that day, so...

3        SPEAKER 3:  And what day is this?

4        SPEAKER 9:  October -- October 14th.  So this --

5        SPEAKER 3:  Next (indecipherable).

6        SPEAKER 2:  Yeah.

7        SPEAKER 9:  So just a reminder, make sure that we

8   have a quorum.  This is -- this is super important

9   enough that -- that barely had a quorum for planning

10  and zoning to -- we need to make sure this happens so

11  we can get this project moving forward.  And -- and

12  then hopefully we can make an announcement and all

13  celebrate.

14       SPEAKER 2:  Can we vote by Zoom still?

15       SPEAKER 7:  Correct.

16       SPEAKER 2:  Okay.  Maybe I could --

17       SPEAKER 9:  You could be.  Okay.  Good.

18       SPEAKER 2:  (Indecipherable).  Do you know?

19       SPEAKER 7:  I don't know when it expires.

20       SPEAKER 2:  Yeah.  (Indecipherable).

21       SPEAKER 1:  I would, like if it would --

22  Lashandria, if you would go ahead and go with -- let

23  -- we'll let this be the last item on the agenda.  I

24  think that's (indecipherable).

25       SPEAKER 3:  (Indecipherable).

1      SPEAKER 1:  Then we'll (indecipherable).

2      SPEAKER 3:  All right.  So we have no items for

3   the public works community services and

4   (indecipherable) committee.

5      However, I do have two items of new business

6   that's already gone through the system.  And one is an

7   appointment, and one is a community grant.

8      And if I can have a motion at this time for us to

9   --

10     SPEAKER 9:  (Indecipherable) consent

11  (indecipherable).

12     SPEAKER 3:  Okay.

13     SPEAKER 2:  Second.

14     SPEAKER 3:  All right.  We have a first and

15  second.  All those in favor, let it be known by saying

16  aye.

17     SPEAKER 9:  Aye.

18     UNIDENTIFIED SPEAKER:  Aye.

19     SPEAKER 3:  All right.  And (indecipherable),

20  please.  All right.

21     And so the first item that we have is an

22  appointment to the Forest Hill Fire District Number 1,

23  and the resume has been attached.  Please note that

24  Mr. Grayson was recommended by the Board of the Forest

25  Hill Fire District so that we're clear on that.

1    And so they needed to have a quorum for their

2  meeting, and his term will start October 21 and will

3  conclude at 2026 September 30th.

4    Do we have any questions concerning this item?

5    SPEAKER 2:  (Indecipherable).

6    SPEAKER 9:  Second.

7    SPEAKER 3:  It has been moved and properly

8  seconded.  All those in favor, let it be known by

9  saying aye.

10    MULTIPLE SPEAKERS:  Aye.

11    SPEAKER 3:  All right.  Then the next is the

12  Dannon project.  It's $50,000 for operations.

13    Do we have any questions as it relates to this

14  particular item?

15    Seeing that we don't have any --

16    SPEAKER 2:  Wait a minute.  It's 50,000 for what?

17    SPEAKER 3:  Operational.

18    SPEAKER 2:  This is a community grant?

19    SPEAKER 3:  Yes.

20    Do we have any other questions?

21    Seeing none, can we entertain a motion at this

22  time?

23    UNIDENTIFIED SPEAKER:  (Indecipherable).

24    SPEAKER 3:  All right.  And there's a second.

25  You're still looking.

1    SPEAKER 1:  I'm looking at it.  (Indecipherable).

2    SPEAKER 3:  Okay.

3    SPEAKER 7:  There's nothing -- nothing specific?

4  It's just general operations?

5    SPEAKER 3:  Yeah.  That's the way it had to be

6  placed because it's not an infrastructure grant.

7    SPEAKER 2:  Technology upgrade, community

8  engagement, crime prevention, professional

9  (indecipherable) training (indecipherable).  I second.

10    SPEAKER 3:  Okay.  It's been moved and properly

11  seconded.  All those in favor, let it be known by

12  saying aye.

13    MULTIPLE SPEAKERS:  Aye.

14    SPEAKER 3:  Thank you.  Those two items are what

15  I had, and thank you all for considering it.  Thank

16  you.

17    SPEAKER 1:  (Indecipherable).

18    SPEAKER 2:  Barry, you --

19    SPEAKER 1:  Barry, you outside?  There you go.

20  Good morning.

21    BARRY STEPHENSON:  Morning.

22    SPEAKER 2:  I see you brought your

23  (indecipherable) with you, Barry.

24    BARRY STEPHENSON:  Just in case.  Okay.  Good

25  morning, everyone.  I'm going to be presenting the

1  commission redistricting presentation this morning,

2  and that's all I'm going to be doing is presenting

3  where we are, what the numbers show.

4      And at the conclusion, I'll go over what kind of

5  timeline we're looking at.  So you all have the

6  presentation -- had that, so I'll just start with

7  first slide.

8      So when we go into the redistricting process, we

9  have to follow the law.  And going back several

10  decades, the US Supreme Court issued a ruling in

11  Reynolds v. Sims, which happened to be an Alabama

12  case; and that Reynolds v. Sims stated that districts

13  have to be reapportioned so that each district has

14  approximately equal population.

15      Just a little history about that case.  You had

16  districts in Alabama that were 50 percent

17  overpopulated and underpopulated, so it was way -- the

18  differential was more substantial.

19      So -- so the next slide is straight from the Code

20  of Alabama, Section 11-3-1.1.  Following the release

21  of any federal decennial census, any county commission

22  of this state, which is you, which is at the time

23  electing its members from single-member districts,

24  pursuant to either state or local law or court order,

25  may by a resolution alter the boundaries of the

1    districts.

2        This is the statute that empowers you to redraw

3    the districts and redraw the precincts, if necessary.

4    This is not the border registrar's plan.  This is not

5    the county manager's plan.  This is not the county

6    attorney's plan.

7        At the end of the day, this will be a plan that

8    is drawn and adopted by the county commission because

9    the State of Alabama, the Code of Alabama empowers you

10   that authority.  That's where it's coming from.  You

11   have that authority.

12       Okay.  The next one.  So what do the numbers look

13   like?  We received the numbers from the 2020 census

14   population from the Census Bureau in mid August in.

15   And so our numbers given to us officially from the

16   Census Bureau was 674,721.  So divide that by five,

17   that gives a target population of 134,944.  So that's

18   straight from the Census Bureau taking that number

19   dividing by five, so that is our target population.

20       UNIDENTIFIED SPEAKER:  And that 674,000, that's

21   probably an increase of, what, 15 or 16,000 over

22   (indecipherable).

23       BARRY STEPHENSON:  And if we'll go to the next

24   slide.  Thank you for that introduction.  So -- so

25   let's go -- step back in time to the official numbers

1    from the 2010 census, and we were at 658,466.  That is

2    a 2.2 percent growth.

3        So while there were areas of Jefferson County

4    that we did see a loss of population, other areas

5    gained and the county gained overall by 2.2 percent.

6    So we did have growth.

7        And I know this commission worked very diligently

8    to get -- and especially Commissioner Tyson -- to get

9    every -- all our citizens to -- to get involved and

10   fill out their census information.  And it paid off

11   because we did see a 2 -- 2.2 percent growth.

12       Now, it was uneven, and we'll see that in a few

13   more slides, but we did have growth going from 658 to

14   674.

15       So where are we now based on that number that was

16   given to us, the 674,000?  The -- as the per the 2020

17   census, this is where each district stands now.  As

18   you can see Commission -- now, remember, our target

19   population is 1349.

20       Commission District.  122,689.

21       Commission District 2.  121,372.

22       Commission District 3.  142, 776.

23       Commission District 4.  142,111.

24       And then Commission District 5.  145,773.

25       So we -- we're -- the differential has happened

1   over the last 10 years.  Some are now underpopulated,

2   some are now overpopulated.

3      Okay, next slide.

4      So what do those numbers mean from a percentage

5   breakdown?  And this is just taking those numbers and

6   computing the percentage.  As you can see, Commission

7   District 1 is 9.1 percent underpopulated.  Commission

8   District 2 is 10.1 percent underpopulated.  Commission

9   District 3 is 5.8 overpopulated.  Commission District

10  4 is 5.3 overpopulated.  And Commission District 5 is

11  8 percent overpopulated.  Okay.

12     So from a raw number standpoint, how do we have

13  to adjust that population?  And again, speaking

14  strictly to the numbers, Commission District 1, to get

15  to that target population of 1349, so you need to add

16  12 to 55.  Commission District 2 would add 13572.

17  Commission District 3 would subtract 7832.  Commission

18  District 4 would subtract 7167.  And Commission

19  District 5 would subtract 10829.  So that's speaking

20  strictly to the numbers to get to that target

21  population.  Okay.

22     So as was we go about drawing these -- the

23  districts, we follow the law.  It's always a good

24  thing.  In Section 17-6-2, the governing body of each

25  county, that's you, shall define the territorial

1    limits for each precinct that is established,

2    prescribe their boundaries using the most recent

3    federal decennial census.  That's what we've done by

4    looking at the numbers.

5       Census tract block and block map, that's when

6    you've come up to our map room, you've seen all the --

7    how the population breaks down by -- by tracts and

8    blocks.

9       And by resolution adopt the establishment of

10   these boundaries for each precinct in accordance with

11   a timetable set therein.  And I'll talk about the time

12   -- the timetable at the end.

13      And each precinct shall be continuous --

14   contiguous, compact, having clearly defined and

15   Clearly observable boundaries, coinciding with visible

16   features readily distinct -- distinguishable on the

17   ground and such -- and using such things as highways,

18   roads, streets, rivers.

19      And if you remember by looking at the big map in

20   our map room, we did use -- we used known roads, we

21   use rivers, we used creeks, we used census tracts as

22   defined -- and census blocks as defined by the US

23   Census Bureau.  So we have followed the law as we

24   redrew the districts.  Okay.

25      So at the same time we've been doing this, the

1    State -- just -- this is just for information.  The

2    State is about to embark on their redistricting also.

3    They have more to do because they redraw the

4    US congressional districts, the State School Board,

5    the State Senate, and the State House.

6        And they have utilized the plus or minus 1

7    percent, which is what we utilize, because the

8    technology now exists to where we can -- we can do the

9    de minimis population within a plus or minus 1

10   percent.

11       So as we start this new -- with the -- with the

12   numbers from the new census, every one is within 1

13   percent population variance.

14       UNIDENTIFIED SPEAKER:  Did that 1 percent

15   originate in Reynolds v. Sims?

16       BARRY STEPHENSON:  It did not.  They -- they did

17   not give a specific -- because that case is over three

18   decades old.  But they said you should try and get as

19   close as -- and I don't have the exact

20   (indecipherable).  So each district has approximate

21   equal population.

22       Technology, three decades -- three decades ago

23   was not what it is now.  Now -- and you all have seen

24   our redistricting software, so we can easily get it

25   within plus or minus 1 percent.  And that's what we've

1   used in the past.  That's what the State has used in

2   the past.  And so -- and that has been upheld in

3   court.  So that's -- that's our benchmark.

4       And so as you all are working on your plan, the

5   State will be working on their plans, and they'll be

6   sending that us -- to us before the end of the

7   calendar year, I'm sure.

8       Okay.  Next.

9       So just for information purposes, I'm coming --

10  we're coming forward and we're presenting in just a

11  second plans, that's plural.  All the plans are within

12  that plus or minus 1 percent population variance, so

13  -- okay.

14      So as we look at these plans, you can refer back

15  in your packet.  You could see that -- Commission

16  District 1 and 2 were at 121,000, 122,000.  Commission

17  District 3, 4, and 5 were all in the 140s.  Now, we're

18  plus or minus 1 percent.  And that -- you've got about

19  1,340, plus or minus, in a raw number to play with,

20  and so you can see how these numbers line up with Plan

21  1, the 135,524; planning Commission 2, 134,737;

22  Commission 3 133,762; Commission 4, 135,078; and

23  Commission 5, 134,620.

24      How do we get to this point?  You all have looked

25  at the master map, and you have looked at areas where

1   you needed to subtract from and where you needed to

2   add to.  And you've been working individually, not

3   collectively, but individually and coming together.

4   So this is Plan 1 and what the numbers look like.  And

5   we'll have a visual of what that looks like on a map

6   in just a second.  Okay.

7        Commission District -- Commission District

8   Redistricting Plan 2 -- Commission District 3, 4, and

9   5, the numbers were the same.  In Commission District

10  1 and 2, it's a difference of just two precincts, and

11  we'll look at that on the map in just a second.  And

12  you can see those -- the numbers are the same for

13  Commission 3, 4, and 5.  And it's just a difference in

14  two different precincts in Commission 1 and 2.

15       Okay.  Next slide.  Commission Plan 3, the

16  numbers do not change for Commission District 3, 4,

17  and 5.  It's really a difference between just two

18  different precincts in Commission District 1 and 2,

19  and they're, you know, very close in population.

20       All three plans are within the plus or minus

21  1 percent population variation, so that's where we are

22  with the actual numbers as -- as we looked at the

23  map -- when we looked at the numbers.

24       Now we want to look at the map.  So proposed map

25  of Plan 1 in the -- and this is in your packet, so if

1    you can't see those numbers up there, but we do have

2    it color coded.  As you can see -- and I'll -- I'll

3    just do this in numerical order.  Commission District

4    1 in the northeastern area picks up in that very

5    eastern part of Birmingham and into Center Point, also

6    on the western end, goes into the -- that's the Minor

7    fire station area in Dolomite.

8        Commission District 2 on the southern end goes

9    into Bessemer.  Grant Street and Bessemer Civic Center

10   also takes a portion of Ross Bridge and Oxmoor Valley

11   precinct and the Homewood Community Center in Rosedale

12   area.

13       Commission 3 is giving up -- you can see the

14   giving up area that either going from the Bessemer

15   Ross Bridge to 2 and Dolomite Minor fire station into

16   1.

17       Commission District 4 is -- is backing out of

18   that far eastern area of Birmingham and the portion of

19   Centerpoint.

20       And Commission District 5 is backing out of

21   Oxmoor Valley and those two Homewood precincts.  Okay.

22       Now, let's go to Plan 2.  Okay.  The only thing

23   that is different in Plan 2, and you might have to

24   refer to your handout.  That's not showing up.  At the

25   very bottom tail of District 1, you can see the

1    midfield district turns yellow, and one of the Ensley

2    -- Ensley Rec Center turns green.  That's the only

3    difference.

4        And that's still -- with a swap of those two

5    precincts, that is still within the 1 percent

6    population variance.

7        Commission Districts 3, 4, and 5 remain the same.

8        Okay, Plan 3.  Commission Districts 3, 4, and 5

9    remain the same.  And you can see at the very tail end

10   of Commission District 1, Midfield turns yellow.  And

11   then instead of Ensley Rec Center, that's Charles

12   Brown Elementary is still in that Ensley area.  It

13   goes in to Commission District 1.

14       Again, well within our population variance of

15   plus or minus 1 percent.  So, 3, 4, and 5 are not

16   affected on Plans 2 or 3.  So that's the map of Plan

17   3, and that's all in your handout.  Okay.

18       Next slide.  So this is a presentation today.

19   This is not an adoption of any plan.  What we -- has

20   to happen is we have to have a public hearing, and we

21   have to publish a notice for that public hearing for

22   at least two weeks.

23       Now, in that interim we will have a list that

24   will have a listing of all of the precincts connected

25   to each plan, Plans 1, 2, and 3, and we will have maps

1   of all three plans in our office.  So if the public

2   wants to view that, that will also be in the notice of

3   public hearing.  Where can you view the plans?  It'll

4   be Board of Registrars.  It'll have all that

5   information.  That'll be in the -- in the notice of

6   public hearing.

7        So the earliest -- and it has to run two weeks.

8   So the earliest you could adopt the plan would be

9   October 21st.  Now, I know there may be some absences

10  amongst y'all.

11      UNIDENTIFIED SPEAKER:  (Indecipherable).

12      BARRY STEPHENSON:  So I can only speak with -- so

13  what did we do 10 years ago?  We had -- you know, at

14  the end of y'all -- at the end of the commission

15  meetings now, you usually go into recess instead of

16  adjournment.  And we did that same thing 10 years ago.

17      So we read -- and we had a special called meeting

18  to look at the plan -- have the public hearing and

19  then formally adopt a plan, and so it didn't interfere

20  with any other thing else you were doing, whether it

21  was, you know, road contracts or community grants or

22  whatever.

23      So my recommendation to you as the deliberative

24  body and the one who will make the decision is to

25  advance all of the plans so we can have a public

1 hearing. The maps can be on view in our office. And

2 then myself and my staff as anyone comes in, we can

3 answer the questions of the public.

4     SPEAKER 2: What is the drop dead date to have

5 this done?

6     BARRY STEPHENSON: It has to be done before

7 November 18th, I believe. So, right, by doing this

8 and publishing in two weeks, the earliest you can do

9 it, the 21st. But anytime between that 21st and the

10 18th of November. Of course, you would be having

11 other meetings fall in there, but as long as we do it

12 before then, we're good.

13     SPEAKER 2: All right. Well, I will move that we

14 advance the three plans to the publication and for

15 public hearing.

16     BARRY STEPHENSON: Thank y'all. One thing, the

17 public notice has to specifically state -- correct me

18 if I'm wrong, Theo or (indecipherable). It has to

19 specifically state when you will reconvene if you're

20 going to have a special meeting. So a decision will

21 be need -- need to be made so the notice can be

22 absolutely correct. You don't want to have an

23 incorrect notice and throw your public hearing off.

24     SPEAKER 2: Let's just do that right now.

25     SPEAKER 8: The first meeting in November is

1  November the 4th.

2      SPEAKER 2:  That's the first meeting?

3      SPEAKER 8:  In November, commission meting.

4      SPEAKER 9:  (Indecipherable) good with that.

5      SPEAKER 1:  Do we anticipate anything that would

6  be -- this looks fairly controversial as far as -- as

7  far as this goes.  And I will thank Barry.

8  (Indecipherable) last.

9      BARRY STEPHENSON:  The last redistricting we did

10  have -- I'll just give a for instance because

11  Commissioner Stevens started with -- you know, there

12  was a lot of squiggly lines with the Bessemer cutoff

13  line.

14      And so 10 years ago, we cleaned up where does --

15  where does like Commission Stevens -- Commissioner

16  Stevens took everything west of the cutoff, and then

17  Commission District 5 at the time then went east of

18  the cutoff.

19      So when you had a constituent call, it was do you

20  live in the cutoff or not?  It was very easy then to

21  help that person because if they're living in Hoover

22  or they're living off Tower Road or somewhere in

23  there, they didn't know.  But once you ask, Are you in

24  the cutoff or not?  It helped -- I know, it helped

25  Commissioners in 3 and 5.  Cleaned up a lot of area in

1    the northern part of the county too, as far as who was

2    on what side of 65 and everything, so we did a lot 10

3    years ago.

4        I want to thank you all, and I want to thank your

5    staff.  The staff are unsung heroes.  Some of you have

6    great staff, and so I enjoy working with them through

7    this process.

8        SPEAKER 1:  So is your staff.

9        BARRY STEPHENSON:  All staff.  I don't want to

10   exclude anybody.  So -- so we're not through with the

11   process, but I appreciate everyone who has come up and

12   as we've worked through this.

13       And again, if you have any questions for me, you

14   know I'm available.

15       SPEAKER 2:  Where will the public hearings be

16   held?

17       BARRY STEPHENSON:  They'll be held in -- just

18   like you call a public hearing at a commission

19   meeting.  So you will call the public hearing in and

20   people will sign in that want to speak to it.

21       SPEAKER 2:  Then we'll vote.

22       BARRY STEPHENSON:  Then you'll close the public

23   hearing.  If you need any more information, I'll be

24   there to answer questions or was -- the way it went

25   down 10 years ago, I answered questions.  There was

1   some legal questions.  The county attorney obviously

2   is present.  They have to answer if it's something

3   that I can't answer.

4       And then you'll close the public hearing.  And if

5   it's just like it was last time, then your

6   deliberation will either continue or come to closing

7   and you'll have a vote.

8       SPEAKER 2:  Or a fight.

9       BARRY STEPHENSON:  That's, again --

10      SPEAKER 2:  (Indecipherable).

11      BARRY STEPHENSON:  Y'all make the decision.  This

12  -- again, this is -- this will be the county

13  Commission's decision.  It will not be the county

14  manager or the board of registrars.  We're just here

15  to facilitate and help you all.

16      SPEAKER 1:  So I will amend my motion to have the

17  public hearing on November 4th.  We could have a

18  special hearing and meeting that would have nothing

19  but this on the 26th or the 28th of October where this

20  would be the only thing that we would --

21      SPEAKER 9:  I'd rather we did it on a regular --

22      SPEAKER 1:  A regular (indecipherable).

23      SPEAKER 9:  We've already got it scheduled.  We

24  don't have to look at rescheduling it.

25      SPEAKER 2:  (Indecipherable) birthday.

1       SPEAKER 3:  26th, that's a holiday.

2       SPEAKER 2:  Yeah, for me.  It's my birthday --

3    birthday all week long.  November the 4th

4    (indecipherable).  So that's the motion.

5    (Indecipherable) second.

6       SPEAKER 8:  Second.

7       SPEAKER 2:  All in favor?

8       MULTIPLE SPEAKERS:  Aye.

9       SPEAKER 2:  Is that it?

10       BARRY STEPHENSON:  Yes, that's all from me, if

11    you have any questions --

12       SPEAKER 2:  (Indecipherable).

13       (Indiscernible cross-talk.)

14       SPEAKER 7:  Yes, you asked about the public

15    health, the emergency declaration.  It says -- it said

16    during the public it will remain in effect during the

17    public health emergency until otherwise

18    (indecipherable).

19       (Indiscernible cross-talk.)

20       UNIDENTIFIED SPEAKER:  We're adjourned.

21       (Indiscernible cross-talk.)

22          * End of Video Recording *

23

24

25

1              C E R T I F I C A T E

2

3          I, Robin L. Deal, Florida Professional Court

4    Reporter and Transcriptionist, do hereby certify that I

5    was authorized to and did listen to and transcribe the

6    foregoing recorded proceedings and that the transcript is

7    a true record to the best of my professional ability.

8

9          Dated this 22nd day of June, 2023.

10

11

12

13

14

15

16

17              _____

18              ROBIN L. DEAL

19

20

21

22

23

24

25

**$**

**$10,000**
  8:4

**$149,456.24**
  7:25

**$210,000**
  8:6

**$50,000**
  25:12

---

**1**

**1**
  2:2,9,12,
  15,17,20,
  23 3:2,9,
  17,23
  4:4,14
  5:6,8,11,
  17 6:8
  7:2,4,6,
  14,17
  8:7,9,11,
  15,20,23
  9:3,6,14,
  21,24
  10:1,3,8,
  12,14,21
  11:1,4,7,
  10,12,19,
  23 12:5,
  18,23
  13:1,6,8,
  12,14,16,
  21,25
  14:15,18,
  22,25
  15:10,12,
  14,23
  16:10,14,
  17 17:1,
  3,5,14,

  16,18
  18:4,7,9
  19:1,5,8,
  10,14,19,
  22,25
  20:3,8,
  14,16,22,
  25 21:5,
  7,10,14,
  16,21
  22:21
  23:21
  24:1,22
  26:1,17,
  19 30:7,
  14 32:6,
  9,12,14,
  25 33:12,
  16,18,21
  34:4,10,
  14,18,21,
  25 35:4,
  16,25
  36:5,10,
  13,15,25
  39:5 40:8
  41:16,22

**1,340**
  33:19

**10**
  5:14 7:18
  8:8,12,
  16,19
  9:2,4,18
  10:7,10,
  23,25
  30:1
  37:13,16
  39:14
  40:2,25

**10.1**
  30:8

**10829**
  30:19

**11**
  5:12
  9:22,25
  10:2
  20:2,18
  21:2

**11-3-1.1**
  27:20

**1180**
  17:11

**12**
  30:16

**121,000**
  33:16

**121,372**
  29:21

**122,000**
  33:16

**122,689**
  29:20

**133,762**
  33:22

**134,620**
  33:23

**134,737**
  33:21

**134,944**
  28:17

**1349**
  29:19
  30:15

**135,078**
  33:22

**135,524**
  33:21

**13572**
  30:16

**14086**
  15:6

**140s**
  33:17

**142**
  29:22

**142,111**
  29:23

**1430**
  17:24

**1440**
  17:24

**145,773**
  29:24

**1450**
  17:24

**14th**
  22:16
  23:4

**15**
  28:21

**16,000**
  28:21

**17-6-2**
  30:24

**18th**
  38:7,10

**19.71**
  17:25

---

**2**

**2**
  2:14,22
  3:8 5:5,7
  7:17 8:1
  9:19
  10:11,13,
  19,22,24
  11:6,15,
  18 12:7,
  10,24

**13:1**
  21:25
  22:3
  23:2,6,
  14,16,18,
  20 24:13
  25:5,16,
  18 26:7,
  18,22
  29:11,21
  30:8,16
  33:16,21
  34:8,10,
  14,18
  35:8,15,
  22,23
  36:16,25
  38:4,13,
  24 39:2
  40:15,21
  41:8,10,
  25 42:2,
  7,9,12

**2.2**
  29:2,5,11

**2.36**
  14:17

**2010**
  5:25 6:5
  29:1

**2020**
  28:13
  29:16

**2026**
  25:3

**21**
  8:5 25:2

**21-'22**
  10:5

**21st**
  11:9,10,
  15 12:3,4
  37:9 38:9

**22**
7:20 8:2,
9

**26th**
41:19
42:1

**28th**
41:19

---

**3**

**3**
2:16,19
3:7,11,19
7:3,5,7,
16,22
9:13
11:14,16,
25 12:3,
16,20
13:2
21:13
22:6,8
23:3,5,25
24:2,12,
14,19
25:7,11,
17,19,24
26:2,5,
10,14
29:22
30:9,17
33:17,22
34:8,13,
15,16
35:13
36:7,8,
15,16,17,
25 39:25
42:1

**30th**
25:3

**3312**
14:11

**360**
15:19

---

**4**

**4**
13:3
29:23
30:10,18
33:17,22
34:8,13,
16 35:17
36:7,8,15

**4731**
16:22

**4th**
39:1
41:17
42:3

---

**5**

**5**
12:25
13:10
21:17
29:24
30:10,19
33:17,23
34:9,13,
17 35:20
36:7,8,15
39:17,25

**5.3**
30:10

**5.8**
30:9

**50**
27:16

**50,000**
25:16

**55**
30:16

---

**6**

**6**
7:21,23

**65**
40:2

**658**
29:13

**658,466**
29:1

**674**
29:14

**674,000**
28:20
29:16

**674,721**
28:16

---

**7**

**7**
5:13,18
23:15,19
26:3
42:14

**7167**
30:18

**776**
29:22

**7832**
30:17

**7872**
17:24

---

**8**

**8**

**3:1 11:11**
30:11
38:25
39:3 42:6

---

**9**

**9**
4:2,5 5:9
9:1 10:6
11:21,24
12:6,9,11
20:7,9
21:18,23
22:2,4,7,
9 23:4,7,
17 24:10,
17 25:6
39:4
41:21,23

**9.1**
30:7

---

**A**

**A-1**
14:7 15:3
16:20
17:8,21

**aboard**
14:1

**absences**
37:9

**absolutely**
38:22

**ACCA**
10:15

**accordance**
31:10

**acre**
17:25

**acreage**
14:15

**acres**
14:17

**actual**
34:22

**add**
4:22
30:15,16
34:2

**addition**
21:19

**address**
14:10
15:5,19
16:4,21
17:10,23

**adjoining**
16:5

**adjournment**
37:16

**adjust**
30:13

**adjustments**
21:19

**Administrat
ive**
8:20

**adopt**
31:9
37:8,19

**adopted**
11:20
28:8

**adoption**
36:19

**advance**
37:25
38:14

**advertising**

22:15

affected
36:16

affirmative
22:22
23:1

agenda
4:22,24
5:23 6:3
7:6,12,23
13:1
23:23

agreement
7:24
20:25

agreements
8:6

agricultura
l
15:3
16:20
17:8,22

ahead
23:22

Alabama
27:11,16,
20 28:9

Altadena
16:21

alter
27:25

Amen
7:1

amend
41:16

amendment
14:6
15:2,16
16:19
17:7,21

amount
7:25 8:4,
6

announce
9:7

announcemen
t
23:12

anticipate
39:5

anytime
38:9

AO
4:3

Apollo
18:23

applicant
14:5 16:1
17:20

application
15:1,15
16:18
17:6

appointment
24:7,22

approval
15:7,21
16:23
17:12
18:2

approve
14:12

approved
9:15

approximate
32:20

approximate
ly
27:14

area

14:10
15:5,8,
19,22
16:21
17:10,23
18:18
35:4,7,
12,14,18
36:12
39:25

areas
29:3,4
33:25

assembled
6:10

assume
9:22

attached
24:23

attorney
8:24 41:1

attorney's
28:6

August
28:14

authority
28:10,11

authorizing
21:11

automobiles
14:8

aye
8:11,17,
18 9:3,4,
5 10:10
11:2,3
13:8,9,
14,15
14:23,24
15:12,13
16:15,16
17:3,4,

16,17
18:7,8
19:11,12
20:23,24
21:8,9,
14,15,23,
24 24:16,
17,18
25:9,10
26:12,13
42:8

━━━━━ B ━━━━━

B-21-0007
18:10
19:6

back
3:17 4:1
6:5 7:13,
14 20:11,
12 27:9
28:25
33:14

backing
35:17,20

backtrack
21:25

barely
23:9

Barry
26:18,19,
21,23,24
28:23
32:16
37:12
38:6,16
39:7,9
40:9,17,
22 41:9,
11 42:10

based
29:15

basically
10:18

beer
18:14

begin
4:15 6:8

benchmark
33:3

Bessemer
8:13
35:9,14
39:12

beverage
18:9

big
31:19

Birmingham
13:23
35:5,18

birthday
41:25
42:2,3

bit
21:25

block
31:5

blocks
31:8,22

board
8:13 21:4
24:24
32:4 37:4
41:14

boats
14:9

body
30:24
37:24

border
28:4

bottom
  35:25

boundaries
  27:25
  31:2,10,
  15

breakdown
  30:5

breaks
  31:7

Bridge
  35:10,15

bringing
  3:17

Brookwood
  15:5

brought
  26:22

Brown
  13:22,23
  14:2,4,17
  15:1,15,
  25 16:8,
  18 17:6,
  19 36:12

budget
  13:10

Burchfield'
  s
  15:2

Bureau
  28:14,16,
  18 31:23

business
  7:10
  15:18
  24:5


        C

C-1

15:17

calendar
  33:7

call
  22:13
  39:19
  40:18,19

called
  22:16
  37:17

calling
  4:16

case
  14:4
  17:20
  18:9
  26:24
  27:12,15
  32:17

cases
  13:20

celebrate
  23:13

census
  27:21
  28:13,14,
  16,18
  29:1,10,
  17 31:3,
  5,21,22,
  23 32:12

center
  9:7,14,
  15,20
  20:4
  35:5,9,11
  36:2,11

Centerpoint
  35:19

centers
  8:3,5

chair
  2:7 3:24

change
  2:21
  10:15
  11:16
  20:12,19
  34:16

changed
  3:9,10
  5:21 6:1,
  2,5

changing
  3:7 4:3

charge
  2:9

Charles
  36:11

Charmon
  14:6

Childrens
  12:12

Christie
  17:7

Cindy
  15:2

circumstanc
  es
  6:25

citizens
  29:9

Civic
  35:9

clarificati
  on
  3:16

clarifying
  3:14

cleaned
  39:14,25

clear
  24:25

close
  32:19
  34:19
  40:22
  41:4

closing
  41:6

Code
  27:19
  28:9

coded
  35:2

coding
  20:13

coinciding
  31:15

Colbert
  13:4

collectivel
  y
  34:3

color
  35:2

commission
  3:20,22
  4:3,25
  27:1,21
  28:8
  29:7,18,
  20,21,22,
  23,24
  30:6,7,8,
  9,10,14,
  16,17,18
  33:15,16,
  21,22,23
  34:7,8,9,
  13,14,15,
  16,18
  35:3,8,

13,17,20
  36:7,8,
  10,13
  37:14
  39:3,15,
  17 40:18

Commission'
  s
  41:13

Commissione
  r
  11:25
  12:21
  29:8
  39:11,15

Commissione
  rs
  12:25
  39:25

committee
  2:7,13,23
  3:1,2,13,
  18,24
  4:18,19
  5:15,20,
  21 6:3
  7:19 8:21
  14:14
  15:7,20
  16:23
  17:12
  18:1 24:4

committees
  2:24 4:8
  5:24 6:6

community
  7:18,19
  8:2,12
  24:3,7
  25:18
  26:7
  35:11
  37:21

compact
  31:14

companies
  18:17

computing
  30:6

Concert
  8:14

conclude
  25:3

concludes
  21:16

conclusion
  27:4

conditions
  15:21

congressional
  32:4

connected
  36:24

consent
  24:10

consideration
  4:24

constituent
  39:19

Construction
  7:25
  18:16

Consulting
  20:19

context
  5:13

contiguous
  31:14

continue

41:6

continued
  6:21

continuous
  31:13

contract
  20:18

contracts
  37:21

contributions
  21:11

controversial
  39:6

convened
  5:24

conversation
  4:13

conversion
  9:14,15

cooperation
  6:21 8:3

correct
  23:15
  38:17,22

county
  4:20 6:23
  8:4,24
  9:12,16
  13:4
  19:17
  27:21
  28:5,8
  29:3,5
  30:25
  40:1
  41:1,12,
  13

court

27:10,24
  33:3

Creek
  17:10

creeks
  31:21

crime
  26:8

cross-talk
  2:8,11
  3:6 12:15
  20:15
  42:13

cutoff
  39:12,16,
  18,20,24

——————————
         D
——————————

Dannon
  25:12

data
  20:12

date
  10:5 38:4

David
  15:16

day
  17:20
  23:2,3
  28:7

de
  32:9

dead
  38:4

deal
  12:11

Dear
  6:11,13,
  18,21 7:1

decades
  27:10
  32:18,22

decennial
  27:21
  31:3

decision
  37:24
  38:20
  41:11,13

declaration
  42:15

define
  30:25

defined
  31:14,22

deliberation
  41:6

deliberative
  37:23

Depending
  4:11

Deputy
  21:1

Derek
  16:19
  22:13

development
  7:18,19
  13:11
  16:3

Developmental
  13:16

difference
  34:10,13,
  17 36:3

differential
  27:18
  29:25

diligently
  29:7

Director
  21:1

discussing
  22:10

disease
  6:20

distinct
  31:16

distinguishable
  31:16

district
  7:2,17
  14:7
  21:17
  24:22,25
  27:13
  29:17,20,
  21,22,23,
  24 30:7,
  8,9,10,
  14,16,17,
  18,19
  32:20
  33:16,17
  34:7,8,9,
  16,18
  35:3,8,
  17,20,25
  36:1,10,
  13 39:17

districts
  27:12,16,
  23 28:1,3
  30:23
  31:24
  32:4

36:7,8

divide
  28:16

dividing
  28:19

documentati
on
  20:21

Dolomite
  35:7,15

drawing
  30:22

drawn
  28:8

dreaded
  6:19

Drive
  17:25

drop
  38:4

**E**

E-2
  16:20
  17:21

earliest
  37:7,8
  38:8

easily
  32:24

east
  8:1 39:17

eastern
  18:24
  35:5,18

easy
  20:13
  39:20

Education
  8:13

effect
  42:16

egress
  16:2,5

electing
  27:23

Elementary
  36:12

embark
  32:2

emergency
  42:15,17

employee
  21:20

employees
  6:24

employment
  20:25

empowers
  28:2,9

encumbrance
  13:3

end
  8:19 11:7
  28:7
  31:12
  33:6
  35:6,8
  36:9
  37:14

engagement
  26:8

enjoy
  40:6

Ensley
  36:1,2,
  11,12

enter
  7:24

entertain
  25:21

equal
  27:14
  32:21

equipment
  14:9

escalate
  22:14

essentially
  15:25

established
  31:1

establishme
nt
  31:9

estate
  16:20

everybody's
  5:20
  18:20

everything'
s
  4:23

exact
  32:19

exception
  13:2

exclude
  40:10

execute
  8:2

executed
  8:5

existing
  15:17
  18:14

exists
  32:8

expansion
  15:17

expires
  23:19

explaining
  19:4

**F**

facilitate
  41:15

fact
  2:16

fairly
  39:6

fall
  38:11

Father
  6:9

favor
  8:10,16
  9:3 10:9
  11:2
  13:8,14
  14:22
  16:15
  17:3,16
  18:7
  19:10
  20:22
  21:7,14,
  23 24:15
  25:8
  26:11
  42:7

features
  31:16

federal
  27:21

31:3

fight
  41:8

fill
  29:10

finalize
  22:19

finally
  6:19

finish
  22:2

fire
  24:22,25
  35:7,15

floor
  7:9

Florida
  13:24

flu
  18:13
  19:3

follow
  27:9
  30:23

Forest
  24:22,24

Forgotten
  12:11

form
  4:5

formally
  37:19

forward
  21:4
  23:11
  33:10

front
  20:10

G

gained
  29:5

gas
  18:14,16,
  17,23

gathering
  6:2

general
  15:24
  21:10
  26:4

give
  3:19
  32:17
  39:10

giving
  35:13,14

Glenwood
  17:24

good
  4:1 6:15,
  22 7:21,
  22 10:4
  12:25
  13:21
  23:17
  26:20,24
  30:23
  38:12
  39:4

Goudy
  7:24

governing
  30:24

government
  4:6

gracious
  6:9

grant
  24:7
  25:18
  26:6 35:9

grants
  8:2,12
  37:21

Grayson
  24:24

Graysville
  8:1

great
  40:6

green
  20:13
  36:2

ground
  31:17

growth
  29:2,6,
  11,13

guess
  5:1 16:1

H

hail
  13:22

handout
  35:24
  36:17

hands
  6:19

happen
  22:11
  36:20

happened
  5:20
  27:11
  29:25

Happy
  15:19,25
  16:3,4

Harry
  17:20

Hays
  17:20

healed
  6:14

healing
  6:19

health
  42:15,17

hearing
  36:20,21
  37:3,6,18
  38:1,15,
  23 40:18,
  19,23
  41:4,17,
  18

hearings
  40:15

heavenly
  6:9

held
  40:16,17

helped
  39:24

heroes
  40:5

highways
  31:17

Hill
  24:22,25

hiring
  20:20

history
  5:13
  27:15

holiday
  42:1

home
  15:4 19:2

Homewood
  35:11,21

Honduras
  11:24
  12:7

Hoover
  39:21

House
  15:6 32:5

human
  19:14
  20:16

I

I-1
  14:7

I-3
  15:2 17:8

important
  23:8

improvement
s
  8:1

inclement
  6:13

include
  15:4
  21:19

incorrect
  38:23

increase
  28:21

indeciphera
ble
  2:3,4,6,

7,9,10,
12,18,24
3:4,5,8,
10 4:9,
12,14,17
5:5,11,12
6:10,15,
16 7:3,7,
8,15,17,
19,20
8:7,9,14,
22,24,25
9:1,6,7,
8,9,10,
12,13,17,
18,20,24
10:1,2,3,
11,13,19,
23 11:4,
8,11,22,
24,25
12:8,9,
14,17,18,
19,22,23
13:5,17,
19 14:20
15:11,12
16:11
18:5,11,
14,15,16,
19,20,22,
23,24,25
19:7,17,
18,21,24,
25 20:1,
2,6,17
21:3,6
22:1,4,5,
7 23:5,
18,20,24,
25 24:1,
4,10,11,
19 25:5,
23 26:1,
9,17,23
28:22
32:20

37:11
38:18
39:4,8
41:10,22,
25 42:4,
5,12

indiscernible
2:8,11
3:6 12:15
20:15
42:13

individual
13:11

individually
34:2,3

industrial
14:7 15:3
17:8

information
29:10
32:1 33:9
37:5
40:23

infrastructure
8:20 26:6

ingress
16:2,4

instance
39:10

intent
3:18

interfere
37:19

interim
36:23

internal
3:4

introduction
28:24

involved
18:20
29:9

issued
27:10

item
7:23
12:25
13:1,2,3
21:18
23:23
24:21
25:4,14

itemized
5:23

items
3:25 4:23
7:10,20
8:1,8
24:2,5
26:14

**J**

Jefferson
6:23 8:4
9:15
19:17
29:3

jeopardy
6:18

Jesus'
7:1

Jim
12:13

joining
18:12

JPS

9:22,23

Jurisdiction
18:19

Justin
4:21

**K**

kind
22:9 27:4

kindly
7:12

**L**

land
18:1

Lane
15:19,25
16:4

Lashandria
23:22

law
27:9,24
30:23
31:23

lead
10:17

leave
12:19

legal
41:1

legislator
9:16

license
19:4

licensed
19:5

light
14:7

limits
31:1

lines
39:12

list
36:23

listed
6:3

listing
36:24

live
39:20

living
39:21,22

local
27:24

long
4:17
10:18
38:11
42:3

looked
33:24,25
34:22,23

Looney
16:22

Lord
6:11,13,
18,21 7:1

Lord's
6:8

loss
29:4

lot
39:12,25
40:2

**M**

made
38:21

majority
22:25

make
4:22,23
7:12
23:7,10,
12 37:24
41:11

makes
20:13

making
3:15

management
6:24
13:10

manager
4:5,7
9:12
41:14

manager's
28:5

managers
4:21

map
14:6
15:2,16
16:19
17:7,21
31:5,6,
19,20
33:25
34:5,11,
23,24
36:16

maps
36:25
38:1

master
  33:25

Meadows
  16:19

means
  4:6

meet
  5:15

meeting
  2:16,22,
  23 3:1,
  13,18,21,
  22 4:18,
  19 6:1
  10:5,14,
  19 11:5,
  14 12:2,7
  14:14
  22:14,16
  25:2
  37:17
  38:20,25
  39:2
  40:19
  41:18

meetings
  2:12,13
  3:2 5:15
  37:15
  38:11

members
  27:23

mental
  9:14

met
  5:21 16:1

meting
  39:3

Michael
  22:13

mid
  28:14

midfield
  36:1,10

Morris
  17:23

military
  21:11

Mill
  16:22

mind
  4:2 7:5

mini-
warehouse
  15:18

minimis
  32:9

minimum
  22:18

Ministry
  12:12

Minor
  35:6,15

minus
  32:6,9,25
  33:12,18,
  19 34:20
  36:15

minute
  25:16

Mitchell
  17:7

mobile
  15:4

modified
  11:17,19

months
  22:11

morning
  7:21,22
  12:25
  13:20,21
  18:12
  26:20,21,

25 27:1

Morris
  17:23

Morrison
  19:1

motion
  10:8 11:1
  13:6,12
  14:19,22
  15:10
  16:10,14
  17:1,14
  18:4
  19:6,8
  20:22
  21:5,7,12
  24:8
  25:21
  41:16
  42:4

Mount
  14:10,11

move
  7:6 8:7,
  15 9:1
  13:12
  16:12,25
  20:7
  22:20
  38:13

moved
  13:24
  15:9
  21:21
  25:7
  26:10

moving
  23:11

MULTIPLE
  11:3 13:9
  14:24
  15:13
  18:8

20:24
  21:9,15,
  24 25:10
  26:13
  42:8

N

nature
  15:23

necessarily
  5:15

needed
  22:11,15
  25:1 34:1

neighbors
  14:13
  18:3

no-cost
  20:18

northeaster
n
  35:4

northern
  40:1

note
  2:5 24:23

notice
  5:25
  36:21
  37:2,5
  38:17,21,
  23

notified
  22:17

November
  38:7,10,
  25 39:1,3
  41:17
  42:3

number
  13:1
  24:22
  28:18
  29:15
  30:12
  33:19

numbers
  27:3
  28:12,13,
  15,25
  30:4,5,
  14,20
  31:4
  32:12
  33:20
  34:4,9,
  12,16,22,
  23 35:1

numerical
  35:3

O

observable
  31:15

October
  11:9,10,
  15 12:4
  22:16
  23:4 25:2
  37:9
  41:19

off-road
  14:8

offer
  6:13,23

office
  9:10 37:1
  38:1

offices
  22:17

official
  5:10
  28:25

officially
  28:15

Olive
  14:10,11

Operational
  25:17

operations
  25:12
  26:4

opportunity
  3:25

opposition
  14:13
  15:8,21,
  23 16:24
  17:13
  18:2

order
  27:24
  35:3

organization
  3:5

organizational
  2:25 5:2

original
  3:18

originally
  13:23

originate
  32:15

overpopulated
  27:17
  30:2,9,
  10,11

Oxmoor
  15:18
  16:7,8
  35:10,21

          P

PACA
  13:3

packet
  33:15
  34:25

paid
  29:10

Park
  8:1

part
  2:24 5:20
  35:5 40:1

Partnership
  13:3

pass
  7:14
  16:11

passage
  6:11

past
  33:1,2

Patton
  17:11

people
  6:12,22
  40:20

percent
  27:16
  29:2,5,11
  30:7,8,11
  32:7,10,
  13,14,25
  33:12,18
  34:21

36:5,15

percentage
  30:4,6

period
  22:10

person
  39:21

perspective
  3:20

picks
  35:4

plan
  28:4,5,6,
  7 33:4,20
  34:4,8,
  15,25
  35:22,23
  36:8,16,
  19,25
  37:8,18,
  19

planning
  14:11,13
  15:6,20
  16:22
  17:11
  18:1
  22:12
  23:9
  33:21

plans
  33:5,11,
  14 34:20
  36:16,25
  37:1,3,25
  38:14

play
  33:19

plural
  33:11

point
  5:10

33:24
  35:5

population
  27:14
  28:14,17,
  19 29:4,
  19 30:13,
  15,21
  31:7
  32:9,13,
  21 33:12
  34:19,21
  36:6,14

portion
  35:10,18

practices
  20:20

pray
  6:11,17,
  21

prayer
  6:8,13

pre-
commission
  2:2,13
  3:1,19

Pre-
committee
  2:22

precinct
  31:1,10,
  13 35:11

precincts
  28:3
  34:10,14,
  18 35:21
  36:5,24

predated
  3:11

prescribe
  31:2

present
  3:25 7:11
  22:22
  41:2

presentation
  27:1,6
  36:18

presentations
  22:1

presenting
  13:19
  26:25
  27:2
  33:10

President
  7:9

prevention
  26:8

prior
  5:14

problem
  18:21

problems
  5:3

proceed
  22:12

process
  21:2 27:8
  40:7,11

professional
  26:8

project
  22:10,20
  23:11
  25:12

Promenade
  19:16,23

properly
  25:7
  26:10

property
  22:20

proposed
  12:18
  34:24

public
  24:3
  36:20,21
  37:1,3,6,
  18,25
  38:3,15,
  17,23
  40:15,18,
  19,22
  41:4,17
  42:14,16,
  17

publication
  38:14

publish
  36:21

publishing
  38:8

purchasing
  13:1,2
  18:17

purpose
  3:7,15

purposes
  33:9

pursuant
  27:24

put
  4:21 6:19

puts
  4:21

Q

quarter
  11:7

quarterly
  11:6

question
  10:24
  19:15

questions
  25:4,13,
  20 38:3
  40:13,24,
  25 41:1
  42:11

quick
  7:4 22:2

quicker
  21:4

quorum
  22:18
  23:8,9
  25:1

R

R&t
  21:1

R-1
  15:17
  17:21

Ramos
  21:17

raw
  30:12
  33:19

Rawson
  15:16

read

37:17

readily
  31:16

real
  22:2

reality
  9:9

reapportion
ed
  27:13

reason
  6:4

Rec
  36:2,11

received
  28:13

recent
  31:2

recess
  37:15

recommendat
ion
  37:23

recommended
  14:12
  17:12
  18:2
  24:24

recommendin
g
  15:7,20
  16:23
  21:3

reconsider
  12:2

reconvene
  38:19

recovering
  18:12

red
  20:13

redistricti
ng
  27:1,8
  32:2,24
  34:8 39:9

redraw
  28:2,3
  32:3

redrew
  31:24

refer
  33:14
  35:24

regard
  20:20

registrar's
  28:4

registrars
  37:4
  41:14

regular
  41:21,22

relates
  25:13

release
  27:20

remain
  16:1
  36:7,9
  42:16

remember
  29:18
  31:19

reminder
  22:9 23:7

remote
  19:3

remotely

18:12

repair
  14:8

report
  8:19
  13:1,2,3
  21:16

request
  7:24
  14:6,12
  15:2,16
  16:2,19
  17:7,21

requesting
  8:5

requests
  8:2

requires
  22:23
  23:1

reschedulin
g
  41:24

residential
  15:3,4
  16:1,20
  17:8,22

residents
  15:8,22
  16:24

resolution
  10:5
  21:11
  27:25
  31:9

resources
  19:14
  20:16

responsible
  4:7,9

resume

24:23

retirement
    21:10

Reynolds
    27:11,12
    32:15

rezoning
    22:11

rivers
    31:18,21

road
    14:11
    15:6
    16:9,22
    17:11,24
    18:24
    37:21
    39:22

roads
    8:23
    31:18,20

Rock
    15:6
    17:10

room
    31:6,20

Rosedale
    35:11

Ross
    35:10,15

ruling
    27:10

run
    9:22 37:7


        S

safe
    6:11

salary

21:18

sale
    22:19

sales
    14:8

scheduled
    41:23

school
    6:12 32:4

Schools
    13:4

scope
    20:19

seconded
    25:8
    26:11

Section
    27:20
    30:24

Senate
    32:5

sending
    33:6

senior
    8:3,5

separate
    2:6

September
    25:3

service
    21:11

services
    13:16
    24:3

session
    2:2,4,10,
    13 5:22
    6:2

set

31:11

sheriff's
    9:10

shopping
    20:4

show
    27:3

showing
    35:24

sick
    19:2

side
    6:15,16
    40:2

Siena
    20:19

sign
    40:20

simple
    10:24

Sims
    27:11,12
    32:15

single-
member
    27:23

sir
    9:25 14:4
    15:1,15
    16:18
    17:6,19
    19:2 20:8
    21:2

slide
    27:7,19
    28:24
    30:3
    34:15
    36:18

slides

29:13

software
    32:24

southern
    35:8

speak
    37:12
    40:20

SPEAKER
    2:2,9,12,
    14,15,16,
    17,19,20,
    22,23
    3:1,2,7,
    8,9,11,
    17,19,23
    4:2,4,5,
    14 5:5,6,
    7,8,9,11,
    12,13,17,
    18 6:8
    7:3,4,5,
    6,7,14,
    16,17,18,
    21,22,23
    8:7,8,11,
    12,15,16,
    18,19,20,
    22,23
    9:1,2,3,
    4,5,6,13,
    14,18,19,
    21,22,24,
    25 10:1,
    2,3,6,7,
    8,10,11,
    12,13,14,
    19,21,22,
    23,24,25
    11:1,4,6,
    7,9,10,
    11,12,14,
    15,16,18,
    19,21,23,
    24,25

12:1,3,5,
    6,7,9,10,
    11,13,16,
    18,20,21,
    23,24,25
    13:5,6,7,
    8,10,12,
    13,14,15,
    16,18,21,
    25 14:1,
    15,18,20,
    21,22,25
    15:9,10,
    11,12,14,
    23 16:7,
    10,12,13,
    14,16,17,
    25 17:1,
    2,3,4,5,
    14,15,16,
    17,18
    18:4,5,6,
    7,9,11
    19:1,2,5,
    7,8,9,10,
    12,13,14,
    18,19,21,
    22,24,25
    20:2,3,5,
    7,8,9,14,
    16,18,22,
    25 21:2,
    5,6,7,10,
    12,13,14,
    16,18,21,
    22,23,25
    22:2,3,4,
    6,7,8,9,
    21 23:2,
    3,4,5,6,
    7,14,15,
    16,17,18,
    19,20,21,
    25 24:1,
    2,10,12,
    13,14,17,
    18,19

25:5,6,7,
11,16,17,
18,19,23,
24 26:1,
2,3,5,7,
10,14,17,
18,19,22
28:20
32:14
37:11
38:4,13,
24,25
39:2,3,4,
5 40:8,
15,21
41:8,10,
16,21,22,
23,25
42:1,2,6,
7,9,12,14

SPEAKERS
11:3 13:9
14:24
15:13
18:8
20:24
21:9,15,
24 25:10
26:13
42:8

speaking
30:13,19

special
22:13,16
37:17
38:20
41:18

specific
15:24
26:3
32:17

specifically
13:24

38:17,19

squiggly
39:12

staff
13:11
38:2
40:5,6,8,
9

stakeholders
9:17

standpoint
30:12

stands
29:17

start
25:2 27:6
32:11

started
39:11

state
27:22,24
28:9
32:1,2,4,
5 33:1,5
38:17,19

stated
27:12

station
18:15,16,
17,23
35:7,15

statute
10:20
11:5 28:2

step
28:25

STEPHENSON
26:21,24
28:23
32:16

37:12
38:6,16
39:9
40:9,17,
22 41:9,
11 42:10

Stevens
39:11,15,
16

stop
22:8

straight
4:15
27:19
28:18

street
16:5
18:24
19:16
35:9

streets
31:18

strictly
30:14,20

structure
2:25 5:2

substantial
27:18

subtract
30:17,18,
19 34:1

summary
20:10

super
23:8

Supreme
27:10

surrounding
15:22
16:24
18:3

swap
36:4

system
7:11
21:10
24:6

———————

T

tail
35:25
36:9

takes
35:10

taking
28:18
30:5

talk
31:11

talking
14:15

Tallahassee
13:24

target
28:17,19
29:18
30:15,20

team
6:24

technology
26:7
32:8,22

term
25:2

territorial
30:25

thanksgivings
6:14

That'll

37:5

Theo
38:18

thing
30:24
35:22
37:16,20
38:16
41:20

things
6:6 31:17

thought
3:13 22:3

three-
member
6:6

throw
38:23

time
5:16,22
10:17,18
24:8
25:22
27:22
28:25
31:11,25
39:17
41:5

timeline
27:5

times
6:7

timetable
31:11,12

title
2:2 6:1

titled
5:22

titling
6:4

JCCAL-2021-10-05 PRE-COMMISSIONWORK
JEFFERSON COUNTY COMMISSION

today
  6:10
  36:18

top
  5:25

total
  8:6

touch
  6:18

Tower
  39:22

tract
  18:1 31:5

tracts
  31:7,21

trailers
  14:9

training
  26:9

transfer
  18:13
  19:4,5

tube
  19:1

turned
  2:3

turns
  36:1,2,10

Tyson
  29:8

**U**

Uh-huh
  12:5

unanimously
  14:12

underpopula
ted

27:17
30:1,7,8

uneven
  29:12

UNIDENTIFIE
D
  8:18,22
  9:5 11:9
  12:1,13,
  21 13:5,
  7,13,15,
  18 14:1,
  20,21
  15:9,11
  16:7,12,
  13,16,25
  17:2,4,
  15,17
  18:5,6,11
  19:2,7,9,
  12,13,18,
  21,24
  20:5
  21:6,12,
  22 24:18
  25:23
  28:20
  32:14
  37:11

unincorpora
ted
  19:16

unsung
  40:5

upgrade
  26:7

upheld
  33:2

utilize
  32:7

utilized
  32:6

**V**

Valley
  15:18
  18:24
  35:10,21

variance
  32:13
  33:12
  36:6,14

variation
  34:21

vehicles
  14:9

Veteran
  8:14

view
  37:2,3
  38:1

virtually
  19:4

visible
  31:15

visual
  34:5

vote
  22:22
  23:14
  40:21
  41:7

votes
  22:23
  23:1

**W**

Wait
  25:16

wanted

3:14

Watch
  10:25

weather
  6:13

week
  42:3

weeks
  36:22
  37:7 38:8

west
  16:7,8
  39:16

western
  35:6

When's
  11:8

Willow
  17:25

wine
  18:14

work
  2:2,4,10,
  13 3:5,24
  5:22 6:2,
  11,12,24
  9:16

worked
  29:7
  40:12

working
  6:22
  33:4,5
  34:2 40:6

works
  24:3

wrong
  38:18

**Y**

y'all
  37:10,14
  38:16
  41:11

Yates
  14:6

year
  10:16
  33:7

years
  30:1
  37:13,16
  39:14
  40:3,25

yellow
  36:1,10

yield
  7:9

**Z**

Z-2021-001
  14:25

Z-2021-0018
  15:14

Z-21-0016
  14:18

Z-21-0017
  16:17

Z-21-0020
  17:5

Z-21-0021
  17:18

Z-21-16
  14:5

zoning
  14:11,14

    15:6,20
    16:22
    17:11
    18:1
    22:13,19
    23:1,10

**Zoom**
    23:14