# JEFFERSON COUNTY COMMISSION
(Commission Chambers)

## JEFFERSON COUNTY COMMISSION
(Commission Chambers)

**DATE:** November 4, 2021                              **TIME:** 9:00 AM

**I.   RECONVENE & ADJOURN OCTOBER 21, 2021**

**II.  CALL TO ORDER & ROLL CALL**

**III. INVOCATION**

District 3 – Commissioner Stephens

**IV.  PLEDGE OF ALLEGIANCE**

**V.   APPROVAL OF MINUTES**

1. Commission Meeting - Oct 21, 2021

**VI.  PRESENTATIONS**

1. Presentation of Certificate of Recognition - Alabama Heat

**VII. PUBLIC HEARINGS**

1. Public Hearing and Resolutions authorizing the adoption of redistricting and new commission districts.

**VIII. RESOLUTIONS 1 – 49**

**IX.  PUBLIC WORKS, COMMUNITY SERVICES & INTER-GOVERNMENTAL RELATIONS - COMMISSIONER SCALES**



DEFENSE TRIAL EXHIBIT
DX08

### A. Commission District 1

1. Resolution authorizing the execution of a Community Grant Program Agreement with the Penny Foundation in the amount of $5,000.00 for its for Music In Schools Program.

### B. Environmental Services

2. Resolution authorizing the County Manager to initiate a refund of overpayment owed to customers for Sanitary Sewer, Barton Laboratory and/or Sewer Impact.

X. **COMMUNITY DEVELOPMENT & HUMAN RESOURCE SERVICES - COMMISSIONER TYSON**

### A. Commission District 2

3. Resolution authorizing the execution of a Community Grant Program Agreement with Titusville Development Corporation for a total amount of $1,800.00, to assist with its efforts to purchase and install markers that recognize and honor historical sites throughout the Titusville community.

4. Resolution authorizing the execution of a Community Grant Program Agreement with Khairi and Little Angels' Memorial for a total amount of $1,000.00, to assist with its efforts to provide awareness and education for infant mortality, prenatal care, and childbirth to Jefferson County residents.

### B. Cooper Green Mercy Health Services

*No Items Submitted*

### C. Coroner

*No Items Submitted*

### D. Department of Community Services and Workforce Development

5. Resolution authorizing the approval of an Amendment #2 to increase the amount of the contract with Syms Contractors for the Fultondale Storm Shelter Project by $10,305.00, and to set the completion date to December 15, 2021.

6. Resolution authorizing the President to execute a contract with Jared Building Company associated with the Docena Community Center Improvements Project (CD19-03E-M01-DCC). The amount of the contract will be One Hundred Five Thousand and 0/100 Dollars ($105,000.00). This will be paid for with Federal Community Development Block Grant funds for PY2019.

7. Resolution authorizing the President to execute a modification with the Alabama Department of Commerce Workforce Development Division for the Education Stabilization Fund - Reimagine Workforce Preparation Grant of $557,137.41.

8. Resolution authorizing the President to execute a Community Grant for operation of the Trussville Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000.00).

9. Resolution authorizing the President to execute a Community Grant for operation of the Hueytown Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000.00).

10. Resolution authorizing the President to execute a Community Grant for operation of the New Merkle Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000.00).

11. Resolution authorizing the President to execute a Community Grant for operation of the Irondale Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000.00).

12. Resolution authorizing the President to execute a Community Grant for operation of the Fairfield Senior Center in the amount of Ten Thousand Dollars and 00/100 ($10,000.00).

13. Resolution authorizing the President to authorized, empowered, and directed to award and execute Amendment #2 to the agreement with the Birmingham Urban League. The purpose of this Modification is to update the Exhibit E to allow for additional operational efficiencies allowed by the U.S. Department of Treasury. All other terms and conditions of the contract shall remain the same.

14. Resolution authorizing the Jefferson County Office of Community Services & Workforce Development to accept the U.S. Department of Housing and Urban Development (HUD) Home Investment Partnerships – American Rescue Plan (HOME-ARP) Funding award for $3,597,411.00, and that the Commission President be authorized to accept the grant award (M21-UP010202) and sign any related documents required for the grant.

15. Resolution authorizing the President be empowered and directed to award and execute Amendment #2 to the agreement with the Bridge Ministries. The purpose of this Modification is to update the Exhibit E to allow for additional operational efficiencies allowed by the U.S. Department of Treasury. All other terms and conditions of the contract shall remain the same.

E. **Family Court**

   *No Items Submitted*

### F. Youth Detention

16. Resolution authorizing the execution of an Agreement with Kimberly C. Bonner, K.C. Bonner Prison Rape Elimination Act Consultant to provide training and job performance in accordance with the guidelines of the American Correctional Association and the National PREA Resource Center.

## XI. ADMINISTRATIVE & INFRASTRUCTURE - COMMISSIONER STEPHENS

### A. Commission District 3

17. Resolution authorizing the execution of a Community Infrastructure Agreement with the Friends of McCalla, in the amount of $500,000.00, to help fund completion of a community ballpark.

18. Resolution authorizing the execution and letter to confirm the commitment of the Jefferson County Commission to participate in the APTV NextGen TV Broadband Consortium and that our organization endorses the purpose and mission of the APTV (Alabama Public Television) NextGen TV Broadband Consortium and agrees that funding for the expansion of next-generation public broadcast TV is needed and warranted.

19. Resolution authorizing the execution of a Community Grant Program Agreement with Birmingham Community Development Corporation in the amount of $8,000.00 (District 3-$4,000.00, and District 5-$4,000.00), to help funding to continue educating women of color about the Importance of early detection of breast cancer.

### B. County Attorney

*No Items Submitted*

### C. County Manager

20. Resolution authorizing the payment of Sick, and Vacation Time be issued to the former County Manager, Tony Petelos.

### D. Public Information Office

*No Items Submitted*

### E. Roads & Transportation

21. Resolution authorizing the Proposal of Bid for Project No. 37-18-411, Bridge Replacement on Deer Haven Road with MSE Building Company.

22. Resolution authorizing the execution of a Quitclaim Deed releasing the abandoned Sanitary Sewer Rights-of-Way located in Halcyon a/k/a Cahaba Oaks Business Park 14th Sector to Tortorigi Development LLC, Richard Akel, and Penny Suzanne Akel, and Billy Yackee.

23. Resolution authorizing the execution of an Amendment #2 to the Agreement with AECOM Technical Services for On-Call Plan Review Services.

24. Resolution authorizing the execution of a Vacation of Right-of-Way for Susan Bonnett Northcutt, and Walter Lynn Northcutt located on Winners Circle.

25. Resolution authorizing the execution of an Agreement with CSX Railroad Construction for Project No. 37-19-407.

26. Resolution authorizing the execution of a Property Purchase Disclosure for the Memory Lane SSO Abatement Project.

27. Resolution authorizing the execution of a Condemnation for 2021 AMP 10 Five Mile Creek West Force Main Replacement Sewer Project.

**F. Sheriff's Office**

28. Resolution acknowledging an Agreement with Dana Safety Supply.

29. Resolution acknowledging and approving the FY22 Transfer of Indigent Care Funds to provide Medical Care for Indigent Inmates.

30. Resolution acknowledging an Agreement with Jon Garlick, LPC for pre-employment psychological screenings & re-screenings. Amount not set, based on cost per evaluation of $200.00 and travel per day of $200.00.

XII. **FINANCIAL, JUDICIAL, EMERGENCY MANAGEMENT & DEVELOPMENT AND GENERAL SERVICES - COMMISSIONER KNIGHT**

    **A. Commission District 4**

31. Resolution authorizing the President to execute a Public Service Grant Agreement for the Jefferson County Library Cooperative in the amount of $100,000.00.

32. Resolution authorizing the President to execute a Community Infrastructure Grant Agreement with the Jefferson County Board of Education/Bryan Elementary School to upgrade classroom computer technology.

33. Resolution authorizing the approval of a commitment to the USFL League Co., LLC for Five Hundred Thousand Dollars ($500,000.00) contingent upon final approval following a public meeting and adoption of an appropriate resolution consistent therewith.

34. Resolution authorizing the President to execute a Community Infrastructure Agreement with 10% matching funds for improvements to Sibleyville Road in the City of Warrior.

**B. Finance**

35. Approval of the Unusual Demand Report for 11/04/2021

36. Resolution authorizing the approval of the Purchasing Agenda Reports for the weeks of 10/07/2021 - 10/13/2021 and 10/14/2021 - 10/20/2021.

37. Resolution authorizing the approval of the Purchasing Exceptions Reports for the weeks of 10/07/2021 - 10/13/2021 and 10/14/2021 - 10/20/2021.

38. Resolution authorizing the approval of the Encumbrance Reports for the weeks of 10/07/2021 - 10/13/2021 and 10/14/2021 - 10/20/2021.

39. Resolution authorizing the Commission to ratify Jefferson Credit Union Statement Closing Date 10/03/2021.

40. Resolution authorizing the execution of a PACA Intergovernmental Agreement establishing partnership with Clay County Schools.

41. Resolution authorizing the execution of a PACA Intergovernmental Agreement establishing partnership with the Sylacauga City Schools.

42. Resolution authorizing the execution of a PACA Intergovernmental Agreement establishing partnership with Alexander City Schools.

**C. Budget Management Office**

43. Approval of the Travel/Staff Development Report dated November 4, 2021.
**MULTIPLE STAFF DEVELOPMENT**

**Revenue**
| | |
|---|---|
| Anthonette D. Dotson | 918.86 |
| Menisha Baldwin | 851.58 |
| Charles P Bell | 824.10 |
| 2021 AMROA Winter Conference | |
| Auburn, AL -December 8-10,2021 | |
| | |
| Scott Herron | 150.00 |

6

| | |
|---|---:|
| Bonita Brown | 150.00 |
| Antonia Davis | 150.00 |
| Tracie Swanson | 150.00 |
| Isadore McGee | 150.00 |
| Adnrina Hines | 150.00 |
| Darenetria Dean | 150.00 |
| Ashley Heard | 150.00 |
| Randy Dodd | 150.00 |

Alabama Licensing Officials Conference
Prattville, AL -December 8-9, 2021

## INDIVIDUAL STAFF DEVELOPMENT

**Community Development**
Frederick Hamilton                                                3,010.30
International Economic Development
Nashville, TN -October 1-5, 2021

**Environmental Services**
David Denard                                                      1,373.18
NACWA 2021 Fall Strategic Leadership & Board of Directors
Meeting
Charleston, SC -November 14-17, 2021

**Revenue**
Isadore McGee                                                     200.00
C2110910 2021 CRE Update
Millbrook, AL -September 10, 2021

Tasha Cooley                                                      150.00
CGAT -Billing/ Accounting Receivable
Tuscaloosa, AL – November 3, 2021

Satonya Marhoon                                                   150.00
CGAT-Billings/Accounting Receivable
Tuscaloosa, AL – November 3, 2021

Satonya Marhoon                                                   150.00
CGAT -Payroll
Tuscaloosa, AL – January 19, 2022

Carley Sims                                                       330.00
CRE: Sales & Use Tax Examination-Legal Environment
Opelika, AL -November 3-5, 2021

                                                                  330.00

Wiley E Stodenmine
CRE 1: Sales and Use Tax Examination (Online)
Birmingham, AL -November 3-5, 2021

**Security**
Melvin Grigsby                                                                 957.38
Master Instructor Development Program
Talladega, AL -October 26-28, 2021

**FOR INFORMATION ONLY**

**Personnel**
Brian Godfrey                                                                  800.00
HCM Fundamentals-Learn Remote
Birmingham, AL -June 1-2, 2021


**Sheriff**
Nickolas Andrews                                                             1,494.70
SSGT Vanguard Level 1
Anniston, AL -November 8-12, 2021

Nickolas Andrews                                                             1,494.70
SSGT Vanguard Level 2
Anniston, AL -November 15-19, 2021

Deonte T. Washington                                                           700.00
SSGT Vanguard Level 2
Hoover, AL – February 14-18, 2022

Deonte T. Washington                                                           700.00
SSGT Vanguard Level 1
Hoover, AL – February 7-11, 2022

    D.  **Revenue**

        *No Items Submitted*


    E.  **Board of Equalization**

        *No Items Submitted*


    F.  **Board of Registrars**

        *No Items Submitted*

G. **Circuit Clerk**

*No Items Submitted*

H. **Development Services**

44. Carried - Over Zoning Case Z-21-0018 Attic Plus A General Partnership, owner; David Rawson, agent requests a change of zoning from R-1 (Single Family) to C-1 (Commercial) for an addition to a mini-warehouse business.  Parcel ID# part 2900273000016001 in Section 27 Twp 18, Range 3W. (Case Only, 360 Happy Lane, Birmingham, Alabama 35209)(OXMOOR VALLEY)(4.11 acres +/-)

I. **District Attorney**

*No Items Submitted*

J. **Emergency Management Agency**

*No Items Submitted*

K. **911 Emergency Communications District**

*No Items Submitted*

L. **General Services**

45. Resolution authorizing the execution of a revenue-generating agreement with Buffalo Rock Company for the purpose of providing concessions, catering, and vending services to the County.

46. Resolution authorizing the distribution of revenue from Buffalo Rock Company vending services.

M. **Security Office**

*No Items Submitted*

N. **Human Resources**

47. Resolution authorizing the correction typographical error in the original Stop Loss Resolution No. 816, recorded in Minute Book 175, Page 522, adopted September 23, 2021.

    **O. Compliance Office**

        *No Items Submitted*

    **P. Jefferson County Pension Board**

        *No Items Submitted*

    **Q. Law Library**

        *No Items Submitted*

    **R. Personnel Board of Jefferson County**

        *No Items Submitted*

    **S. Probate Court**

        *No Items Submitted*

    **T. State Court**

        *No Items Submitted*

    **U. Tax Assessor**

        *No Items Submitted*

    **V. Tax Collector**

        *No Items Submitted*

    **W. Treasurer**

        *No Items Submitted*

**XIII. <u>INFORMATION TECHNOLOGY & ECONOMIC DEVELOPMENT - COMMISSIONER AMMONS</u>**

    **A. Commission District 5**

    48. Resolution authorizing the execution of a Community Grant Program Agreement with Vestavia Hills High School Habitat for Humanity Club in the amount $5,000.00, to assist with building homes in the greater Birmingham area.

49. Resolution authorizing the execution of a Community Grant Program Agreement with Mountain Brook City School Foundation in the amount of $5,000.00, to support the professional development, technology, and library enhancements.

   **B. Economic Development**

   *No Items Submitted*

   **C. Information Technology**

   *No Items Submitted*

XIV.   **NEW BUSINESS FOR UNANIMOUS CONSENT AND CONSIDERATION**

XV.   **COMMENTS**

   County Attorney – Theo Lawson

   County Manager – Cal Markert