FILED
2025 Jan-17  AM 11:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit D



DEFENSE TRIAL
EXHIBIT

**DX10**

**In the Matter Of:**

JEFFERSON COUNTY COMMISSION

**JCCAL-2021-11-04 COMMISSIONMEETING**

*June 15, 2023*



1
2
3
4
5
6
7       JEFFERSON COUNTY COMMISSION
8       TRANSCRIPTION OF VIDEO FILE
9   FILE NAME:  Jccal-2021-11-04-Commission_Meeting
10      RUNTIME:  01:02:48
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1          * Start of Video Recording *

2      COMMISSIONER STEPHENS:  Good morning.  It's about

3   10 after.  We need to get started.  Commissioners, is

4   there any other business we need to handle concerning

5   our October 21st commission meeting?  Being no

6   carryover, that meeting is now adjourned.

7      I'd like to call to order the November the 4th,

8   2021, commission meeting.

9      Ms. Diliberto, would you please call roll.

10     MS. DILIBERTO:  Commissioner Ammons.

11     COMMISSIONER AMMONS:  Here.

12     MS. DILIBERTO:  Commissioner Knight.

13     COMMISSIONER KNIGHT:  Here.

14     MS. DILIBERTO:  Commissioner Scales.

15     COMMISSIONER SCALES:  Good morning.

16     MS. DILIBERTO:  Commissioner Tyson.

17     COMMISSIONER TYSON:  Good morning.

18     MS. DILIBERTO:  Commissioner Stephens.

19     COMMISSIONER STEPHENS:  I am here.  Good morning.

20     Next on our agenda, we have our invocation, which

21   I take great pleasure in inviting Brother Mitch to the

22   podium to -- to speak on behalf of my home church, our

23   home church.  And Mitch has -- has been there a short

24   time comparatively, compared to me, but great things

25   are happening down there in the oldest Baptist Church

1   in Jefferson County.

2       Brother Mitch Grissett, would you please lead us

3   in invocation.

4       And, Cal, would you lead us in the Pledge of

5   Allegiance.

6       Everyone stand, please.

7       MITCH GRISSETT:  Let us pray.  Father, we come

8   here this day, God, seeking out an order of business.

9   Father, we know that you're the sovereign king over

10  all things.  And, God, this day we just seek your

11  will.

12      Father, I pray as a community of people that have

13  gathered together, Lord, that we just seek after your

14  perfect will.  We pray, God, that your spirit will be

15  amongst us.  Lord, I pray for this to be a season and

16  a time where, God, that you have brought us people,

17  men and women, of understanding that has been elected

18  to these positions, God, to allow this opportunity to

19  lead your people.

20      Father, I pray for community.  I pray for unity.

21  I pray, God, for a faithful people toward you that may

22  we be the people that seek after you to bring you

23  glory in all this community.

24      And Father, I pray for your spirit to be here in

25  this place.  God, there not be a measured

1    divisiveness, Lord, the God of unity.  I pray, God, in

2    this time that we may continue to move forward in

3    seeking after your will in these things.  And Lord, I

4    pray your goodness be about this place.  Father, I

5    pray your hedge of protection be about this place.

6        And Father, I pray for you to be the one that

7    guides us through these things.  But when I pray all

8    these things, not for the glory of any man or any

9    person or any agenda, but, God, to your glory be all

10   things.  I pray this all in Jesus name.  Amen.

11       COMMISSIONER STEPHENS:  Amen.

12       UNIDENTIFIED SPEAKER:  (Indecipherable) Pledge --

13       MULTIPLE SPEAKERS:  I pledge allegiance to the

14   flag of the United States of America and to the

15   Republic for which it stands, one nation under God,

16   indivisible, with liberty and justice for all.

17       COMMISSIONER STEPHENS:  All right.

18   Commissioners, you have the -- before you the minutes

19   from October 21st, 2021, meeting.  Are there any

20   additions, revisions, or corrections?  You see none.

21       COMMISSIONER KNIGHT:  I'll move for the dispense

22   of the reading of the minutes.

23       COMMISSIONER STEPHENS:  Thank you.

24       COMMISSIONER KNIGHT:  And (indecipherable)

25   presented.

1    COMMISSIONER TYSON:  Second.

2    COMMISSIONER STEPHENS:  We have a motion and a

3  second.  All in favor say aye.

4    COMMISSIONER KNIGHT:  I'm going to abstain.  I

5  was not here for that meeting.

6    COMMISSIONER STEPHENS:  Okay.  We have a four to

7  one.  Four zero one with an abstention from Commission

8  District 5.

9    Next, we have on the agenda the presentations.

10  We have a certificate of recognition for the Alabama

11  Heat.

12    Coach, you got everybody here?

13    UNIDENTIFIED SPEAKER:  (Indecipherable).

14    COMMISSIONER STEPHENS:  All right.  That'll work.

15  I'll tell you what I'm going to do.  I'm going to read

16  this.

17    If -- y'all come on up here to the center.  And

18  each one of these recognition certificates has the

19  individual athlete's name on it.  And I'm going to

20  just read one and let Coach take care of -- of

21  everything.

22    This is a certificate of recognition presented to

23  the athletes of the Alabama Heat.  The Jefferson

24  County Commission would like to recognize the 2021

25  Alabama Heat athlete -- and it gets individualized

1    here, so I'm going to have to skip that.  Your dreams,

2    you plan, you reach.  There will be obstacles.  There

3    will be doubters.  There will be mistakes, but the

4    hard work with belief and confidence and trust in

5    yourself and those around you.  There are no limits,

6    guys.  We look forward to seeing this be your first

7    recognition of many coming in the future.

8        There are nine athletes.  I'm going to ask is

9    Ryan Tafoya here?

10        COACH:  Ryan.

11        COMMISSIONER STEPHENS:  Ryan, we want to make

12    sure that you and these athletes are throughout this

13    area of the state, so it's not any one commission

14    district (indecipherable).  Right here.  Thank you

15    very much.

16        Caleb Newton.

17        Purpose Henderson.  How are you, bud?

18        All right.  I was looking to see if the -- and

19    Legacy Prep School.  Where is Legacy Prep School?

20        PURPOSE HENDERSON:  In Daniel Payne, Birmingham.

21        COMMISSIONER STEPHENS:  Daniel Payne, Birmingham.

22        COMMISSIONER SCALES:  In my district.

23        COMMISSIONER STEPHENS:  Whose -- that's your

24    district?

25        COMMISSIONER SCALES:  That's in my district.

1    COMMISSIONER STEPHENS:  You want --

2    COMMISSIONER SCALES:  Sure, no problem.

3    COMMISSIONER STEPHENS:  Hold on here.  This is

4    your commissioner that's going to --

5    Have a hard time from (indecipherable).

6    Brian Boone (phonetic).

7    Is that you?

8    How about that?  How about that?

9    COMMISSIONER KNIGHT:  Us two good looking fellas,

10   man, we got to (indecipherable).  Hang on, he's got a

11   medal.  What are these?

12   BRIAN BOONE:  So I got these at (indecipherable).

13   COMMISSIONER KNIGHT:  For what?

14   BRIAN BOONE:  For the 100, 200.

15   COMMISSIONER KNIGHT:  (Indecipherable).

16   (Indecipherable) fast you are.  But we got a guy in

17   here that's fast too.  I want you to race him.

18   (Indecipherable), come on up here.

19   UNIDENTIFIED SPEAKER:  My knees (indecipherable).

20   UNIDENTIFIED SPEAKER:  Open it up, open it up.

21   COMMISSIONER STEPHENS:  Now you'll have to go

22   back to school?

23   UNIDENTIFIED SPEAKER:  Yes.

24   UNIDENTIFIED SPEAKER:  Yes.

25   COMMISSIONER STEPHENS:  Feed them some breakfast,

1    though.

2        COMMISSIONER KNIGHT:  Might need help here in a

3    minute.

4        COMMISSIONER STEPHENS:  Joe, you got down.  You

5    going to get up?

6        COMMISSIONER KNIGHT:  Big smile.

7    Congratulations.

8        COMMISSIONER STEPHENS:  Joe, (indecipherable)

9    Coach too because he's the one that is responsible.

10       COMMISSIONER KNIGHT:  (Indecipherable).

11   Pleasure.  Thanks very much.  (Indecipherable).

12       COACH:  Yes, we do.  (Indecipherable), yes, sir.

13       COMMISSIONER KNIGHT:  (Indecipherable).

14       COACH:  Yes, he is.

15       COMMISSIONER KNIGHT:  All right.

16       COACH:  Thank y'all very much.  Appreciate it.

17       COMMISSIONER STEPHENS:  Thank you, Coach.

18       Guys, congratulations.

19       Commissioners, I'm going to skip the public

20   hearing and go through our ordinary business, and then

21   we will come back to the public hearing.

22       Commissioners, there 49 resolutions that have --

23   were presented and properly vetted in our Tuesday

24   pre-commission meeting.

25       Item Number 44, I ask that it be pulled for

1   pending the public hearing from --

2       Mr. Morrison, are you here?  Okay.  That --

3   that's recommendation from the staff, right?

4       MR. MORRISON:  Yes, sir.  This one

5   (indecipherable) notice out to the public for the

6   18th.

7       COMMISSIONER STEPHENS:  So we'll -- chair will

8   entertain a motion for resolutions 1 through 49 with

9   the exception of 44.

10      UNIDENTIFIED SPEAKER:  (Indecipherable).

11      COMMISSIONER STEPHENS:  We have a motion and a

12  second.  All in favor say aye.

13      MULTIPLE SPEAKERS:  Aye.

14      COMMISSIONER STEPHENS:  Thank you very much.

15      COMMISSIONER KNIGHT:  What about 44 and what

16  about (indecipherable).

17      COMMISSIONER SCALES:  44 (indecipherable).

18      COMMISSIONER STEPHENS:  Hey.

19      UNIDENTIFIED SPEAKER:  We pulled it or it got

20  separate?

21      COMMISSIONER STEPHENS:  No, we pulled it, pulled

22  it to the 18th.

23      UNIDENTIFIED SPEAKER:  The 18th is the date that

24  we -- that the County Commission adopted for the

25  zoning hearing.  And because of that, our office

1   didn't notice the public, as you requested, for this

2   meeting.  So that's why we're asking to move that to

3   the 18th, just so we can public notice, and it will be

4   held at the regular zoning hearing for the County

5   Commission.

6       COMMISSIONER KNIGHT:  (Indecipherable) a public

7   hearing?

8       MR. MORRISON:  Well, again, it -- correct.  But

9   you had asked to -- us to notice the public again for

10  that hearing, and so that's why we've --

11      COMMISSIONER KNIGHT:  Is there another public

12  hearing?

13      MR. MORRISON:  That's -- we've -- we've held a

14  public hearing at the last hearing.

15      COMMISSIONER KNIGHT:  Right.

16      MR. MORRISON:  If you all want to entertain

17  another public hearing, that's at your -- at your

18  pleasure.

19      COMMISSIONER KNIGHT:  No, I was just asking.  I

20  thought it was (indecipherable).

21      MR. MORRISON:  Well, the only thing was is that

22  you -- you had requested that we notice.  And again,

23  due to the confusion about the zoning hearing date, we

24  didn't send notice to the property owners, as you

25  requested.  But we are doing that for the 18th

1    meeting.

2        COMMISSIONER STEPHENS:  Thank you.

3        MR. MORRISON:  And again, I apologize for that

4    confusion.

5        COMMISSIONER STEPHENS:  I'd like to call Barry

6    Stephenson up.  We have a public hearing and

7    resolution authorizing the adoption of a redistricting

8    plan that we do every 10 years.  It doesn't seem like

9    it's been 10 years, but I guess it has, Barry.

10       BARRY STEPHENSON: (Indecipherable).

11       COMMISSIONER STEPHENS:  This is something that's

12   happening throughout the country, and it's for the

13   various legislative districts.

14       UNIDENTIFIED SPEAKER:  Is that good?

15       BARRY STEPHENSON:  Yes.

16       COMMISSIONER STEPHENS:  And I'd like to turn it

17   over to -- to Barry right now to -- for an

18   explanation.  And then as soon as he finishes with the

19   explanation, we will open the public hearing.

20       BARRY STEPHENSON:  Yes, sir.  Well, good morning,

21   everyone.  Good to see you all.  So, you know, in

22   October -- I'm going to cover this again, what I went

23   over in October, just so it's fresh on everyone's

24   mind.

25       So this is -- it's been 10 years since we

1   redistricted.  This is based on statute, based on the

2   law.  At the conclusion of the -- of the census, the

3   US Census Bureau sent us everything this summer.  We

4   began to get all of the numbers compiled and then have

5   it available for the commission to redistrict.

6       So what's presented today is not a plan of the

7   Board of Registrars.  It's not a plan of the County

8   Manager.  It's not a plan of the County Attorney.

9       By statute -- and I'll cover that in just a

10  second.  The Commission deliberates and makes the

11  decision, but we -- we present the information to you.

12      So again, based on case -- case law and statute,

13  the biggest case law is Reynolds v. Sims.  This is a

14  Supreme Court ruling to where the districts are to

15  have approximately equal population.

16      And then the Code of Alabama gives you, the

17  commission, the right to redistrict -- redistrict the

18  County Commission, and we do that using -- you know,

19  to alter the boundaries giving you the -- that

20  authority.

21      So let's look at the true numbers.  So the -- the

22  number that was provided to us from the US Census

23  Bureau, the population of Jefferson County was

24  674,721.  Divide that by five, and that gives you a

25  population target per district of 134,944.

1    So when you look back, what was the growth?  So

2    in 2010 the Census Bureau calculated 658,466.  Leading

3    the 2020 numbers, that's a growth of 2.2 percent.  So

4    the county did have growth over that 10 years.

5    Now, it was uneven and there's been lots of

6    stories written about certain cities that lost

7    population or certain areas.  But overall the county

8    did grow by 2.2 percent.

9    So these are where the numbers came out per

10   commission district based on the US Census Bureau.

11   Commission District 1 -- again, that -- the target

12   population was that 134,944.

13   So Commission District 1 was 122,689.  District 2

14   was 121,372.  Commission District 3, 142,776.

15   District 4, 142, 111.  And District 5, 145,773.  So

16   those are the true numbers.

17   So when you put that in a percentage basis,

18   District 1 was 9.1 percent underpopulated.  District 2

19   was 10.1 percent underpopulated.  District 3 was 5.8

20   percent overpopulated.  District 4 was 5.3 percent

21   overpopulated.  And District 5 was 8 percent

22   overpopulated.

23   So from a true numbers standpoint, what does that

24   mean?  Well, this is the numbers that needed to be

25   added or subtracted.  So just straightforward,

1   District 1 needed to add 12,255.  District 2 needed

2   add 13,572.  District 3 needed to subtract 7,832.

3   District 4 needed to subtract 7,167.  And District 5

4   needed to subtract 10,829.

5       So when we go about redistricting, the Code of

6   Alabama gives us an outline of how to do that, and we

7   follow that.  So the commission adopts and establishes

8   the boundaries, and we use clear, observable

9   boundaries.  And that is defined by highways, roads,

10  census truck -- tracks, census blocks.

11      And you all have seen how we can go in and we can

12  do the individual census blocks and census tracts.  We

13  use the roads, we use the highways, we use the creeks,

14  we use rivers, so we -- we have followed that.

15      This is just to note is -- there's a special

16  session going on in Montgomery.  I think they're

17  wrapping that.  We'll be getting that soon, probably

18  before Thanksgiving.

19      So redistricting, as the commission alluded to at

20  the beginning, is going on all throughout the state,

21  and they're using that plus or minus 1 percent

22  variance, getting back to that US Supreme Court case.

23      And all of the plans that -- for your

24  deliberation and consideration today all fall within

25  the plus or minus 1 percent population variance, which

1   was our goal.

2       So there's three plans before you for you to

3   deliberate and for you to decide, not me, not the

4   County Manager or anyone else, for you to deliberate

5   decide.  So I'm going to go through the plans and the

6   numbers.

7       Commission District 1 has a population of 135 --

8   this is Plan 1.  District 1, 135,524.  District 2,

9   134,737.  District 3, 133,762.  District 4, 136,078.

10  And District 5, 134,620.  That's within the plus or

11  minus 1 percent.

12      Commission District 2 -- Plan 2.  Plan 2.  So

13  District 1, 134,982.  District 2, 135,279.  District

14  3, 133,762.  District 4, 136,078.  And District 5,

15  134,620.

16      And Plan 3.  District 1, 134,982.  District 2,

17  135,699.  District 3, 133,762.  District 4, 136,078.

18  And District 5, 134,620.

19      Again, all three plans within the plus or minus 1

20  percent.

21      This is Plan 1 and the individual district

22  numbers, we have them, 1, 2, 3, 4, 5.  The maps were

23  available before the meeting, and I did answer some

24  questions for the public out here in the foyer.

25  District 4, as you see the dotted line, that green

1   area, so that green means it's going into District 1.

2   This is East Birmingham and a portion of Center Point.

3   Also going out here to the east side picking up, this

4   is the Minor -- Minor fire station.  Down here is

5   Dolomite.  District 1 had to add over 12,000.

6   District 2 adding portions of the Oxmoor Valley and a

7   portion of Homewood, a portion of -- north of Shannon

8   Road in the -- north of Ross Bridge.  And then adding

9   a portion of Bessemer on this end.

10       So under these -- under these districts -- and

11   then to make the population equal up here so it could

12   be in that plus or minus 1 percent, a portion of --

13   this is unincorporated and a small portion of Warrior.

14   This is -- 65 is the boundary.  That went to

15   Commission District 3 so that we could be in that plus

16   or minus 1 percent.

17       Now, as I go through Plans 2 and 3, nothing

18   changes with plans -- with Districts 3, 4, and 5.  So

19   as we go to Plan 2, everything I just described stays

20   the same.  The only difference is this portion right

21   here is the Ensley Rec Center goes to District 1.  And

22   this portion -- this is Midfield and it is moved to

23   Commission District 2.  And again, that still was in,

24   as I showed you the numbers, within the plus or minus

25   1 percent.  That's the only change from Plan 1.

1    And then Plan 3 everything in Districts 3, 4, and

2    5 stay the same, and this changes -- this is Charles

3    Brown Elementary precinct going to District 1 and

4    Midfield going to District 2.

5    So those are -- of course, the maps we've -- we

6    have had the public come up, and I've answered

7    questions, I've showed them. I've answered any --

8    anyone that came up, I feel like I've answered their

9    questions. We've had them on display in the foyer. I

10   have answered questions out there.

11   So they've been on display, and we've publicized,

12   we've given notice, we followed everything that we're

13   -- according to what we're going to do -- what we're

14   supposed to do, and we've done that.

15   So those are the numbers. Those are the plans.

16   I'll be happy to entertain any questions or comments

17   that you have or if something comes up during the

18   public hearing. You can -- I would be happy to step

19   in if you need -- need a question answered.

20   COMMISSIONER STEPHENS: Thank you, Barry.

21   Appreciate everything that you've done. And it's --

22   it's -- it's a hard task to do that, to keep

23   everything the way it is designed to be put forth to

24   the -- to the public and to the census tracts and to

25   make sure that it's -- it's fair and -- and follows

1    federal and state law.

2        BARRY STEPHENSON:  Well, we've been the

3    facilitator.  And I will say I have enjoyed having

4    y'all up and getting to know y'all on a deeper basis

5    and your staff.  You all have -- I will commend all of

6    your staff from all five districts.  Really enjoyed

7    working with them.  You do have excellent staff.  So

8    if no one has told you that lately, I'm going to tell

9    you today, so...

10       COMMISSIONER STEPHENS:  Appreciate that.

11       COMMISSIONER KNIGHT:  Mr. President?

12       COMMISSIONER STEPHENS:  Yes.

13       COMMISSIONER KNIGHT:  Barry, would you introduce

14   your staff?  You're just another pretty face.

15       BARRY STEPHENSON:  Yeah, well, I'm not.  These

16   are the pretty -- pretty ones.  But yeah, and it's

17   easy to remember the names, this is Laura and Laura.

18   I have Laura Smith and Laura Foster, and they're --

19   they are in our GIS mapping area.  And they are vital

20   to the success of the Board of Registrars, and I

21   appreciate them very much, and they're -- they're with

22   me here today.

23       COMMISSIONER KNIGHT:  Thank you.

24       COMMISSIONER STEPHENS:  Thank you.  At this time,

25   we'd like to open a public hearing concerning the

1   redistricting and new commission districts.

2        Before we begin, I would like to get Mr. Markert

3   to be our timekeeper.  We'll give everyone the

4   opportunity to speak, and then we'll have three

5   minutes to state what -- what they're going to.  Just

6   a quick show of hands, how many people intend on

7   speaking?  One, two, three, four.  Okay.  That -- that

8   -- that's great.

9        Let's open the public hearing, and we're

10  available for public comment.  When you come -- when

11  you approach the podium, state your name and your

12  address and then you can state your reason for --

13  we'll begin back here.

14       DAVID RUSSELL:  First of all, let me say good

15  morning to everyone.

16       COMMISSIONER STEPHENS:  Good morning.

17       DAVID RUSSELL:  You know, this time of year, it's

18  always the (indecipherable) time that we have to make

19  the adjustment.  My name is David Russell, and I live

20  over in District 1.  I do serve on the Alabama

21  Democratic Executive Committee.  This is my 16th year

22  of serving, so I've been working with the

23  reapportionment since back in the 1990s.

24       But my concern is that only thing that the

25  Democratic Party, we -- we had a Zoom call on Monday.

1    And some of their great concern was that is -- was

2    that they want to make sure that every district have

3    an equal number of citizens.

4        Now, out of all this, the Commissioner up there,

5    I would like -- I would not rather be in Jimmy

6    Stephens' district because he has the largest

7    (indecipherable) that any district on the commission.

8        I ran for City Council a few day -- a few weeks

9    ago, and I was in (indecipherable).  I had

10   (indecipherable) box, so I know the kind of expense

11   you have to pay to do that.

12       So they are mostly concerned was to make sure

13   that all the districts have the same number of citizen

14   in there.

15       I was down on Gold Hill yesterday, and there's a

16   lot a, lot of lawsuits going on down there about this

17   congressional seat and this house seat.  So you know,

18   we just -- we just would love for the County

19   Commission just do the right thing.

20       That's what I'm about.  I'm not -- I'm concerned

21   who get elected.  But more so, I'm concerned about

22   doing the right thing.  Give everybody the right and

23   the equal opportunity to cast their vote that they are

24   -- at the poll.

25       So my concern is just basically, one, is just

1   make sure when you divide the numbers up, like you

2   just had, and make sure that everyone have the same

3   amount of vote in that 1 percent deviation.  That is

4   my great concern.  Thank you very much.

5       COMMISSIONER STEPHENS:  Thank you, Dave.

6       UNIDENTIFIED SPEAKER:  (Indecipherable).

7       COMMISSIONER STEPHENS:  Yeah.

8       Yes, sir.

9       GEORGE MCCALL:  I'd like, first of all, to say

10  good morning to everyone.

11      COMMISSIONER STEPHENS:  Good morning.

12      GEORGE MCCALL:  My name is George McCall.  I live

13  at 2805 Avenue E, Apartment A, Birmingham, Alabama

14  35218.  I am the president of the Ensley community,

15  also the Ensley neighborhood, and I'm here to speak on

16  behalf of the Ensley neighborhood at this time.

17      We met on October the 21st at our regular

18  neighborhood meeting.  At this time was brought up

19  about the redistricting.  Ms. Sheila Tyson was on our

20  phone when we talked with her about it.

21      I also talked to Ms. Scales also three times from

22  the telephone and one time in a two-hour meeting that

23  she had.

24      And like I said, we are very concerned about our

25  area.  My shirt say Justice for -- we want justice for

1  our -- our neighborhood.  We've been fighting here

2  since I've been president of it to try to keep the

3  things that our neighborhood really wants.

4      And that meeting on October the 21st, we voted

5  that we would ask that you keep us in District 2 or

6  Ms. Tyson district.

7      We also ask that you would (indecipherable) in

8  one.  Like I say, we've been educated very much about

9  all four of these -- three of these plans, and we know

10  about these plans.  We know what they are of because,

11  like I said, I'm a retired letter carrier.  I've been

12  carrying mail all over Ensley and Birmingham, so I

13  know the district.

14      But we ask that you would really consider Plan 1

15  as you vote.  Like I said, it would be best for our

16  neighborhood, and Ms. Tyson has been a very good

17  counselor person -- I mean commissioner in our area.

18  And she has worked with us to make sure that things

19  were done.  So please, in your consideration and vote,

20  please consider Plan 1.  Thank you.  George McCall.

21      COMMISSIONER STEPHENS:  Thank you, Mr. McCall.

22      COMMISSIONER KNIGHT:  What was your name again,

23  sir?

24      GEORGE MCCALL:  George McCall.

25      COMMISSIONER STEPHENS:  Thank you, Mr. McCall.

1    Next, please.  Good morning.

2    TYREE ANDERSON:  Good morning.  I am Dr. Tyree

3  Anderson, pastor of the First Baptist Church in

4  Ensley, which is in District 2.  And I am a resident.

5  You asked where we live as well.  I live in Hoover, so

6  I am a resident of Hoover but a pastor in Ensley.

7    I have been back in Birmingham for four years.

8  My first time ever coming to speak to the County

9  Commission was at the age of 16, and that was when

10  Mary Buckelew broke the gender barrier and became the

11  first woman elected to the County Commission.

12    And I remember that when she came, she made grand

13  promises that she did not keep.  I grew up in

14  Edgewater, so I understand that there are promises

15  that are made that oftentimes are used in order to get

16  in office, but are never always kept.

17    I stand here because I'm not here to take sides,

18  but I'm here to deal with the numbers.  The numbers

19  speak for themselves.  Right now where we are in

20  District 1 and District 2, the numbers are lower.  And

21  it's oftentimes because there is economic injustice

22  that's taking place.  Not saying who is at fault, but

23  money has been going to other places, but it has not

24  been coming to the areas where we are.

25    I stand here because I am an advocate for Plan

1    Number 2.  I think that with -- with diversity, I

2    think oftentimes when -- when certain people have too

3    much authority, there's no push, there's no change,

4    there's no movement.

5        And so I stand here as the pastor of First

6    Baptist Church of Ensley.  George McCall was my

7    mailman, so I've known him my -- literally my whole

8    life.  And so as the president, he has -- what the

9    community has said.

10       But I stand in concern because nothing has been

11   done prior to now.  Maybe a change might actually

12   bring economic development into the community.  And

13   the thing about it is where the church is, our zoning

14   won't change.  It's only a piece over there by the

15   Ensley Rec.

16       So I stand here advocating that we would try to

17   persuade you to try to go with Number 2.  Why Numbers

18   3, 4, and 5 have not been touched I have no idea.  But

19   I think it's very important that we keep this in mind,

20   that we do want to be able to meet the needs of the

21   people, and the numbers speak for themselves.

22       We need to have more equality across all of the

23   districts.  Thank you so very much for your time and

24   your (indecipherable).

25       COMMISSIONER STEPHENS:  Thank you, Reverend

1   Anderson.

2       COMMISSIONER KNIGHT:  3, 4, and 5 have been

3   touched.  We all had to give up.

4       TYREE ANDERSON:  The gentleman that came up said

5   there was no change, so I apologize if I misheard.

6       COMMISSIONER STEPHENS:  Yeah.  Barry, you want to

7   explain that a little bit better?

8       BARRY STEPHENSON:  Yes.  Districts 3, 4, and 5

9   were altered.  They -- there was additions and

10  subtractions to get to that -- that target number.

11  But with -- in planning -- but as it moved to Plan 2

12  and 3, the changes were within Districts 1 and 2, not

13  within Districts 3, 4, and 5 is what I said.

14      TYREE ANDERSON:  Okay.  Thank you.

15      BARRY STEPHENSON:  And while I'm up here, I do

16  want -- I forgot to say this earlier.  We redistrict

17  based on population, not landmass.  There's large

18  swaths of territory in the county where your nearest

19  neighbor could be 5, 6, 7 miles away.  But so we do

20  redistrict on population and not landmass, so thank

21  you.

22      COMMISSIONER STEPHENS:  Thank you.  Is there

23  anyone else who'd like to speak?

24      Good morning.

25      BRYAN RICE:  Good morning.  Bryan K. Rice.  I'm

1    at 602 19th Street, Ensley.

2        Just a few moments ago, we had George McCall

3    speak on behalf of the Ensley community.  Now, I'm the

4    president of the Ensley Business Alliance.  We just

5    had First -- you know, Pastor Tyree, First Baptist

6    Church of Ensley, speak.

7        And, you know, so right now it's a conversation

8    about Ensley.  And both of them spoke about justice.

9    I spend 14 hours a day studying Alabama ethics law

10   because of the opportunity zones that were excluded

11   from Ensley.  I spend 14 hours a day studying the

12   Civil Rights Act of 1964.  Title 6 with federal

13   assisted programs because of Ensley.

14       We have the highest increase of property taxes in

15   downtown Ensley.  We have some properties going up

16   400, 500 percent.  And no one has spoken up for us.  I

17   have a zero dollar appraisal on my building, all eight

18   of my buildings, and no one has spoke up for me in

19   this city, in this state properly.

20       So however you all decide to do the districting,

21   we need you to stand up for Ensley because right now

22   it's a -- 3, 4, and 5 are together, and 1 or 2 are

23   divided.  We have to get you all to work together

24   because our community in Ensley is the one that's

25   hurting the most.

1      So whichever way you choose, we need you to stand

2   up, but I know there has not been any justice for

3   downtown Ensley because I'm going to leave here.  And

4   I'm going to study the law for the next 14 hours to

5   figure out how to get justice for opportunity zones

6   and my zero dollar appraisal that's been shared on BBC

7   World News, but locally no one will speak up.  Thank

8   you.

9      COMMISSIONER STEPHENS:  Thank you, Mr. Rice.

10       Is there anyone else who would like to speak?

11       Yes, ma'am.  Good morning.

12       ALICE WESTRY:  Good morning, Commissioners and

13   good morning, concerned citizens.  I'm Alice Westry.

14   I am the co-chair for the Community Affairs Committee,

15   and we are an organization that is about equity,

16   justice, and about making sure that things are done in

17   a way to where all people have an opportunity to have

18   the best quality of life possible.

19       And we meet every Monday morning at 7:30, and we

20   have been discussing this particular day.  And we

21   would like to say that we support Plan 1.  And we are

22   here in order to help and assist all neighborhoods in

23   having equity and equality and justice in order to get

24   that help.

25       And I sure do want you to reach out to us.  I

1    want to exchange that information because CAC, the

2    Community Affairs Committee, that's what we're all

3    about.  And so we would like to support Plan 1,

4    please.

5        COMMISSIONER STEPHENS:  Thank you, Ms. Westry.

6        Is there anyone else who'd like to speak?

7        Good morning.  I'd like to appreciate -- before

8    you speak, I'd like to thank everyone for coming down

9    here and -- and having this input into this public

10   hearing because it's -- it's always very insightful

11   and very helpful and -- because we're work for you, if

12   you remember that.  I guess it's something that we

13   need to remember too, isn't it?

14       JOHNNY GUNN:  Amen.

15       COMMISSIONER STEPHENS:  Yes, sir.

16       JOHNNY GUNN:  I'd just like to say good morning

17   to the Commissioners and everyone that is here.  My

18   name is Johnny Gunn.  I'm the president of Belview

19   Heights Neighborhood Association.  Also the vice

20   president for the Five Points West Community.

21       I appreciate the opportunity to come down and

22   speak to you all about the redistricting.  I've heard

23   a lot about it, did some reading, and talked to my

24   neighbors in Belview Heights.  Belview Heights is the

25   Charles A. Brown school district.  Brown School is in

1   Belview Heights.

2       And after talking to most of the -- not all of

3   them, but a lot of the residents in Belview Heights,

4   their recommendation was that we want to remain where

5   we are.  Whatever district we in, we want to remain in

6   that district.

7       And it's my understanding that that will include

8   Plan 1.  That will be included in Plan 1.  So I, too,

9   would like to see that, you know, the district of the

10  voting and whatever is actually just equitable amongst

11  all the -- all the people.  And so I was -- I was sent

12  down here and told to recommend Plan 1.

13      COMMISSIONER STEPHENS:  Thank you, Mr. Gunn.

14      JOHNNY GUNN:  So that is the recommendation from

15  Belview Heights neighborhood.

16      COMMISSIONER STEPHENS:  Thank you very much.

17      COMMISSIONER KNIGHT:  Could you spell your last

18  name, sir?

19      JOHNNY GUNN:   G-U-N-N.

20      COMMISSIONER KNIGHT:  Okay.  Thank you.

21      COMMISSIONER STEPHENS:  Is there anyone else that

22  would like to speak to the body?

23      Seeing no one, the public hearing is now closed.

24      Commissioners, we have three items for

25  consideration.  Item -- Plan Number 1, Plan Number 2,

1   and Plan Number 3.

2       Does any commissioner would like to address the

3   body?

4       COMMISSIONER SCALES:  I would like to,

5   Mr. President.

6       COMMISSIONER STEPHENS:  Commissioner Scales.

7       COMMISSIONER SCALES:  Thank you, sir.  So first

8   of all, I want to thank all of the members of the

9   public for coming to the meeting.  It really means a

10  lot.

11      I heard about numbers and equity.  Plan Number 1

12  actually gives District 1 787 more citizenry than it

13  does for District 2.  Plan Number 2 gives District 2

14  297 more than District 1.  Plan 3 would give District

15  2 717 more than District 1.

16      Being that we recognize and you all said it very

17  clearly about the numbers, let me say this just for

18  the record.  I appreciate you coming, Mr. McCall.  And

19  to set the record straight, you and I had a

20  conversation on yesterday.  And the conversation was I

21  was not permitted to be on the call as it relates to

22  your neighborhood due to time restraints.  Am I

23  correct?

24      GEORGE MCCALL:  Yes.

25      COMMISSIONER SCALES:  Okay.  So that's all I

1  wanted.  And so I told you in all fairness because

2  from what I have been hearing is that the maps that we

3  provided in a meeting were maps that supposedly were

4  developed or generated by my office, which is not

5  true.

6      That's why Barry Stephenson is sitting right over

7  there.  And these maps of Plan 1, 2, and 3 did not

8  come from Commissioner Lashunda Scales' office nor her

9  staff.  Okay?

10     In addition to that, this document here that was

11 provided to members of the community was not provided

12 by myself or my staff.  It was provided by the

13 Jefferson County Board of Registrars.

14     So a lot of misinformation that I heard, I'm

15 clarifying it in a public setting.  Let me also say

16 this as well.

17     On Plan Number 1, District 2 is going to have to

18 take in a portion of Homewood.  District 2 will also

19 have to take in a portion of Ross Bridge and Lakeshore

20 and Oxmoor Valley.  Okay?

21     We speak of Democratic versus Republican.  You

22 figure out what that looks like.  But what I've tried

23 to do in the absence of no communication, we were

24 first offered Wilkerson School.  I agreed to do that

25 up until 10th Court.  I was later told that

1  Commissioner 2 did not want that.  Okay, fine.  That's

2  how we got to Ensley, because I said rather than to

3  debate that issue, let us go ahead and go toward

4  Ensley and then we both would be in a favorable

5  position.

6      Here's the understanding that the public must

7  know.  When you are undercounted, you're already

8  starting at a disadvantage because of the fact that

9  the numbers are off.  The difference is District 1 by

10  more than 1,000 citizenry had more than Commission

11  District 2, which is the reason why I wanted to make

12  sure that it was balanced.

13      So I'm going to say for now, please hear these

14  numbers clearly.  Plan 1 would give District 1 787

15  more citizens than District 2.  Plan Number 2 would

16  give 297 citizens more than District 1.  Plan Number 3

17  would give District 2 717 more than District 1.

18      What I'm making sure that the public understands

19  for me is there is not going to be a rift between me

20  and a colleague.  Always remember, the numbers don't

21  lie.  So I'm actually putting my -- my colleague at a

22  disadvantage.

23      If I go with Number 1 and I already start with

24  787 more than District 2, I'm putting District 2 at a

25  disadvantage.  That's why I'm going over the numbers.

1    Now, what I'm going to do because I am having to

2  take in Center Point which is highly Democratic, I am

3  taking in Dolomite which is highly Democratic, but you

4  ask yourself concerning Homewood, Ross Bridge, Lake

5  Shore, is that a heavily populated Democratic area?

6    You have to decide that after listening to what I

7  just said.  So I wanted to just clear up this

8  misinformation that, A, my staff did not produce this

9  document; B, this document here, Exhibit Number 2,

10  came from the Jefferson County Board of Registrars,

11  and I shared it with you all.

12    And let me say also for my colleagues, it was

13  stated that I met with the neighborhood officers, and

14  I should have because if that Ensley community or

15  Charles Brown community were up for consideration, it

16  was my duty to come to them and to make sure that they

17  understood everything.

18    And let me also say this too, since we're in a

19  public setting, at no given point did I ever speak

20  against Commissioner Tyson.  I stayed to the numbers

21  because the numbers is what you all and we're going to

22  have to deal with for the next 10 years.

23    I didn't write the law.  I don't make the law.  I

24  only deal with the numbers.  So if we're looking for

25  justice, we're looking for equality, I'm telling you

Case 2:23-cv-00443-MHH    Document 170-8    Filed 01/17/25    Page 36 of 65

1    Plan 1 will put my colleague at a disadvantage.

2        However, whatever this Commission decides --

3    because I'm about what's fair.  10 years, Commissioner

4    Tyson not -- may not even be here.  But what's going

5    to be here is this district drawing.

6        And I'm telling you if we're not careful, some of

7    these little quasi-conversations going to end up

8    backfiring on the very people that we both represent.

9    That's the only thing that I will leave this day as

10    saying this morning.  It's about the numbers.

11        And I'll give this to Mr. Arthur Welch.  He used

12    to keep my numbers when I ran for office, and he would

13    always say, Ms. Scales, it doesn't matter what people

14    say, it's about the numbers.

15        And so if you all look at those numbers today and

16    you can live with those numbers 10 years from now,

17    then just know Commissioner for District 1 was only

18    trying to be fair.  We're starting out at 787 people

19    above District Number 2 with Plan Number 1.

20        That's why you have to read.  Read.  You got to

21    study this for yourself.  That's the reason why I

22    provide the paperwork.  It's not about who like who

23    and who don't like who.  At the end of the day, it's

24    about being fair and equitable.

25        Thank you, Mr. President.

1    COMMISSIONER STEPHENS:  Thank you.

2    No one?

3    Okay.  The Chair will entertain a motion.

4    COMMISSIONER AMMONS:  I move to approve Plan 1.

5    COMMISSIONER STEPHENS:  We have a motion to

6    approve -- approve Plan 1.

7    COMMISSIONER TYSON:  I second.

8    COMMISSIONER STEPHENS:  And we have a second.  We

9    have a motion and a second.

10    Ms. Diliberto, would you call roll please?

11    MS. DILIBERTO:  Commissioner Ammons?

12    COMMISSIONER AMMONS:  Yes.

13    MS. DILIBERTO:  Commissioner Knight?

14    COMMISSIONER KNIGHT:  Aye.

15    MS. DILIBERTO:  Commissioner Scales?

16    COMMISSIONER SCALES:  No.

17    MS. DILIBERTO:  Commissioner Tyson?

18    COMMISSIONER TYSON:  Yes.

19    MS. DILIBERTO:  Commissioner Stephens?

20    COMMISSIONER STEPHENS:  Yes.

21    The Plan 1 has been approved four to one.

22    Understanding that this is the process that we have to

23    go through every 10 years, no one really likes to

24    change.  Change is -- is -- is difficult because we

25    have to change our -- our constituent base to a

1   certain amount each time we do that.

2       I have to go now tell some of my good

3   constituents that -- that I will no longer represent

4   them, but they will be well represented and that they

5   will have good, fair representation because if you

6   remember what -- what we say.  We run partisan, but

7   once we reach the Commission, we govern for all of our

8   citizens.  And we have their interests at the best

9   heart.

10      We appreciate the participation.  We appreciate

11  everything that everyone has done.  I look forward to

12  -- to representing you through the remainder of this

13  term.

14      And is there any Commissioners that would like to

15  speak?

16      COMMISSIONER KNIGHT:  Commissioner Stephens, I do

17  have some -- you know, you and I have been here

18  through two of these.

19      COMMISSIONER STEPHENS:  Yes.

20      COMMISSIONER KNIGHT:  And in 2010 we had to

21  redistrict, and in 2020 we're doing it again.  In the

22  combined net of both of those consensus redistricting,

23  the District 1 has had to increase from 3, 4, and 5

24  28,271.  District 2, 25,763.  In over the same time,

25  District 3 has lost seven -- over 17,000.  District 4,

1    over 17,000.  And District 5, over 18,000.

2        So it's -- it's like Ms. Scales said.  It's a

3    numbers and a movement.  And I think that our Board of

4    Registrars has done a very good job in tracking the

5    numbers and keeping them in with that percentage point

6    that we're required to do.

7        So it's -- it's a -- it's a juggling act.  And

8    you have to be meticulous about it, and I appreciate

9    their work in this.

10       COMMISSIONER SCALES:  Mr. President?

11       COMMISSIONER STEPHENS:  Ms. Scale?

12       COMMISSIONER SCALES:  Absolutely.  And let me

13   also say this for public consumption.  The reason why

14   the numbers have changed the way Commissioner Knight

15   mentioned is because those districts have always been

16   overpopulated which meant that the census tract --

17   they were counted.

18       The unfortunate reality is in most urban areas,

19   we're not counted.  And because we're not counted,

20   that's the reason why there's a surplus in other

21   districts and there's a minus in others.

22       But do understand that today I accept exactly

23   what the Commission has decided to vote on.  And

24   because of that, I am good and I'm well with my soul.

25   I did my part.  I made sure that everyone was fully

1   aware most of all of what's to come.

2      So all I can tell you is that everybody just need

3   to work their district, and I'm going to continue to

4   do the same for mine.

5      So thank you, Mr. President.

6      I want to thank the Board of Registrars because

7   I'm not picking up new areas or territory other than

8   going over there to Dolomite.  So it's going to be

9   good for Scales, okay, and Center Point.  I'm already

10  still over there anyway, but we're picking up Center

11  Point.  But people that know me out east, they know

12  that.

13     So I just want to be clear that I thank you all

14  as the staff.  I really want to apologize for many --

15  for any miscommunication because my staff, we work.  I

16  don't care what anybody say on this dais, nobody takes

17  care of my district.  I take care of my own district.

18     And moving forward, just as I've told you

19  privately, Mr. President, folks will see if they keep

20  saying what they're doing in my district and I know

21  that they're not, we're going to proceed forward.  And

22  that's just the way it's going to be.

23     I accept what we've -- what we've established

24  today.  And all I can say to those areas that have

25  been disproportioned that we gotta do a better job and

1   making sure that our people are counted and making

2   sure that we have an understanding.

3       COMMISSIONER STEPHENS:  Thank you, Commissioner.

4       COMMISSIONER KNIGHT:  I just want to say, too,

5   thank you to Mr. McCall, to the pastor for First

6   Baptist Church in Ensley, Mr. Rice, Ms. Westry, and

7   Mr. Gunn.  Thank y'all for coming down here and -- and

8   having your say.  We appreciate you.  Thank you.

9       COMMISSIONER STEPHENS:  Thank you.

10      Anyone else?

11      Ms. Tyson?

12      COMMISSIONER TYSON:  Now, I've sat here not

13  saying anything.  And I -- but I want the public to

14  know this.  I drawed that map.  I went upstairs and

15  drawed that map.

16      We are underpopulated.  That mean you hold what

17  you got and you pull from the people that's

18  overpopulated.  I talked to Commissioner Ammons.  I

19  pulled -- Rosedale is a 99.2 percent Black community.

20  99.2 percent, and they all Democrats.

21      Now, if you think I will draw myself into my

22  demise you got to be crazy.  I pulled from Homewood.

23  I already have that portion of Homewood.  All I did

24  was pull the other Democratic part of Homewood.  Just

25  don't believe everything you hear.

1      I pulled in the rest of the senior citizen box

2  that I already have.  I already have it.  All I did

3  was got the other part of that box, which is

4  89 percent Democratic box.

5      The other closest addition to me was Commissioner

6  Jimmy Stephens.  Yes, Ross Bridge is a part of that,

7  but it's across the street, which is 99 percent

8  Republican.  I got Mountain View part.  I already have

9  Oxmoor part.  Oxmoor is already in my district.

10      All I got was the Mountain View part which is

11  hooked to Oxmoor.  It's a new subdivision which is

12  89 percent Democratic and black.

13      You know how I know?  Because I got up and I went

14  over there and limped on my leg and knocked on the

15  doors and seen for myself.  I did that myself.  I went

16  to Bessemer in the President Jimmy Stephens' district.

17  I got the part that was behind the civic center and

18  the part that's over there by the police department.

19  99 percent Democratic, 99 percent Black.

20      Don't believe everything you hear.  You know how

21  I know?  I got up, walked over there myself, and I

22  looked at the folks in they face.  And I know what I'm

23  getting.

24      I didn't call not one neighborhood officer until

25  they called me asking me questions.  I don't have -- I

1    don't do that.  That ain't what I do.

2        The only time I go over into anyone's when some

3    -- any one district or anything if people call me.

4    And I service people.  That's what I do.

5        And I did not even want to do this.  I didn't

6    want to say nothing.  But there's no way I was going

7    to let you leave out of here and think -- for you to

8    think that I have drawn some people in my district

9    that will take something from you.  I wasn't going to

10   let you leave out of here and think that.

11       I'm not a liar, and I have proved -- proven that

12   to you, but it pisses me off when people lie to you

13   and then say that they are -- hadn't did nothing to

14   Commissioner Tyson.

15       When you lie to the people, when you lie, you

16   hurt me.  I'm going to get up from here right now,

17   Mr. President Stephens.  I'm through.  And I'm going

18   to continue to work in my district like I have done.

19       And the gentleman that's in Ensley that's the --

20   over the Merchant Association, the County cannot give

21   the City of Birmingham funding.  Am I right or wrong?

22       Theo, take -- could you answer that?

23       UNIDENTIFIED SPEAKER:  Yes, she can.

24       COMMISSIONER TYSON:  I'm talking about out of our

25   general fund.

1      UNIDENTIFIED SPEAKER:  Yes, she can.

2      COMMISSIONER TYSON:  For like -- he's over the

3   Merchants Association downtown.

4      UNIDENTIFIED SPEAKER:  If they have a 501(c)(3),

5   yes, you can.

6      THEO LAWSON:  So the City has primary

7   responsibility for the citizens.  And certain aspects

8   for the county (indecipherable).

9      COMMISSIONER TYSON:  Right.

10      THEO LAWSON:  The primary responsibility is for

11   the City (indecipherable).

12      COMMISSIONER TYSON:  Like economic development.

13      THEO LAWSON:  (Indecipherable).

14      COMMISSIONER TYSON:  Right.

15      COMMISSIONER SCALES:  If they have a 501 --

16      COMMISSIONER TYSON:  And I just told -- I'm

17   talking, Commissioner Scales.

18      COMMISSIONER STEPHENS:  That's -- that's cool.

19      COMMISSIONER TYSON:  What I --

20      COMMISSIONER SCALES:  First of all, you're not

21   giving what --

22      COMMISSIONER TYSON:  Can I finish, President.

23      COMMISSIONER SCALES:  You just made a statement,

24   and it's not true.

25      COMMISSIONER STEPHENS:  Let's -- let's --

1    COMMISSIONER SCALES:  If they have a 501(c)(3),

2  it don't matter what --

3    COMMISSIONER TYSON:  Let me --

4    COMMISSIONER STEPHENS:  Let's do point of order,

5  right -- right this second.

6    COMMISSIONER TYSON:  If you have a 501(c)(3) --

7    COMMISSIONER STEPHENS:  (Indecipherable) very

8  well.

9    COMMISSIONER TYSON:  When you have a 501(c)(3),

10  yes, you can get funding.  He is very aware if he have

11  a 501(c) he can get funding.  But it's the amount of

12  money that he --

13    COMMISSIONER STEPHENS:  Thank you, commissioner.

14    (Commissioner Scales exits the room.)

15    COMMISSIONER TYSON:  -- that I did not have.  Now

16  we have infrastructure money, and you remember when I

17  told you I was going to -- we was going to get some

18  infrastructure money?  We just received the

19  infrastructure money from the COVID-19 funding.

20  That's where we got the money.

21    The amount of money you needed -- if I had of

22  gave you my discretionary funding, it wouldn't have

23  been enough for me to give to anyone else.  We only

24  got $200,000.  You needed $200,000.  And I wasn't

25  going to be able to give you that.

1       I wouldn't -- there wouldn't have been nothing

2    else left for the other 150-some thousand people in my

3    district.  That's why I wasn't able to give you any.

4       Now we're in a whole new ballpark since we have

5    infrastructure money now.  So -- but I just didn't

6    want you to leave out of here thinking that up on the

7    economic engine that we can give you money to fix the

8    buildings downtown, because we can not.

9       Only with my discretionary money I can give you a

10   small funding, and that wasn't going to be no more

11   than a couple thousand dollars, and I told you that.

12   So I'm finished with what I had to say.

13      COMMISSIONER STEPHENS:  Thank you, commissioner.

14      COMMISSIONER KNIGHT:  I want to -- I want to

15   address something, if I may.

16      COMMISSIONER STEPHENS:  Sure.

17      COMMISSIONER KNIGHT:  Because I don't want

18   everybody to leave with a little bit of a

19   misimpression here.  When -- when we get the census

20   number, Barry comes up with a number and say this is

21   what each district needs to consist of within 1 --

22   1 percent.

23      So we -- Steve and Ms. Tyson, Jimmy and

24   Ms. Tyson, we go up together.  I went up with

25   Ms. Scales.  And we look at the maps and say, hey, do

1  you want -- here -- here, we can give up here.  We can

2  -- so we generally work together to do this

3  redistricting.

4      So we're not up here all fighting over this, but

5  sometimes there's, you know, consternation and

6  dispute.  But as you saw, 3, 4, and 5, we didn't

7  change in any of the plans.  So we're okay with our

8  districts and what we -- we don't want to really give

9  up people, but we have to to make it balanced and

10  even.

11      But I just don't want the public to think that

12  this is a big dog fight all the time because, for the

13  most part, it's working together to get this done.

14  And that's what we tried to do.  Thank you.

15      COMMISSIONER STEPHENS:  Thank you.

16      COMMISSIONER AMMONS:  Good job.  It was -- it was

17  -- for you and your staff, good job, Barry.

18  Appreciate -- appreciate all the work that you put

19  into it and the time you spent with each of us.  Thank

20  you.

21      COMMISSIONER STEPHENS:  Always is and it's always

22  a challenge, and we appreciate everything that -- that

23  all of our County staff does to -- to make our job

24  easier and with -- with the understanding that no one

25  likes change.  And -- but we all endure that change

1  once every 10 years, and we change our constituent

2  base a certain amount.

3      But one thing that -- that this Commission will

4  do, it will pledge to continue to work together for

5  the benefit and the quality of life for you, the

6  citizens of Jefferson County.

7      Thank you and God bless, and this meeting is

8  recessed until further notice.

9          * End of Video Recording *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          C E R T I F I C A T E

2

3          I, Robin L. Deal, Florida Professional Court

4    Reporter and Transcriptionist, do hereby certify that I

5    was authorized to and did listen to and transcribe the

6    foregoing recorded proceedings and that the transcript is

7    a true record to the best of my professional ability.

8

9          Dated this 22nd day of June, 2023.

10

11

12

13

14

15

16

17          _____

18          ROBIN L. DEAL

19

20

21

22

23

24

25

**$**

**$200,000**
  43:24

**1**

**1**
  9:8
  13:11,13,
  18 14:1,
  21,25
  15:7,8,
  11,13,16,
  19,21,22
  16:1,5,
  12,16,21,
  25 17:3
  19:20
  21:3
  22:14,20
  23:20
  25:12
  26:22
  27:21
  28:3
  29:8,12,
  25 30:11,
  12,14,15
  31:7,17
  32:9,14,
  16,17,23
  34:1,17,
  19 35:4,
  6,21
  36:23
  44:21,22
**1,000**
  32:10
**10**
  2:3 11:8,
  9,25 13:4
  33:22

  34:3,16
  35:23
  46:1
**10,829**
  14:4
**10.1**
  13:19
**100**
  7:14
**10th**
  31:25
**111**
  13:15
**12,000**
  16:5
**12,255**
  14:1
**121,372**
  13:14
**122,689**
  13:13
**13,572**
  14:2
**133,762**
  15:9,14,
  17
**134,620**
  15:10,15,
  18
**134,737**
  15:9
**134,944**
  12:25
  13:12
**134,982**
  15:13,16
**135**
  15:7
**135,279**

**15:13**
**135,524**
  15:8
**135,699**
  15:17
**136,078**
  15:9,14,
  17
**14**
  26:9,11
  27:4
**142**
  13:15
**142,776**
  13:14
**145,773**
  13:15
**150-some**
  44:2
**16**
  23:9
**16th**
  19:21
**17,000**
  36:25
  37:1
**18,000**
  37:1
**18th**
  9:6,22,23
  10:3,25
**1964**
  26:12
**1990s**
  19:23
**19th**
  26:1

**2**

**2**
  13:13,18
  14:1
  15:8,12,
  13,16,22
  16:6,17,
  19,23
  17:4 22:5
  23:4,20
  24:1,17
  25:11,12
  26:22
  29:25
  30:13,15
  31:7,17,
  18 32:1,
  11,15,17,
  24 33:9
  34:19
  36:24
**2.2**
  13:3,8
**200**
  7:14
**2010**
  13:2
  36:20
**2020**
  13:3
  36:21
**2021**
  2:8 4:19
  5:24
**21st**
  2:5 4:19
  21:17
  22:4
**25,763**
  36:24

**28,271**
  36:24
**2805**
  21:13
**297**
  30:14
  32:16

**3**

**3**
  13:14,19
  14:2
  15:9,14,
  16,17,22
  16:15,17,
  18 17:1
  24:18
  25:2,8,
  12,13
  26:22
  30:1,14
  31:7
  32:16
  36:23,25
  45:6
**35218**
  21:14

**4**

**4**
  13:15,20
  14:3
  15:9,14,
  17,22,25
  16:18
  17:1
  24:18
  25:2,8,13
  26:22
  36:23,25
  45:6

**400**
  26:16

**44**
  8:25 9:9,
  15,17

**49**
  8:22 9:8

**4th**
  2:7

**5**

**5**
  5:8
  13:15,21
  14:3
  15:10,14,
  18,22
  16:18
  17:2
  24:18
  25:2,8,
  13,19
  26:22
  36:23
  37:1 45:6

**5.3**
  13:20

**5.8**
  13:19

**500**
  26:16

**501**
  42:15

**501(c)**
  43:11

**501(c)(3)**
  42:4
  43:1,6,9

**6**

**6**
  25:19
  26:12

**602**
  26:1

**65**
  16:14

**658,466**
  13:2

**674,721**
  12:24

**7**

**7**
  25:19

**7,167**
  14:3

**7,832**
  14:2

**717**
  30:15
  32:17

**787**
  30:12
  32:14,24
  34:18

**7:30**
  27:19

**8**

**8**
  13:21

**89**
  40:4,12

**9**

**9.1**
  13:18

**99**
  40:7,19

**99.2**
  39:19,20

**A**

**absence**
  31:23

**Absolutely**
  37:12

**abstain**
  5:4

**abstention**
  5:7

**accept**
  37:22
  38:23

**act**
  26:12
  37:7

**add**
  14:1,2
  16:5

**added**
  13:25

**adding**
  16:6,8

**addition**
  31:10
  40:5

**additions**
  4:20 25:9

**address**
  19:12

**30:2**
  44:15

**adjourned**
  2:6

**adjustment**
  19:19

**adopted**
  9:24

**adoption**
  11:7

**adopts**
  14:7

**advocate**
  23:25

**advocating**
  24:16

**Affairs**
  27:14
  28:2

**age**
  23:9

**agenda**
  2:20 4:9
  5:9

**agreed**
  31:24

**ahead**
  32:3

**Alabama**
  5:10,23,
  25 12:16
  14:6
  19:20
  21:13
  26:9

**Alice**
  27:12,13

**allegiance**
  3:5 4:13

**Alliance**
  26:4

**alluded**
  14:19

**alter**
  12:19

**altered**
  25:9

**Amen**
  4:10,11
  28:14

**America**
  4:14

**Ammons**
  2:10,11
  35:4,11,
  12 39:18
  45:16

**amount**
  21:3 36:1
  43:11,21
  46:2

**Anderson**
  23:2,3
  25:1,4,14

**anyone's**
  41:2

**Apartment**
  21:13

**apologize**
  11:3 25:5
  38:14

**appraisal**
  26:17
  27:6

**approach**
  19:11

**approve**
  35:4,6

**approved**

35:21

approximately
    12:15

area
    6:13 16:1
    18:19
    21:25
    22:17
    33:5

areas
    13:7
    23:24
    37:18
    38:7,24

Arthur
    34:11

aspects
    42:7

assist
    27:22

assisted
    26:13

Association
    28:19
    41:20
    42:3

athlete
    5:25

athlete's
    5:19

athletes
    5:23 6:8,
    12

Attorney
    12:8

authority
    12:20
    24:3

authorizing

11:7

Avenue
    21:13

aware
    38:1
    43:10

aye
    5:3 9:12,
    13 35:14

         B

back
    7:22 8:21
    13:1
    14:22
    19:13,23
    23:7

backfiring
    34:8

balanced
    32:12
    45:9

ballpark
    44:4

Baptist
    2:25 23:3
    24:6 26:5
    39:6

barrier
    23:10

Barry
    11:5,9,
    10,15,17,
    20 17:20
    18:2,13,
    15 25:6,
    8,15 31:6
    44:20
    45:17

base

35:25
46:2

based
    12:1,12
    13:10
    25:17

basically
    20:25

basis
    13:17
    18:4

BBC
    27:6

began
    12:4

begin
    19:2,13

beginning
    14:20

behalf
    2:22
    21:16
    26:3

belief
    6:4

Belview
    28:18,24
    29:1,3,15

benefit
    46:5

Bessemer
    16:9
    40:16

big
    8:6 45:12

biggest
    12:13

Birmingham
    6:20,21
    16:2

21:13
22:12
23:7
41:21

bit
    25:7
    44:18

black
    39:19
    40:12,19

bless
    46:7

blocks
    14:10,12

Board
    12:7
    18:20
    31:13
    33:10
    37:3 38:6

body
    29:22
    30:3

Boone
    7:6,12,14

boundaries
    12:19
    14:8,9

boundary
    16:14

box
    20:10
    40:1,3,4

breakfast
    7:25

Brian
    7:6,12,14

Bridge
    16:8
    31:19
    33:4 40:6

bring
    3:22
    24:12

broke
    23:10

Brother
    2:21 3:2

brought
    3:16
    21:18

Brown
    17:3
    28:25
    33:15

Bryan
    25:25

Buckelew
    23:10

bud
    6:17

building
    26:17

buildings
    26:18
    44:8

Bureau
    12:3,23
    13:2,10

business
    2:4 3:8
    8:20 26:4

         C

CAC
    28:1

Cal
    3:4

calculated
    13:2

Caleb
  6:16

call
  2:7,9
  11:5
  19:25
  30:21
  35:10
  40:24
  41:3

called
  40:25

care
  5:20
  38:16,17

careful
  34:6

carrier
  22:11

carrying
  22:12

carryover
  2:6

case
  12:12,13
  14:22

cast
  20:23

census
  12:2,3,22
  13:2,10
  14:10,12
  17:24
  37:16
  44:19

center
  5:17
  16:2,21
  33:2
  38:9,10
  40:17

certificate
  5:10,22

certificate
s
  5:18

chair
  9:7 35:3

challenge
  45:22

change
  16:25
  24:3,11,
  14 25:5
  35:24,25
  45:7,25
  46:1

changed
  37:14

Charles
  17:2
  28:25
  33:15

choose
  27:1

church
  2:22,23,
  25 23:3
  24:6,13
  26:6 39:6

cities
  13:6

citizen
  20:13
  40:1

citizenry
  30:12
  32:10

citizens
  20:3
  27:13
  32:15,16

36:8 42:7
  46:6

city
  20:8
  26:19
  41:21
  42:6,11

civic
  40:17

Civil
  26:12

clarifying
  31:15

clear
  14:8 33:7
  38:13

closed
  29:23

closest
  40:5

co-chair
  27:14

Coach
  5:12,20
  6:10 8:9,
  12,14,16,
  17

Code
  12:16
  14:5

colleague
  32:20,21
  34:1

colleagues
  33:12

combined
  36:22

commend
  18:5

comment

19:10

comments
  17:16

commission
  2:5,8
  5:7,24
  6:13 9:24
  10:5
  12:5,10,
  17,18
  13:10,11,
  13,14
  14:7,19
  15:7,12
  16:15,23
  19:1
  20:7,19
  23:9,11
  32:10
  34:2 36:7
  37:23
  46:3

commissione
r
  2:2,10,
  11,12,13,
  14,15,16,
  17,18,19
  4:11,17,
  21,23,24
  5:1,2,4,
  6,14
  6:11,21,
  22,23,25
  7:1,2,3,
  4,9,13,
  15,21,25
  8:2,4,6,
  8,10,13,
  15,17
  9:7,11,
  14,15,17,
  18,21
  10:6,11,
  15,19

11:2,5,
  11,16
  17:20
  18:10,11,
  12,13,23,
  24 19:16
  20:4
  21:5,7,11
  22:17,21,
  22,25
  24:25
  25:2,6,22
  27:9
  28:5,15
  29:13,16,
  17,20,21
  30:2,4,6,
  7,25 31:8
  32:1
  33:20
  34:3,17
  35:1,4,5,
  7,8,11,
  12,13,14,
  15,16,17,
  18,19,20
  36:16,19,
  20 37:10,
  11,12,14
  39:3,4,9,
  12,18
  40:5
  41:14,24
  42:2,9,
  12,14,15,
  16,17,18,
  19,20,22,
  23,25
  43:1,3,4,
  6,7,9,13,
  14,15
  44:13,14,
  16,17
  45:15,16,
  21

**Commissioners**
2:3  4:18
8:19,22
27:12
28:17
29:24
36:14

**Committee**
19:21
27:14
28:2

**communication**
31:23

**community**
3:12,20,
23 21:14
24:9,12
26:3,24
27:14
28:2,20
31:11
33:14,15
39:19

**comparatively**
2:24

**compared**
2:24

**compiled**
12:4

**concern**
19:24
20:1,25
21:4
24:10

**concerned**
20:12,20,
21 21:24
27:13

**conclusion**
12:2

**confidence**
6:4

**confusion**
10:23
11:4

**congratulations**
8:7,18

**congressional**
20:17

**consensus**
36:22

**consideration**
14:24
22:19
29:25
33:15

**consist**
44:21

**consternation**
45:5

**constituent**
35:25
46:1

**constituents**
36:3

**consumption**
37:13

**continue**
4:2 38:3
41:18
46:4

**conversation**
26:7
30:20

**cool**

**42:18**

**correct**
10:8
30:23

**corrections**
4:20

**Council**
20:8

**counselor**
22:17

**counted**
37:17,19
39:1

**country**
11:12

**county**
3:1 5:24
9:24 10:4
12:7,8,
18,23
13:4,7
15:4
20:18
23:8,11
25:18
31:13
33:10
41:20
42:8
45:23
46:6

**couple**
44:11

**Court**
12:14
14:22
31:25

**cover**
11:22
12:9

**COVID-19**
43:19

**crazy**
39:22

**creeks**
14:13

---

**D**

---

**dais**
38:16

**Daniel**
6:20,21

**date**
9:23
10:23

**Dave**
21:5

**David**
19:14,17,
19

**day**
3:8,10
20:8
26:9,11
27:20
34:9,23

**deal**
23:18
33:22,24

**debate**
32:3

**decide**
15:3,5
26:20
33:6

**decided**
37:23

**decides**
34:2

**decision**
12:11

**deeper**
18:4

**defined**
14:9

**deliberate**
15:3,4

**deliberates**
12:10

**deliberation**
14:24

**demise**
39:22

**Democratic**
19:21,25
31:21
33:2,3,5
39:24
40:4,12,
19

**Democrats**
39:20

**department**
40:18

**designed**
17:23

**developed**
31:4

**development**
24:12
42:12

**deviation**
21:3

**difference**
16:20
32:9

**difficult**
35:24

**Diliberto**
2:9,10,

12,14,16,
18 35:10,
11,13,15,
17,19

disadvantag
e
32:8,22,
25 34:1

discretiona
ry
43:22
44:9

discussing
27:20

dispense
4:21

display
17:9,11

disproporti
oned
38:25

dispute
45:6

district
5:8 6:14,
22,24,25
12:25
13:10,11,
13,14,15,
18,19,20,
21 14:1,
2,3 15:7,
8,9,10,
12,13,14,
16,17,18,
21,25
16:1,5,6,
15,21,23
17:3,4
19:20
20:2,6,7
22:5,6,13
23:4,20

28:25
29:5,6,9
30:12,13,
14,15
31:17,18
32:9,11,
14,15,16,
17,24
34:5,17,
19 36:23,
24,25
37:1
38:3,17,
20 40:9,
16 41:3,
8,18
44:3,21

districting
26:20

districts
11:13
12:14
16:10,18
17:1 18:6
19:1
20:13
24:23
25:8,12,
13 37:15,
21 45:8

diversity
24:1

divide
12:24
21:1

divided
26:23

divisivenes
s
4:1

document
31:10
33:9

dog
45:12

dollar
26:17
27:6

dollars
44:11

Dolomite
16:5 33:3
38:8

doors
40:15

dotted
15:25

doubters
6:3

downtown
26:15
27:3 42:3
44:8

draw
39:21

drawed
39:14,15

drawing
34:5

drawn
41:8

dreams
6:1

due
10:23
30:22

duty
33:16

─────────
       E
─────────

earlier
25:16

easier
45:24

east
16:2,3
38:11

easy
18:17

economic
23:21
24:12
42:12
44:7

Edgewater
23:14

educated
22:8

elected
3:17
20:21
23:11

Elementary
17:3

end
16:9
34:7,23

endure
45:25

engine
44:7

enjoyed
18:3,6

Ensley
16:21
21:14,15,
16 22:12
23:4,6
24:6,15
26:1,3,4,
6,8,11,
13,15,21,
24 27:3

32:2,4
33:14
39:6
41:19

entertain
9:8 10:16
17:16
35:3

equal
12:15
16:11
20:3,23

equality
24:22
27:23
33:25

equitable
29:10
34:24

equity
27:15,23
30:11

established
38:23

establishes
14:7

ethics
26:9

everyone's
11:23

excellent
18:7

exception
9:9

exchange
28:1

excluded
26:10

Executive
19:21

Exhibit
  33:9

exits
  43:14

expense
  20:10

explain
  25:7

explanation
  11:18,19

        F

face
  18:14
  40:22

facilitator
  18:3

fact
  32:8

fair
  17:25
  34:3,18,
  24 36:5

fairness
  31:1

faithful
  3:21

fall
  14:24

fast
  7:16,17

Father
  3:7,9,12,
  20,24
  4:4,6

fault
  23:22

favor
  5:3 9:12

favorable
  32:4

federal
  18:1
  26:12

Feed
  7:25

feel
  17:8

fellas
  7:9

fight
  45:12

fighting
  22:1 45:4

figure
  27:5
  31:22

fine
  32:1

finish
  42:22

finished
  44:12

finishes
  11:18

fire
  16:4

fix
  44:7

flag
  4:14

folks
  38:19
  40:22

follow
  14:7

forgot
  25:16

forward
  4:2 6:6
  36:11
  38:18,21

Foster
  18:18

foyer
  15:24
  17:9

fresh
  11:23

fully
  37:25

fund
  41:25

funding
  41:21
  43:10,11,
  19,22
  44:10

future
  6:7

        G

G-U-N-N
  29:19

gathered
  3:13

gave
  43:22

gender
  23:10

general
  41:25

generally
  45:2

generated
  31:4

gentleman
  25:4
  41:19

George
  21:9,12
  22:20,24
  24:6 26:2
  30:24

get all
  12:4

GIS
  18:19

give
  19:3
  20:22
  25:3
  30:14
  32:14,16,
  17 34:11
  41:20
  43:23,25
  44:3,7,9
  45:1,8

giving
  12:19
  42:21

glory
  3:23 4:8,
  9

goal
  15:1

God
  3:8,10,
  14,16,18,
  21,25
  4:1,9,15
  46:7

Gold
  20:15

good
  2:2,15,
  17,19 7:9

11:14,20,
21 19:14,
16 21:10,
11 22:16
23:1,2
25:24,25
27:11,12,
13 28:7,
16 36:2,5
37:4,24
38:9
45:16,17

goodness
  4:4

gotta
  38:25

govern
  36:7

grand
  23:12

great
  2:21,24
  19:8 20:1
  21:4

green
  15:25
  16:1

grew
  23:13

Grissett
  3:2,7

grow
  13:8

growth
  13:1,3,4

guess
  11:9
  28:12

guides
  4:7

Gunn

28:14,16,
18 29:13,
14,19
39:7

**guy**
7:16

**guys**
6:6 8:18

___ **H** ___

**handle**
2:4

**hands**
19:6

**Hang**
7:10

**happening**
2:25
11:12

**happy**
17:16,18

**hard**
6:4 7:5
17:22

**hear**
32:13
39:25
40:20

**heard**
28:22
30:11
31:14

**hearing**
8:20,21
9:1,25
10:4,7,
10,12,14,
17,23
11:6,19
17:18

18:25
19:9
28:10
29:23
31:2

**heart**
36:9

**Heat**
5:11,23,
25

**heavily**
33:5

**hedge**
4:5

**Heights**
28:19,24
29:1,3,15

**held**
10:4,13

**helpful**
28:11

**Henderson**
6:17,20

**hey**
9:18
44:25

**highest**
26:14

**highly**
33:2,3

**highways**
14:9,13

**Hill**
20:15

**hold**
7:3 39:16

**home**
2:22,23

**Homewood**
16:7

31:18
33:4
39:22,23,
24

**hooked**
40:11

**Hoover**
23:5,6

**hours**
26:9,11
27:4

**house**
20:17

**hurt**
41:16

**hurting**
26:25

___ **I** ___

**idea**
24:18

**important**
24:19

**include**
29:7

**included**
29:8

**increase**
26:14
36:23

**indeciphera
ble**
4:12,24
5:13 6:14
7:5,10,
12,15,16,
18,19
8:8,10,
11,12,13
9:5,10,

16,17
10:6,20
11:10
19:18
20:7,9,10
21:6 22:7
24:24
42:8,11,
13 43:7

**individual**
5:19
14:12
15:21

**individuali
zed**
5:25

**indivisible**
4:16

**information**
12:11
28:1

**infrastruct
ure**
43:16,18,
19 44:5

**injustice**
23:21

**input**
28:9

**insightful**
28:10

**intend**
19:6

**interests**
36:8

**introduce**
18:13

**inviting**
2:21

**invocation**
2:20 3:3

**issue**
32:3

**Item**
8:25
29:25

**items**
29:24

___ **J** ___

**Jefferson**
3:1 5:23
12:23
31:13
33:10
46:6

**Jesus**
4:10

**Jimmy**
20:5
40:6,16
44:23

**job**
37:4
38:25
45:16,17,
23

**Joe**
8:4,8

**Johnny**
28:14,16,
18 29:14,
19

**juggling**
37:7

**justice**
4:16
21:25
26:8
27:2,5,
16,23
33:25

**K**

keeping
  37:5
kind
  20:10
king
  3:9
knees
  7:19
Knight
  2:12,13
  4:21,24
  5:4 7:9,
  13,15
  8:2,6,10,
  13,15
  9:15
  10:6,11,
  15,19
  18:11,13,
  23 22:22
  25:2
  29:17,20
  35:13,14
  36:16,20
  37:14
  39:4
  44:14,17
knocked
  40:14

**L**

Lake
  33:4
Lakeshore
  31:19
landmass
  25:17,20

large
  25:17
largest
  20:6
Lashunda
  31:8
Laura
  18:17,18
law
  12:2,12,
  13 18:1
  26:9 27:4
  33:23
LAWSON
  42:6,10,
  13
lawsuits
  20:16
lead
  3:2,4,19
Leading
  13:2
leave
  27:3 34:9
  41:7,10
  44:6,18
left
  44:2
leg
  40:14
Legacy
  6:19
legislative
  11:13
letter
  22:11
liar
  41:11
liberty
  4:16

lie
  32:21
  41:12,15
life
  24:8
  27:18
  46:5
likes
  35:23
  45:25
limits
  6:5
limped
  40:14
listening
  33:6
literally
  24:7
live
  19:19
  21:12
  23:5
  34:16
locally
  27:7
longer
  36:3
looked
  40:22
Lord
  3:13,15
  4:1,3
lost
  13:6
  36:25
lot
  20:16
  28:23
  29:3
  30:10
  31:14

lots
  13:5
love
  20:18
lower
  23:20

**M**

made
  23:12,15
  37:25
  42:23
mail
  22:12
mailman
  24:7
make
  6:11
  16:11
  17:25
  19:18
  20:2,12
  21:1,2
  22:18
  32:11
  33:16,23
  45:9,23
makes
  12:10
making
  27:16
  32:18
  39:1
man
  4:8 7:10
Manager
  12:8 15:4
map
  39:14,15

mapping
  18:19
maps
  15:22
  17:5
  31:2,3,7
  44:25
Markert
  19:2
Mary
  23:10
matter
  34:13
  43:2
Mccall
  21:9,12
  22:20,21,
  24,25
  24:6 26:2
  30:18,24
  39:5
means
  16:1 30:9
meant
  37:16
measured
  3:25
medal
  7:11
meet
  24:20
  27:19
meeting
  2:5,6,8
  4:19 5:5
  8:24 10:2
  11:1
  15:23
  21:18,22
  22:4 30:9
  31:3 46:7

members
  30:8
  31:11

men
  3:17

mentioned
  37:15

Merchant
  41:20

Merchants
  42:3

met
  21:17
  33:13

meticulous
  37:8

Midfield
  16:22
  17:4

miles
  25:19

mind
  11:24
  24:19

mine
  38:4

Minor
  16:4

minus
  14:21,25
  15:11,19
  16:12,16,
  24 37:21

minute
  8:3

minutes
  4:18,22
  19:5

miscommunic
ation

38:15

misheard
  25:5

misimpressi
on
  44:19

misinformat
ion
  31:14
  33:8

mistakes
  6:3

Mitch
  2:21,23
  3:2,7

moments
  26:2

Monday
  19:25
  27:19

money
  23:23
  43:12,16,
  18,19,20,
  21 44:5,
  7,9

Montgomery
  14:16

morning
  2:2,15,
  17,19
  11:20
  19:15,16
  21:10,11
  23:1,2
  25:24,25
  27:11,12,
  13,19
  28:7,16
  34:10

Morrison
  9:2,4

10:8,13,
  16,21
  11:3

motion
  5:2 9:8,
  11 35:3,
  5,9

Mountain
  40:8,10

move
  4:2,21
  10:2 35:4

moved
  16:22
  25:11

movement
  24:4 37:3

moving
  38:18

MULTIPLE
  4:13 9:13

N

names
  18:17

nation
  4:15

nearest
  25:18

needed
  13:24
  14:1,2,3,
  4 43:21,
  24

neighbor
  25:19

neighborhoo
d
  21:15,16,

18 22:1,
  3,16
  28:19
  29:15
  30:22
  33:13
  40:24

neighborhoo
ds
  27:22

neighbors
  28:24

net
  36:22

News
  27:7

Newton
  6:16

north
  16:7,8

note
  14:15

notice
  9:5 10:1,
  3,9,22,24
  17:12
  46:8

November
  2:7

number
  8:25
  12:22
  20:3,13
  24:1,17
  25:10
  29:25
  30:1,11,
  13 31:17
  32:15,16,
  23 33:9
  34:19
  44:20

numbers
  12:4,21
  13:3,9,
  16,23,24
  15:6,22
  16:24
  17:15
  21:1
  23:18,20
  24:17,21
  30:11,17
  32:9,14,
  20,25
  33:20,21,
  24 34:10,
  12,14,15,
  16 37:3,
  5,14

O

observable
  14:8

obstacles
  6:2

October
  2:5 4:19
  11:22,23
  21:17
  22:4

offered
  31:24

office
  9:25
  23:16
  31:4,8
  34:12

officer
  40:24

officers
  33:13

oftentimes
  23:15,21

24:2

**oldest**
2:25

**open**
7:20
11:19
18:25
19:9

**opportunity**
3:18 19:4
20:23
26:10
27:5,17
28:21

**order**
2:7 3:8
23:15
27:22,23
43:4

**ordinary**
8:20

**organizatio**
**n**
27:15

**outline**
14:6

**overpopulat**
**ed**
13:20,21,
22 37:16
39:18

**owners**
10:24

**Oxmoor**
16:6
31:20
40:9,11

          **P**

**paperwork**

34:22

**part**
37:25
39:24
40:3,6,8,
9,10,17,
18 45:13

**participati**
**on**
36:10

**partisan**
36:6

**Party**
19:25

**pastor**
23:3,6
24:5 26:5
39:5

**pay**
20:11

**Payne**
6:20,21

**pending**
9:1

**people**
3:12,16,
19,21,22
19:6
24:2,21
27:17
29:11
34:8,13,
18 38:11
39:1,17
41:3,4,8,
12,15
44:2 45:9

**percent**
13:3,8,
18,19,20,
21 14:21,
25 15:11,

20 16:12,
16,25
21:3
26:16
39:19,20
40:4,7,
12,19
44:22

**percentage**
13:17
37:5

**perfect**
3:14

**permitted**
30:21

**person**
4:9 22:17

**persuade**
24:17

**phone**
21:20

**phonetic**
7:6

**picking**
16:3
38:7,10

**piece**
24:14

**pisses**
41:12

**place**
3:25 4:4,
5 23:22

**places**
23:23

**plan**
6:2 11:8
12:6,7,8
15:8,12,
16,21
16:19,25

17:1
22:14,20
23:25
25:11
27:21
28:3
29:8,12,
25 30:1,
11,13,14
31:7,17
32:14,15,
16 34:1,
19 35:4,
6,21

**planning**
25:11

**plans**
14:23
15:2,5,19
16:17,18
17:15
22:9,10
45:7

**pleasure**
2:21 8:11
10:18

**pledge**
3:4 4:12,
13 46:4

**podium**
2:22
19:11

**point**
16:2
33:2,19
37:5
38:9,11
43:4

**Points**
28:20

**police**
40:18

**poll**
20:24

**populated**
33:5

**population**
12:15,23,
25 13:7,
12 14:25
15:7
16:11
25:17,20

**portion**
16:2,7,9,
12,13,20,
22 31:18,
19 39:23

**portions**
16:6

**position**
32:5

**positions**
3:18

**pray**
3:7,12,
14,15,20,
21,24
4:1,4,5,
6,7,10

**pre-**
**commission**
8:24

**precinct**
17:3

**Prep**
6:19

**present**
12:11

**presentatio**
**ns**
5:9

**presented**

4:25 5:22
8:23 12:6

**president**
18:11
21:14
22:2 24:8
26:4
28:18,20
30:5
34:25
37:10
38:5,19
40:16
41:17
42:22

**pretty**
18:14,16

**primary**
42:6,10

**prior**
24:11

**privately**
38:19

**problem**
7:2

**proceed**
38:21

**process**
35:22

**produce**
33:8

**programs**
26:13

**promises**
23:13,14

**properly**
8:23
26:19

**properties**
26:15

**property**
10:24
26:14

**protection**
4:5

**proved**
41:11

**proven**
41:11

**provide**
34:22

**provided**
12:22
31:3,11,
12

**public**
8:19,21
9:1,5
10:1,3,6,
9,11,14,
17 11:6,
19 15:24
17:6,18,
24 18:25
19:9,10
28:9
29:23
30:9
31:15
32:6,18
33:19
37:13
39:13
45:11

**publicized**
17:11

**pull**
39:17,24

**pulled**
8:25
9:19,21
39:19,22
40:1

**Purpose**
6:17,20

**push**
24:3

**put**
13:17
17:23
34:1
45:18

**putting**
32:21,24

---

**Q**

**quality**
27:18
46:5

**quasi-
conversatio
ns**
34:7

**question**
17:19

**questions**
15:24
17:7,9,
10,16
40:25

**quick**
19:6

---

**R**

**race**
7:17

**ran**
20:8
34:12

**reach**
6:2 27:25
36:7

**read**
5:15,20
34:20

**reading**
4:22
28:23

**reality**
37:18

**reapportion
ment**
19:23

**reason**
19:12
32:11
34:21
37:13,20

**Rec**
16:21
24:15

**received**
43:18

**recessed**
46:8

**recognition**
5:10,18,
22 6:7

**recognize**
5:24
30:16

**recommend**
29:12

**recommendat
ion**
9:3 29:4,
14

**record**
30:18,19

**redistrict**
12:5,17
25:16,20
36:21

**redistricte
d**
12:1

**redistricti
ng**
11:7
14:5,19
19:1
21:19
28:22
36:22
45:3

**Registrars**
12:7
18:20
31:13
33:10
37:4 38:6

**regular**
10:4
21:17

**relates**
30:21

**remain**
29:4,5

**remainder**
36:12

**remember**
18:17
23:12
28:12,13
32:20
36:6
43:16

**represent**
34:8 36:3

**representat
ion**
36:5

**represented**
36:4

representing
36:12

Republic
4:15

Republican
31:21
40:8

requested
10:1,22,
25

required
37:6

resident
23:4,6

residents
29:3

resolution
11:7

resolutions
8:22 9:8

responsibility
42:7,10

responsible
8:9

rest
40:1

restraints
30:22

retired
22:11

Reverend
24:25

revisions
4:20

Reynolds
12:13

Rice

25:25
27:9 39:6

rift
32:19

Rights
26:12

rivers
14:14

Road
16:8

roads
14:9,13

roll
2:9 35:10

room
43:14

Rosedale
39:19

Ross
16:8
31:19
33:4 40:6

ruling
12:14

run
36:6

Russell
19:14,17,
19

Ryan
6:9,10,11

S

sat
39:12

Scale
37:11

Scales

2:14,15
6:22,25
7:2 9:17
21:21
30:4,6,7,
25 34:13
35:15,16
37:2,10,
12 38:9
42:15,17,
20,23
43:1,14
44:25

Scales'
31:8

school
6:19 7:22
28:25
31:24

season
3:15

seat
20:17

seek
3:10,13,
22

seeking
3:8 4:3

send
10:24

senior
40:1

separate
9:20

serve
19:20

service
41:4

serving
19:22

session

14:16

set
30:19

setting
31:15
33:19

Shannon
16:7

shared
27:6
33:11

Sheila
21:19

shirt
21:25

Shore
33:5

short
2:23

show
19:6

showed
16:24
17:7

side
16:3

sides
23:17

Sims
12:13

sir
8:12 9:4
11:20
21:8
22:23
28:15
29:18
30:7

sitting
31:6

skip
6:1 8:19

small
16:13
44:10

smile
8:6

Smith
18:18

soul
37:24

sovereign
3:9

speak
2:22 19:4
21:15
23:8,19
24:21
25:23
26:3,6
27:7,10
28:6,8,22
29:22
31:21
33:19
36:15

SPEAKER
4:12 5:13
7:19,20,
23,24
9:10,19,
23 11:14
21:6
41:23
42:1,4

SPEAKERS
4:13 9:13

speaking
19:7

special
14:15

spell
    29:17
spend
    26:9,11
spent
    45:19
spirit
    3:14,24
spoke
    26:8,18
spoken
    26:16
staff
    9:3 18:5,
    6,7,14
    31:9,12
    33:8
    38:14,15
    45:17,23
stand
    3:6
    23:17,25
    24:5,10,
    16 26:21
    27:1
standpoint
    13:23
stands
    4:15
start
    32:23
started
    2:3
starting
    32:8
    34:18
state
    6:13
    14:20
    18:1
    19:5,11,

12 26:19
stated
    33:13
statement
    42:23
States
    4:14
station
    16:4
statute
    12:1,9,12
stay
    17:2
stayed
    33:20
stays
    16:19
step
    17:18
Stephens
    2:2,18,19
    4:11,17,
    23 5:2,6,
    14 6:11,
    21,23
    7:1,3,21,
    25 8:4,8,
    17 9:7,
    11,14,18,
    21 11:2,
    5,11,16
    17:20
    18:10,12,
    24 19:16
    21:5,7,11
    22:21,25
    24:25
    25:6,22
    27:9
    28:5,15
    29:13,16,
    21 30:6

35:1,5,8,
    19,20
    36:16,19
    37:11
    39:3,9
    40:6
    41:17
    42:18,25
    43:4,7,13
    44:13,16
    45:15,21
Stephens'
    20:6
    40:16
Stephenson
    11:6,10,
    15,20
    18:2,15
    25:8,15
    31:6
Steve
    44:23
stories
    13:6
straight
    30:19
straightfor
ward
    13:25
street
    26:1 40:7
study
    27:4
    34:21
studying
    26:9,11
subdivision
    40:11
subtract
    14:2,3,4
subtracted

13:25
subtraction
s
    25:10
success
    18:20
summer
    12:3
support
    27:21
    28:3
supposed
    17:14
supposedly
    31:3
Supreme
    12:14
    14:22
surplus
    37:20
swaths
    25:18

**T**

Tafoya
    6:9
takes
    38:16
taking
    23:22
    33:3
talked
    21:20,21
    28:23
    39:18
talking
    29:2
    41:24
    42:17

target
    12:25
    13:11
    25:10
task
    17:22
taxes
    26:14
telephone
    21:22
telling
    33:25
    34:6
term
    36:13
territory
    25:18
    38:7
Thanksgivin
g
    14:18
That'll
    5:14
Theo
    41:22
    42:6,10,
    13
thing
    10:21
    19:24
    20:19,22
    24:13
    34:9 46:3
things
    2:24 3:10
    4:3,7,8,
    10 22:3,
    18 27:16
thinking
    44:6
thought

10:20

thousand
44:2,11

time
2:24 3:16
4:2 7:5
18:24
19:17,18
21:16,18,
22 23:8
24:23
30:22
36:1,24
41:2
45:12,19

timekeeper
19:3

times
21:21

Title
26:12

today
12:6
14:24
18:9,22
34:15
37:22
38:24

told
18:8
29:12
31:1,25
38:18
42:16
43:17
44:11

touched
24:18
25:3

tracking
37:4

tracks

14:10

tract
37:16

tracts
14:12
17:24

truck
14:10

true
12:21
13:16,23
31:5
42:24

trust
6:4

Tuesday
8:23

turn
11:16

two-hour
21:22

Tyree
23:2
25:4,14
26:5

Tyson
2:16,17
5:1 21:19
22:6,16
33:20
34:4
35:7,17,
18 39:11,
12 41:14,
24 42:2,
9,12,14,
16,19,22
43:3,6,9,
15 44:23,
24

U

undercounte
d
32:7

underpopula
ted
13:18,19
39:16

understand
23:14
37:22

understandi
ng
3:17 29:7
32:6
35:22
39:2
45:24

understands
32:18

understood
33:17

uneven
13:5

unfortunate
37:18

UNIDENTIFIE
D
4:12 5:13
7:19,20,
23,24
9:10,19,
23 11:14
21:6
41:23
42:1,4

unincorpora
ted
16:13

United
4:14

unity
3:20 4:1

upstairs
39:14

urban
37:18

V

Valley
16:6
31:20

variance
14:22,25

versus
31:21

vetted
8:23

vice
28:19

View
40:8,10

vital
18:19

vote
20:23
21:3
22:15,19
37:23

voted
22:4

voting
29:10

W

walked
40:21

wanted
31:1
32:11
33:7

Warrior
16:13

weeks
20:8

Welch
34:11

West
28:20

Westry
27:12,13
28:5 39:6

whichever
27:1

who'd
25:23
28:6

Wilkerson
31:24

woman
23:11

women
3:17

work
5:14 6:4
26:23
28:11
37:9
38:3,15
41:18
45:2,18
46:4

worked
22:18

working
18:7
19:22
45:13

World
  27:7

wrapping
  14:17

write
  33:23

written
  13:6

wrong
  41:21


        Y

y'all
  5:17  8:16
  18:4  39:7

year
  19:17,21

years
  11:8,9,25
  13:4  23:7
  33:22
  34:3,16
  35:23
  46:1

yesterday
  20:15
  30:20


        Z

zones
  26:10
  27:5

zoning
  9:25
  10:4,23
  24:13

Zoom
  19:25