FILED
2025 Jul-22 AM 12:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit H



DEFENSE TRIAL
EXHIBIT

**DX11**



«Back to Main Site

**Log in | Help | Register**

Welcome    Meetings    Discussion    Notices    Boards+

Print This Page

**Jefferson County AL**

**Resolution 2021-929**

Approved
Nov 4, 2021 9:00 AM

**Public Hearing and Resolutions authorizing the adoption of redistricting and new commission districts.**

## Information

| | | | |
|---|---|---|---|
| **Department:** | Board of Registrars | **Sponsors:** | President Pro-Tempore T. Joe Knight |
| **Category:** | General Resolution | | |

## Attachments

Printout
7856 2020 Redistricting resolution for public hearing *(This file has not yet been converted to a viewable format)*
2020 Jeffco Redistricing precinct list Plan 2 *(This file has not yet been converted to a viewable format)*
2020 Jeffco Redistricting legal Comm 1 Plan2
2020 Jeffco Redistricting legal Comm 2 Plan2
2020 Jeffco Redistricting legal Comm 3 Plan2
2020 Jeffco Redistricting legal Comm 4 Plan2
2020 Jeffco Redistricting legal Comm 5 Plan2
2020 Jeffco Redistricting precinct list Plan 3 *(This file has not yet been converted to a viewable format)*
2020 Jeffco Redistricting legal Comm 1 Plan3
2020 Jeffco Redistricting legal Comm 2 Plan3
2020 Jeffco Redistricting legal Comm 3 Plan3
2020 Jeffco Redistricting legal Comm 4 Plan3
2020 Jeffco Redistricting legal Comm 5 Plan3
LELGAL NOTICE 11-4-2021

## Body

### RESOLUTION

**WHEREAS,** in accordance with Section 11-3-1.1, Code of Alabama (1975), the Jefferson County Commission will conduct a public hearing to consider a resolution altering the boundaries of its single member districts during the regular meeting of said Commission at 9:00 AM, On November 4, 2021.

**NOW THEREFORE BE IT RESOLVED BY THE JEFFERSON COUNTY COMMISSION as follows:**

1.    The County Manager shall publish a notice of date, time, and place of said Public Hearing in a newspaper of general circulation in Jefferson County for at least two weeks prior to November 4, 2021.

2.    Said notice shall state that a map indicating the proposed new district boundaries will be available for public inspection for at least two weeks prior to November 4, 2021, at the Office of Board of Registrars at Room A-410, Jefferson County Courthouse, 716 Richard Arrington Jr. Blvd. North, Birmingham, Al. 35203.

### RESOLUTION

WHEREAS, the Jefferson County Commission is comprised of five Commissioners elected from single member districts; and,

WHEREAS, Section 11-3-1.1, Code of Alabama (1975), authorizes the Jefferson County Commission, to alter, by resolution, the boundaries of its single member districts following the release of a federal decennial census; and,

WHEREAS, the 2020 federal decennial census has been released and said census reflects that population shifts have occurred with Jefferson County which make the alteration of the boundaries of the single member districts appropriate and desirable; and,

WHEREAS, in accordance with Section 11-3-1.1, Code of Alabama (1975), and advertisement was published in the Birmingham News, a paper of general circulation in Jefferson County, for at least two consecutive weeks beginning November 4, 2021, stating that the Jefferson County Commission would consider for adoption at the Regular Scheduled Commission meeting on November 4, 2021, at 9:00 AM, at the Jefferson County Commission Chambers, Room 270, Jefferson County Courthouse, Birmingham, Al., 35203, a resolution to alter the boundaries of its single member districts and further stating that a map indicating the proposed district boundaries are available for inspection at the Office of the Jefferson County Board of Registrars, Room A-410, 716 Richard Arrington Jr. Blvd. North, Birmingham, Alabama, 35203; and,

WHEREAS, at said Commission meeting the Commission heard from all interested parties desiring to be heard on this matter.

NOW THEREFORE BE IT RESOLVED BY THE JEFFERSON COUNTY COMMISSION that, in accordance with Section 11-3-1.1, Code of Alabama (1975), a certified copy of this resolution, together with a map of the County showing the boundaries of the altered districts shall be filed with the Jefferson County Judge of Probate.

## Meeting History

| Nov 4, 2021 9:00 AM | County Commission | Commission Meeting |
| --- | --- | --- |

| RESULT: | APPROVED [4 TO 1] |
| --- | --- |
| MOVER: | Steve Ammons, Commissioner |
| SECONDER: | Sheila Tyson, Commissioner |
| AYES: | T. Joe Knight, James A. Stephens, Steve Ammons, Sheila Tyson |
| NAYS: | Lashunda Scales |

## Discussion

Add Comment

Powered by Granicus