FILED
2025 Jan-17 AM 11:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Jefferson County Commission Districts

**Prepared by the**
**Jefferson County GIS Division**

**Commission District Boundary Provided By**
**Jefferson County Board of Registrars**
**Neil Hunter, Chairman**

Jefferson County GIS Division, has prepared this data.

Disclaimer: Any use of this data shall be at the sole risk of the person or entity using it. Jefferson County makes no warranty, either expressed or implied, as to the accuracy of the information represented herein. This data shall be accepted, AS IS, WITH ALL FAULTS. Any person, entity, or company that makes use of this data shall hold harmless Jefferson County, its elected officials, employees, and agents from and against any claim, damage, loss, action, cause of action, or liability arising from the use of this GIS product.

**Map Creation Date:11/08/2010**

DEFENSE TRIAL EXHIBIT
**DX16**

## Legend

**Commission Districts**

| | | |
|---|---|---|
| (color) | George Bowman | District 1 |
| (color) | Sandra Little Brown | District 2 |
| (color) | Jimmie Stephens | District 3 |
| (color) | Joe Knight | District 4 |
| (color) | David Carrington | District 5 |