N
W
E
S

# Jefferson County Precincts

COUNTY LOCATOR
Precincts
Bessemer Cutoff
Roads
Major Roads
Smaller Roads
County

0
5
10
miles

PREC 1010 - HUFFMAN BAPTIST CHURCH
PREC 1020 - TOM BRADFORD PARK
PREC 1030 - L.M. SMITH MIDDLE SCHOOL
PREC 1040 - BETHEL BAPTIST CHURCH
PREC 1050 - MIDFIELD COMMUNITY CENTER
PREC 1060 - SUN VALLEY ELEMENTARY SCHOOL
PREC 1065/4060 - CENTER POINT COMMUNITY
PREC 1070 - CRESTWAY BAPTIST CHURCH
PREC 1080 - MILES COLLEGE GYM
PREC 1090 - FORESTDALE SQUARE
PREC 1100 - SOUTH HAMPTON ELEMENTARY
PREC 1110 - DON HAWKINS PARK &
PREC 1120 - ROBINSON ELEMENTARY SCHOOL
PREC 1125 - CENTER POINT SENIOR CENTER
PREC 1130 - MARTHA GASKINS ELEMENTARY
PREC 1140 - THE GIRLS INC BUILDING
PREC 1150 - ADAMSVILLE SENIOR CENTER
PREC 1160 - FAITH CHAPEL CHRISTIAN
PREC 1170 - HUDSON MIDDLE SCHOOL
PREC 1180 - BARRETT ELEMENTARY SCHOOL
PREC 1190 - INGLENOOK ELEMENTARY SCHOOL
PREC 1200 - NORWOOD COMMUNITY CENTER
PREC 1210 - GLEN OAKS ELEMENTARY SCHOOL
PREC 1220 - WILLOW WOOD RECREATION
PREC 1230 - NEW RISING STAR MISSIONARY
PREC 1240 - MT. PILGRIM BAPTIST CHURCH
PREC 1250 - FORESTDALE FIRE STATION
PREC 1270 - HOOPER CITY RECREATION
PREC 1280 - OLIVER ELEMENTARY SCHOOL
PREC 1285 - MINOR FIRE STATION
PREC 1290 - NORTH BIRMINGHAM RECREATION
PREC 1300 - NORTH BIRMINGHAM PUBLIC
PREC 1310 - BROWNSVILLE COMMUNITY CENTER
PREC 1320 - THE SANDUSKY-HUDSON
PREC 1330 - MORTON SIMPSON COMMUNITY
PREC 1340 - MOUNT HEBRON BAPTIST CHURCH
PREC 1350 - FAIRFIELD CIVIC CENTER
PREC 1360 - NORTH AVONDALE PUBLIC
PREC 1365 - DOLOMITE W FIELD CITY
PREC 1370 - MCALPINE RECREATION CENTER
PREC 1380 - ST. MARY'S CATHOLIC CHURCH
PREC 2010 - LEGION FIELD LOBBY GATE #7
PREC 2020 - HOMEWOOD SENIOR CENTER
PREC 2030 - HIGHLAND PARK GOLF COURSE
PREC 2040 - ENSLEY PARK RECREATION
PREC 2050 - HARRISON PARK RECREATION
PREC 2060 - CHARLES A BROWN ELEMENTARY
PREC 2070 - CENTRAL PARK RECREATION
PREC 2080 - RAMSAY ALTERNATIVE HIGH
PREC 2090 - HOLY FAMILY CRISTO REY
PREC 2095 - HOMEWOOD COMMUNITY CENTER
PREC 2100 - MEMORIAL PARK RECREATION CENTER
PREC 2110 - SOUTHSIDE HOMES COMMUNITY
PREC 2120 - DUNBAR-ABRAMS COMMUNITY
PREC 2130 - MINOR ELEMENTARY SCHOOL

PREC 2140 - NEW BEGINNING CHURCH OF THE
PREC 2150 - BRIGHTON COMMUNITY CENTER
PREC 2160 - JEFFERSON COUNTY COURTHOUSE
PREC 2170 - HEMPHILL SCHOOL RECREATION
PREC 2180 - AVONDALE PUBLIC LIBRARY
PREC 2190 - WIGGINS LIBRARY &
PREC 2200 - CENTRAL PARK ELEMENTARY
PREC 2210 - JONESBORO ELEMENTARY SCHOOL
PREC 2215 - GRANT STREET BAPTIST CHURCH
PREC 2220 - GLEN IRIS ELEMENTARY SCHOOL
PREC 2230 - AVONDALE ELEMENTARY SCHOOL
PREC 2240 - FIRE DEPARTMENT
PREC 2245/3060 - BESSEMER CIVIC CENTER

PREC 2250 - MORE THAN CONQUERORS CHURCH
PREC 2260 - WILKERSON MIDDLE SCHOOL
PREC 2270 - MOUNT ZION MISSIONARY
PREC 2280 - WEST END ACADEMY
PREC 2290 - EAST ENSLEY PUBLIC LIBRARY
PREC 2300 - BUSH HILLS ACADEMY
PREC 2310 - MT. ZION COMMUNITY CHURCH
PREC 2320 - UNITARIAN UNIVERSALIST
PREC 2330 - HENRY CRUMPTON RECREATION
PREC 2340 - THOMPSON MANOR COMMUNITY
PREC 2350 - OXMOOR VALLEY COMMUNITY CTR
PREC 2360 - BESSEMER RECREATION CENTER
PREC 2365/3160 - CHURCH AT ROSS BRIDGE
PREC 2370 - NEW BETHEL BAPTIST CHURCH
PREC 2380 - FIVE POINTS WEST PUBLIC
PREC 2390 - ROOSEVELT CITY COMMUNITY
PREC 2400 - WENONAH HIGH SCHOOL GYM
PREC 2410 - BRYANT CHAPEL AME CHURCH
PREC 2420 - MEMORIAL PARK RECREATION CTR

PREC 2430/2440 - SOUTHSIDE BRANCH
PREC 2450 - AFTON LEE COMMUNITY CENTER
PREC 3010 - HOOVER MET BASEBALL STADIUM
PREC 3015 - HOOVER MET SPORTS COMPLEX
PREC 3020 - GRACE LIFE BAPTIST CHURCH
PREC 3025 - BAPTIST CHURCH OF MCADORY
PREC 3030 - PLEASANT GROVE FIRST
PREC 3035 - BETHEL BAPTIST CHURCH
PREC 3040 - PRINCE OF PEACE CATHOLIC
PREC 3045 - BIRMINGHAM COMMUNITY CHURCH
PREC 3050 - PLEASANT RIDGE BAPTIST
PREC 3070 - MT. OLIVE COMMUNITY CENTER
PREC 3075 - FIRST BAPTIST CHURCH OF MT.
PREC 3080 - THE STATION CHURCH
PREC 3090 - BROOKLANE COMMUNITY CENTER
PREC 3100 - BAGLEY ELEMENTARY SCHOOL
PREC 3110 - OAKMONT CHAPEL PRESBYTERIAN
PREC 3120 - ADAMSVILLE BAPTIST CHURCH
PREC 3130 - SHADES CREST BAPTIST CHURCH
PREC 3140 - VALLEY CREEK BAPTIST CHURCH
PREC 3150 - UNION HILL BAPTIST CHURCH
PREC 3170 - ALLIANCE COMMUNITY CENTER
PREC 3180 - CORNER SCHOOL
PREC 3200 - MAURICE L. WEST COMMUNITY
PREC 3220 - EZRA BAPTIST CHURCH
PREC 3240 - SYLVAN SPRINGS FIRST UNITED
PREC 3250 - BESSEMER FIRE STATION #5
PREC 3260 - WEST JEFFERSON RECREATION
PREC 3270 - MUSCODA COMMUNITY CENTER
PREC 3280 - BROOKSIDE COMMUNITY CENTER
PREC 3285/4130 - WARRIOR STORM SHELTER
PREC 3290 - MULGA TOWN HALL
PREC 3300 - JOHNS COMMUNITY CENTER
PREC 3310 - PARKWOOD CHURCH OF GOD
PREC 3320 - MAYTOWN BAPTIST CHURCH
PREC 3330 - FIRST BAPT CHURCH BOOKER
PREC 4005 - GARDENDALE FIRST BAPTIST
PREC 4010 - GARDENDALE CIVIC CENTER
PREC 4015 - HOPE COMMUNITY CHURCH
PREC 4020 - TRUSSVILLE FIRST BAPTIST
PREC 4025 - TRUSSVILLE CIVIC CENTER
PREC 4030 - GREATER GRACE MISSIONARY
PREC 4040 - TRUSSVILLE CITY HALL
PREC 4045 - FAITH COMMUNITY FELLOWSHIP
PREC 4050 - CLAY COMMUNITY CENTER
PREC 4070 - TARRANT CITY HALL
PREC 4080 - NORTH PARK BAPTIST CHURCH
PREC 4090 - FULTONDALE FIRST BAPTIST
PREC 4100 - MOUNTAIN VIEW BAPTIST CHURCH
PREC 4110 - ROCK SCHOOL CENTER
PREC 4120 - LIFE CHURCH
PREC 4125 - HOPE COMMUNITY CHURCH OF
PREC 4140 - LEEDS CIVIC CENTER
PREC 4150 - PALMERDALE UNITED METHODIST
PREC 4170 - NORTH POINT COMMUNITY CHURCH
PREC 4180 - BRADFORD SANCTUARY OF PRAISE
PREC 4190 - IRONDALE CIVIC CENTER
PREC 4200 - FULTONDALE SENIOR CITIZENS
PREC 4210 - MORRIS SENIOR CITIZENS
PREC 4220 - IRONDALE SENIOR CITIZENS
PREC 4230 - GUIDING LIGHT CHURCH
PREC 4240 - IRONDALE CITY HALL
PREC 4250 - TRAFFORD CITY HALL

PREC 5005 - BIRMINGHAM FIRST SDA CHURCH
PREC 5010 - HOOVER PARK & RECREATION
PREC 5015 - HOOVER SENIOR CENTER
PREC 5020 - VESTAVIA HILLS UNITED
PREC 5030 - SHADES MOUNTAIN COMMUNITY
PREC 5035 - FULLNESS CHRISTIAN
PREC 5040 - METROPOLITAN CHURCH OF GOD
PREC 5050 - HOMEWOOD PUBLIC LIBRARY
PREC 5060 - SAINT PETER THE APOSTLE
PREC 5070 - CAHABA HEIGHTS BAPTIST
PREC 5080 - BROOKWOOD BAPTIST CHURCH
PREC 5090 - LEEDS FIRST UNITED
PREC 5100 - BLUFF PARK UNITED METHODIST
PREC 5110 - MOUNTAIN BROOK CITY HALL
PREC 5120 - SHADES MOUNTAIN BAPTIST
PREC 5130 - MOUNTAIN BROOK COMMUNITY
PREC 5140 - THE CHURCH AT LIBERTY PARK
PREC 5160 - SAINT THOMAS EPISCOPAL
PREC 5170 - EDGEWOOD ELEMENTARY SCHOOL
PREC 5180 - SAINT LUKE'S EPISCOPAL
PREC 5200 - MOUNTAINTOP COMMUNITY CHURCH
PREC 5220 - VESTAVIA CIVIC CENTER
PREC 5230 - HOOVER PUBLIC LIBRARY
PREC 5240 - SHADES CAHABA ELEMENTARY
PREC 5250 - CHURCH OF THE HIGHLANDS
PREC 5260 - CANTERBURY UNITED METHODIST
PREC 5280 - BIRMINGHAM BOTANICAL GARDENS

Disclaimer: Any use of this data shall be at the sole risk of the person or entity using it. Jefferson County makes no warranty, expressed or implied, as to the accuracy of the information represented herein. This data shall be accepted, AS IS, WITH ALL FAULTS. Any person, entity, or company that makes use of this data shall hold harmless Jefferson County, its elected officials, employees, and agents from and against any claim, damage, loss, action, cause of action, or liability arising from the use of this GIS product.

DEFENSE TRIAL EXHIBIT
DX18

September 2023