FILED
2025 Jan-17 AM 11:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Precincts Prior to 2021 Redistricting**

| | | |
|---|---|---|
| 1020 | Tom Bradford Park | 1701 Edwards Lake Rd 35235 |
| 1030 | L.M. Smith Middle School | 1124 Five Mile Rd 35215 |
| 1040 | Bethel Baptist Church | 1708 Spencer Ave 35214 |
| 1050 | Midfield Community Center | 416 Woodward Rd 35228 |
| 1060 | Sun Valley Elementary School | 1010 18th Ave NW 35215 |
| 1070 | Crestway Baptist Church | 6400 Crestwood Blvd 35212 |
| 1080 | Miles College Gym | 405 59th St 35064 |
| 1090 | Forestdale Square | 1242 Forestdale Blvd 35214 |
| 1100 | South Hampton Elementary School | 565 Sheridan Rd 35214 |
| 1110 | Don Hawkins Park & Recreation Ctr | 8920 Roebuck Blvd 35206 |
| 1120 | Robinson Elementary School | 8400 1st Ave S 35206 |
| 1130 | Martha Gaskins Elementary School | 200 Dalton Dr 35215 |
| 1140 | The Girls Inc Bldg | 5130 8th Ct S 35212 |
| 1150 | Adamsville Church Of God | 3601 Main St 35005 |
| 1160 | Faith Chapel Christian Center | 100 Lexington St 35224 |
| 1170 | Hudson Middle School | 3300 F L Shuttleswort Dr 35207 |
| 1180 | Barrett Elementary School | 7601 Division Ave 35206 |
| 1190 | Inglenook Elementary School | 4120 Inglenook St 35217 |
| 1200 | Norwood Community Center | 1330 28th St N 35234 |
| 1210 | Glen Oaks Elementary School | 1301 Highland Dr 35064 |
| 1220 | Willow Wood Recreation Center | 5312 Georgia Rd N 35212 |
| 1230 | New Rising Star Missionary Bapt Church | 7401 London Ave Birmingham, AL |
| 1240 | Mt. Pilgrim Baptist Church | 6748 Grasselli Rd 35064 |
| 1250 | Forestdale Fire Station | 751 Heflin Ave E 35214 |
| 1270 | Hooper City Recreation Center | 3901 4th St W 35207 |
| 1280 | Oliver Elementary School | 6871 6th Ave S 35212 |
| 1290 | North Birmingham Recreation Center | 3501 28th St N 35207 |
| 1300 | North Birmingham Public Library | 2501 31st Ave N 35207 |
| 1310 | Brownsville Community Center | 9225 Airport |
| 1320 | The Sandusky-Hudson Community Center | 237 Pratt Hwy 35214 |
| 1330 | Morton Simpson Community Center | 4609 8th Ct N 35212 |
| 1340 | Mount Hebron Baptist Church | 503 5th St Thomas 35214 |
| 1350 | Fairfield Civic Center | 6509 EJ Oliver Blvd 35064 |
| 1360 | North Avondale Public Library | 501 43rd St N 35212 |
| 1370 | McAlpine Recreation Center | 1115 Avenue F |
| 1380 | St. Mary's Catholic Church | 6101 Dr. Martin Luther King Dr |
| 2010 | Legion Field Lobby Gate #7 | 400 Graymont Ave W 35204 |
| 2020 | Homewood Senior Center | 816 Oak Grove Rd 35209 |
| 2030 | Highland Park Golf Course | 3300 Highland Ave S |
| 2040 | Ensley Park Recreation Center | 2800 Avenue K 35218 |
| 2050 | Harrison Park Recreation Center | 901 17th St SW 35211 |
| 2060 | Charles A Brown Elementary School | 4811 Court J 35208 |
| 2070 | Central Park Recreation Center | 4700 Terrace Q 35208 |
| 2080 | Ramsay Alternative High School | 1800 13th Ave S 35205 |
| 2090 | Sixth Avenue Baptist Church | 1100 Martin Luther King Jr Dr |
| 2100 | Memorial Recreation Center | 524 6th Ave S 35205 |
| 2110 | Southside Homes Community Center | 2501 Clarendon Ave 35020 |
| 2120 | Dunbar-Abrams Community Center | 2715 6th Ave N 35020 |
| 2130 | Minor Elementary School | 2425 Ave S 35218 |
| 2140 | New Beginning Church Of The Living God | 5115 5th St N 35020 |


DEFENSE TRIAL EXHIBIT DX21

| | | |
|---|---|---|
| 2150 | Brighton Community Center | 4100 Main St 35020 |
| 2160 | Jefferson County Courthouse Lobby | 716 Rcihard Arrington Blvd 352 |
| 2170 | Hemphill School Recreation Building | 714 12th St SW 35211 |
| 2180 | Avondale Public Library | 509 40th St S 35222 |
| 2190 | Wiggins Library & Recreation Center | 3301 Jefferson Ave SW 35211 |
| 2200 | Central Park Elementary School | 4915 Avenue Q 35208 |
| 2210 | Jonesboro Elementary School | 125 Owen Ave 35020 |
| 2220 | Glen Iris Elementary School | 1115 11th St S 35205 |
| 2230 | Avondale Elementary School | 4000 8th Ct S 35222 |
| 2240 | Fire Department Administrative Bldg | 1101 2nd Ave N 35020 |
| 2250 | More Than Conquerors Church | 1327 Dennison Ave SW 35211 |
| 2260 | Wilkerson Middle School | 116 11th Ct W 35204 |
| 2270 | Mount Zion Missionary Baptist Church | 3428 Maple Avenue SW 35221 |
| 2280 | West End Academy | 1840 Pearson Avet SW 35211 |
| 2290 | East Ensley Public Library | 900 14th St Ensley 35218 |
| 2300 | Bush Hills Academy | 901 16th St W 35208 |
| 2310 | Mt. Zion Community Church | 1600 19th Ave N 35204 |
| 2320 | Unitarian Universalist Church | 4300 Hampton Heights Dr 35209 |
| 2330 | Henry Crumpton Recreation Center | 346 Gloria Rd SW 35211 |
| 2340 | Thompson Manor Community Center | 1520 Exeter Ct 35020 |
| 2350 | Oxmoor Valley Community Ctr | 1992 Wenonah-Oxmoor Rd 35211 |
| 2360 | Bessemer Recreation Center | 1800 3rd Ave N 35020 |
| 2370 | New Bethel Baptist Church | 5208 54th St SW 35221 |
| 2380 | Five Points West Public Library | 4812 Avenue W 35208 |
| 2390 | Roosevelt City Community Center | 5904 Higan Ave |
| 2400 | Wenonah High School | 3008 Wilson Rd SW 35211 |
| 2410 | Bryant Chapel Ame Church | 3125 Spaulding St SW 35221 |
| 2420 | Memorial Recreation Center | 524 6th Ave S 35205 |
| 2430 | Southside Branch Public Library | 1814 11th Ave S 35205 |
| 2440 | Southside Branch Public Library | 1814 11th Ave S 35205 |
| 3010 | Hoover Met Baseball Stadium | Banquet Rm, 100 Ben Chapman Dr 35244 |
| 3015 | Hoover Met Sports Complex Finley Ctr | 1000 RV Trce 35244 |
| 3020 | Oasis of Praise Church | 6922 Pocahontas Rd 35022 |
| 3025 | Baptist Church of McAdory | 4954 Eastern Valley Rd |
| 3030 | Pleasant Grove First Baptist Church | 724 4th Street 35127 |
| 3035 | Bethel Baptist Church PG | 635 9th Way 35127 |
| 3040 | Prince Of Peace Catholic Church | 4600 Moss Creek Blvd 35226 |
| 3050 | Pleasant Ridge Baptist Church | 1343 Hueytown Rd 35023 |
| 3060 | Bessemer Civic Center | 1130 9th Ave SW 35020 |
| 3070 | Mount Olive Community Ctr | 2684 Mount Olive Rd 35117 |
| 3075 | First Baptist Church of Mt Olive | 3200 Mount Olive Rd 35117 |
| 3080 | The Station Church | 6270 Park South Dr 35022 |
| 3090 | Brooklane Community Center | 2501 Brooklane Dr 35023 |
| 3100 | Bagley Junior High School | 8581 Tate Mill Rd 35062 |
| 3110 | Oakmont Presbyterian Church | 1817 Patton Chapel Rd 35226 |
| 3120 | Adamsville Baptist Church | 3601 Main St 35005 |
| 3130 | Shades Crest Baptist Church | 452 Park Ave 35226 |
| 3140 | Valley Creek Baptist Church | 3253 Virginia Dr 35023 |
| 3150 | Union Hill Baptist Church | 7049 Taylors Ferry Rd 35023 |
| 3160 | Ross Bridge Welcome Center | 2101 Grand Ave 35226 |
| 3170 | Alliance Community Center | 1221 Alliance Rd 35023 |
| 3180 | Corner School | 10005 Corner School Rd 35180 |

| | | |
|---|---|---|
| 3190 | Dolomite W Field City Community Ctr | 1069 Tin Mill Rd |
| 3200 | Maurice L. West Community Center | 171 2nd St SW 35073 |
| 3210 | Minor Fire Station | 1135 Broad St 35224 |
| 3220 | Oak Grove First Baptist Church | 9161 Camp Oliver Rd 35023 |
| 3230 | Grant Street Baptist Church | 724 Grant St 35020 |
| 3240 | Sylvan Springs First United | 5524 Birmingport Rd 35118 |
| 3250 | Bessemer Fire Station #5 | 1715 Long 12th St 35020 |
| 3260 | West Jefferson Recreation Ctr | 7000 W Jefferson Rd 35130 |
| 3270 | Muscoda Community Center | 413 Morgan Rd 35023 |
| 3280 | Brookside Community Center | 2750 Municipal Ln |
| 3290 | Mulga Town Hall | 505 Mulga Loop Rd 35118 |
| 3300 | Johns Community Center | 7800 Church St 35006 |
| 3310 | Parkwood Church Of God | 1975 Highway 150 |
| 3320 | Maytown Baptist Church | 4679 Birmingport Rd 35005 |
| 3330 | First Bapt Church Booker Heights | 5017 Oak St |
| 4005 | Gardendale First Baptist Church | 316 Mountain Crest Pkwy 35071 |
| 4010 | Gardendale Civic Center | 857 Main St 35071 |
| 4015 | Gardendale Mt. Vernon United | 805 Crest Dr 35071 |
| 4020 | Trussville First Baptist Church | 128 Chalkville Rd N 35173 |
| 4025 | Trussville Civic Center | 5381 Trussville Clay Rd 35173 |
| 4030 | Center Point First Baptist Church | 1945 Center Point Pwky 35215 |
| 4040 | Trussville City Hall | 131 Main St  35173 |
| 4045 | Faith Community Fellowship | 7660 Gadsden Hwy 35173 |
| 4050 | Clay Community Center | 6411 Clay Palmerdale Rd 35126 |
| 4060 | Center Point Community Center | 533 Sunhill Rd NW 35215 |
| 4070 | Tarrant City Hall | 1133 East Lake Blvd 35217 |
| 4080 | North Park Baptist Church | |
| 4090 | Fultondale First Baptist Church | 409 Main St 35068 |
| 4100 | Mountain View Baptist Church | 5568 Chalkville Rd 35235 |
| 4110 | Rock School Center | 4509 Center Point Rd |
| 4120 | Life Church | 5567 Chalkville Rd 35235 |
| 4130 | Warrior Storm Shelter | 309 Trafford Rd 35180 |
| 4140 | Leeds Civic Center | 1000 Park Dr 35094 |
| 4150 | Palmerdale United Methodist Church | 7776 Highway 75 35126 |
| 4160 | Center Point Senior Center | 335 Polly Reed Rd 35215 |
| 4170 | Kimberly United Methodist Church | 9178 Old Hwy 31 |
| 4180 | Bradford Sanctuary Of Praise | 8294 Bradford Rd 35126 |
| 4190 | The Church At Grants Mill | 6001 Old Leeds Rd |
| 4200 | Fultondale Senior Citizens Building | 900 Rowe Dr 35068 |
| 4210 | Morris Senior Citizens Building | 601 Morris Majestic Rd Morris, |
| 4220 | Irondale Senior Citizens Building | 5313 Beacon Dr 35210 |
| 4230 | Guiding Light Church | 1800 John Rogers Dr 35210 |
| 4240 | Irondale City Hall | 101 20th St S 35210 |
| 4250 | Trafford City Hall | 9239 E Commercial Ave 35172 |
| 5010 | Hoover Park & Recreation Center | 600 Municipal Dr 35216 |
| 5020 | Vestavia Hills United Methodist Church | 2061 Kentucky Ave 35216 |
| 5030 | Shades Mtn Community Church | 2281 Old Tyler Rd |
| 5035 | Fullness Christian Fellowship Church | 2575 Columbiana Rd 35216 |
| 5040 | Metropolitan Church Of God | 2876 Old Rocky Ridge Rd 35243 |
| 5050 | Homewood Public Library | 1721 Oxmoor Rd 35209 |
| 5060 | Saint Peter The Apostle | 2061 Patton Chapel Rd 35216 |
| 5070 | Cahaba Heights Baptist Church | 3800 Crosshaven Dr 35243 |

| | | |
|---|---|---|
| 5080 | Brookwood Baptist Church | 3449 Overton Rd 35223 |
| 5090 | Leeds First United Methodist Church | 1189 6th St 35094 |
| 5100 | Bluff Park United Methodist Church | 733 Valley St 35226 |
| 5110 | Mountain Brook City Hall | 56 Church St 35213 |
| 5120 | Shades Mountain Baptist Church | 2017 Columbiana Rd 35216 |
| 5130 | Mountain Brook Community Church | 3001 Hwy 280 35243 |
| 5140 | Liberty Park Baptist Church | 12001 Liberty Parkway 35242 |
| 5150 | Hope Community Church of Bham | 4445 Montevallo Rd 35213 |
| 5160 | Saint Thomas Episcopal Church | 2870 Acton Rd  35243 |
| 5170 | Edgewood Elementary School | 901 College Ave 35209 |
| 5180 | Saint Luke's Episcopal Church | 3736 Montrose Rd 35213 |
| 5190 | Cherokee Bend Elementary School | 4400 Fair Oaks Dr 35223 |
| 5200 | Mountaintop Church Aderholt Studentt Ctr | 226 Centerview Dr 35216 |
| 5210 | Homewood Community Ctr | 1632 Oxmoor Rd 35209 |
| 5220 | Vestavia Hills Library In The Forest | 1221 Montgomery Hwy 35216 |
| 5230 | Hoover Public Library | 200 Municipal Dr |
| 5240 | Shades Cahaba Elementary School | 3001 Montgomery Hwy 35209 |
| 5250 | Church Of The Highlands | 4700 Highlands Way 35210 |
| 5260 | Canterbury United Methodist Church | 3020 Cambridge Rd 35223 |
| 5270 | Oxmoor Valley Community Ctr | 1992 Wenonah-Oxmoor Rd 35211 |
| 5280 | Birmingham Botanical Gardens | 2612 Lane Park Rd 35213 |
| 5290 | Afton Lee Community Center | 1828 25th Ct S 35209 |