|  | Plan D (retained) | Plan D (total) | Plan D (percentage retained) |
|---|---|---|---|
| District 1 | 91,092.00 | 135,622.00 | 67.17% |
| District 2 | 121,148.00 | 133,561.00 | 90.71% |
| District 3 | 128,070.00 | 136,644.00 | 93.73% |
| District 4 | 103,750.00 | 134,444.00 | 77.17% |
| District 5 | 134,450.00 | 134,450.00 | 100.00% |
|  |  |  |  |
| All | 578,510.00 | 674,721.00 | 85.74% |



DEFENSE TRIAL EXHIBIT
DX40



EXHIBIT
DEFENDANTS-12
LVF  05/20/24