FILED 2025 Jan-06 PM 11:22 U.S. DISTRICT COURT N.D. OF ALABAMA

DEFENDANT'S EXHIBIT FAIRFAX 5/15/24



DEFENSE TRIAL EXHIBIT DX42