FILED 2025 Jan-06 PM 11:02 U.S. DISTRICT COURT N.D. OF ALABAMA



Supplemented Figure 3: Jefferson County, Alabama — All Districts — Change in White Population % From Pre 2020 to Adopted 2021 Plans

- District 1: Pre 2020: 15.65%; Adopted 2021: 15.66%
- District 2: Pre 2020: 22.19%; Adopted 2021: 24.64%
- District 3: Pre 2020: 61.41%; Adopted 2021: 64.21%
- District 4: Pre 2020: 57.40%; Adopted 2021: 61.05%
- District 5: Pre 2020: 74.57%; Adopted 2021: 74.93%

DEFENSE TRIAL EXHIBIT DX43