



District 1