FILED
2025 Sep-18  PM 01:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |
|---|---|
| CARA MCCLURE, et al.,<br><br>        *Plaintiffs*,<br><br>v.<br><br>JEFFERSON COUNTY<br>COMMISSION,<br><br>        *Defendant*, | No. 2:23-cv-00443-MHH |
| ALEXIA ADDOH-KONDI, et al.,<br><br>        *Plaintiffs,*<br><br>v.<br><br>JEFFERSON COUNTY<br>COMMISSION,<br><br>        *Defendant.* | No. 2:23-cv-00503-MHH |

## DEFENDANT'S NOTICE OF APPEAL

Defendant Jefferson County Commission appeals to the U.S. Court of Appeals for the Eleventh Circuit this Court's September 16, 2025, Findings of Fact, Conclusions of Law, and Order (Doc. 191[1]) permanently enjoining the Jefferson County Commission's 2021 Enacted Plan. *See* 28 U.S.C. §1292.

---

[1] Doc. 200 in *Addoh-Kondi v. Jefferson County Commission*, No. 2:23-cv-00503.

Dated:   September 18, 2025

Respectfully submitted,

/s/ *Taylor A.R. Meehan*

Theodore A. Lawson, II
JEFFERSON COUNTY ATTORNEY'S OFFICE
716 Richard Arrington Jr. Blvd. North
Room 280
Birmingham, AL 35203
(205) 325-5688
lawsont@jccal.org

Michael Taunton
BALCH & BINGHAM LLP
1901 Sixth Ave. N., Suite 1500
Birmingham, AL 35203
(205) 226-3451
mtaunton@balch.com

Taylor A.R. Meehan*
Rachael C. T. Wyrick*
Marie E. Sayer*
Soren Geiger
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
(703) 243-9423
taylor@consovoymccarthy.com
rachael@consovoymccarthy.com
mari@consovoymccarthy.com
soren@consovoymccarthy.com

Patrick Strawbridge*
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(703) 243-9423
patrick@consovoymccarthy.com

*\* Pro hac vice*

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on September 18, 2025, I served this document with the Clerk of Court using the Court's ECF system, thereby serving all counsel who have appeared in this case.

*/s/ Taylor A.R. Meehan*
Taylor A.R. Meehan
Consovoy McCarthy PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
(703) 243-9423
taylor@consovoymccarthy.com
