FILED

2026 Jan-12  PM 04:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| CARA MCCLURE, *et al.*,<br><br>    *Plaintiffs*,<br>v.<br><br>JEFFERSON COUNTY<br>COMMISSION,<br><br>    *Defendant*. | Case No. 2:23-cv-00443-MHH |

## MOTION FOR WITHDRAWAL OF COUNSEL URUJ SHEIKH

Pursuant to Local Rule 83.1(b)(2)(e), of the Local Rules of the United States District Court for the Northern District of Alabama, Southern Division, Counsel for Plaintiffs move to withdraw, Uruj Sheikh, as counsel of record for Plaintiffs Alabama State Conference of the NAACP, Greater Birmingham Ministries, Cara McClure, and the Metro-Birmingham Branch of the NAACP. Ms. Sheikh is no longer active on this case or employed at the NAACP Legal Defense and Educational Fund, Inc. The Parties should serve all future correspondence and pleadings on the remaining counsel of record for the Plaintiffs.

Dated: January 12, 2026.

Respectfully submitted,

/s/ Kathryn Sadasivan
Kathryn Sadasivan
NAACP Legal Defense and
  Educational Fund, Inc.

40 Rector Street, 5th Floor
New York, NY 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
ksadasivan@naacpldf.org

*Counsel for Plaintiffs Alabama State Conference of the NAACP, Greater Birmingham Ministries, Cara McClure, and the Metro-Birmingham Branch of the NAACP*

**CERTIFICATE OF SERVICE**

I certify that on January 12, 2026, I filed the foregoing document electronically via the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Kathryn Sadasivan
Kathryn Sadasivan